# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

August 31, 2022

**BY ECF**

Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Gentile, et al.*,
21 Cr. 054 (DG)

Dear Judge Gujarati:

    We write on behalf of our client, David Gentile, to respectfully request that the Court sign the attached subpoena, which seeks: (i) communications between Scott Silverman (former legal counsel to an entity owned by GPB Automotive Portfolio, LP) and any of the U.S. Department of Justice, the U.S. Securities and Exchange Commission, and/or the Federal Bureau of Investigation regarding recordings made by Scott Silverman in connection with the government's investigations relating to the instant action, and (ii) certain information about the making of those recordings. The government has indicated that it intends to use a recording made by Mr. Silverman at trial in the instant action and, accordingly, we need this information now to fully assess the propriety of those recordings, including but not limited to, the basis for suppression of the same.

    For these reasons, we respectfully request that the Court sign and so-order the attached subpoena.

Dated: New York, New York
       August 31, 2022

Respectfully submitted,

/s/ Matthew I. Menchel

Americas (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Caribbean (BVI, Cayman Islands), EMEA (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Hon. Diane Gujarati, U.S.D.J.
August 31, 2022
Page 2

                                                             Matthew I. Menchel
                                                             Sean S. Buckley
                                                             A. Zoe Bunnell
                                                             Alexandria E. Swette
                                                             KOBRE & KIM LLP
                                                             800 Third Avenue
                                                             New York, NY 10022
                                                             (212) 488-1200
                                                             Matthew.Menchel@kobrekim.com
                                                             Sean.Buckley@kobrekim.com
                                                             Zoe.Bunnell@kobrekim.com
                                                             Alexandria.Swette@kobrekim.com

                                                             *Attorneys for David Gentile*

cc:    AUSAs Lauren Elbert, Artie McConnell, and Garen Marshall
       *Attorneys for the Government*

       Glenn Colton, Esq.
       *Attorney for Jeffry Schneider*

       Robert C. Gottlieb, Esq.
       *Attorney for Jeffrey Lash*