**DOCKET NUMBER:** CR 21-CR-054 (DG)

## CRIMINAL CAUSE FOR ORAL ARGUMENT

**BEFORE JUDGE:** Diane Gujarati USDJ      **DATE:** 2/13/2023      **TIME IN COURT:** 1 HOUR 40 MINS

**DEFENDANT'S NAME:** David Gentile      **DEFENDANT'S #:** 001
■ Present   ❑ Not Present      ❑ Custody   ■ Not in Custody

**DEFENSE COUNSEL:** Sean Stephen Buckley, Matthew Menchel, and Benjamin Cooper
❑ Federal Defender   ❑ CJA   ■ Retained

**DEFENDANT'S NAME:** Jeffry Schneider      **DEFENDANT'S #:** 002
■ Present   ❑ Not Present      ❑ Custody   ■ Not in Custody

**DEFENSE COUNSEL:** Glenn Charles Colton and Apeksha Vora
❑ Federal Defender   ❑ CJA   ■ Retained

**DEFENDANT'S NAME:** Jeffrey Lash      **DEFENDANT'S #:** 003
■ Present   ❑ Not Present      ❑ Custody   ■ Not in Custody

**DEFENSE COUNSEL:** Paul Townsend
❑ Federal Defender   ❑ CJA   ■ Retained

**A.U.S.A.:** Lauren Howard Elbert, Artie McConnell, and Garen S. Marshall

**CASE MANAGER:** Kelly Almonte

**COURT REPORTER:** ToniAnn Lucatorto

- ❑ Arraignment
- ❑ Change of Plea Hearing (~Util-Plea Entered)
- ❑ In Chambers Conference
- ❑ Pre-Trial Conference
- ❑ Initial Appearance
- ■ Status Conference
- ❑ Video Conference

- ❑ Revocation of Probation non-contested
- ❑ Revocation of Probation contested
- ❑ Sentencing non-evidentiary
- ❑ Sentencing Contested
- ❑ Revocation of Supervised Release evidentiary
- ❑ Revocation of Supervised Release non-evidentiary

**UTILITIES**

- ❑ ~Util-Plea Entered
- ❑ ~Util-Exparte Matter
- ❑ ~Util-Set/Reset Deadlines
- ❑ ~Util-Add terminate Attorneys
- ❑ ~Util-Indictment Un Sealed
- ❑ ~Util-Set/Reset Deadlines/Hearings
- ❑ ~Util-Bond Set/Reset
- ❑ ~Util-Information Unsealed
- ■ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** 2/13/23      **Speedy Trial Stop Date:** 4/17/23      **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   ■ YES   ❑ NO

**TEXT:** Status Conference as to David Gentile (1), Jeffry Schneider (2), and Jeffrey Lash (3) held on 2/13/2023. AUSAs Lauren Howard Elbert, Artie McConnell, and Garen S. Marshall appeared on behalf of the Government. Sean Stephen Buckley, Matthew Menchel, and Benjamin Cooper appeared on behalf of David Gentile (1). Glenn Charles Colton and Apeksha Vora appeared on behalf of Jeffry Schneider (2). Paul Townsend appeared on behalf of Jeffrey Lash (3). All Defendants present and on bond. For the reasons set forth on the record, [141] Joint MOTION for Discovery was DENIED, [155] Joint MOTION to Dismiss was DENIED, [145] MOTION to Suppress Fruits of the Google Search Warrant was DENIED, [150] MOTION to Suppress Compelled Testimony

and Statements was DENIED, [156-1] MOTION to Suppress Materials Seized During February 28, 2019 Searches was DENIED, and [158] MOTION to Suppress Testimony was DENIED. As set forth on the record, the parties' various pending motions for leave to file documents under seal and/or in redacted form were GRANTED. The parties were directed to file, by February 24, 2023, the joint letter discussed on the record. For the reasons set forth on the record, the period from February 13, 2023 to April 17, 2023 was excluded from the computation of the time within which the trial of this matter must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A). Next Status Conference set for 4/17/2023 at 10:30 a.m. before Judge Diane Gujarati in Courtroom 4B South.