

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| LHE/JAM/GSM | *271 Cadman Plaza East* |
| F. #2018R01064 | *Brooklyn, New York 11201* |

April 4, 2023

**By ECF and Email**

William F. McGovern, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

Glenn C. Colton, Esq.
ArentFox Schiff LLP
1301 Avenue of the Americas
42nd Floor
New York, New York 10019

    Re: United States v. David Gentile, et al.
       Criminal Docket No. 21-54 (DG)

Dear Counsel:

    The government has made available at its vendor additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, being made available to you today are transcripts and related exhibits from the depositions of David Gentile and Jeffry Schneider by the New Jersey Office of the Attorney General, Bates-numbered NJAG-EDNY-0000001 – NJAG-EDNY-0000596.

Defense Counsel
March 25, 2022
Page 2

      Additionally, the government is making available records provided by American Express, Bates-numbered DOJ-EDNY-0573396 – DOJ-EDNY-0573856.

      These materials are being produced to you subject to the terms of the Protective Order.

      Very truly yours,

      BREON PEACE
      United States Attorney
      Eastern District of New York

By:      /s/
      Lauren Howard Elbert
      Artie McConnell
      Garen S. Marshall
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures

cc:    Clerk of the Court (DG) (by ECF) (without enclosures)