**DOCKET NUMBER:** CR 21-CR-054 (DG)

## CRIMINAL CAUSE FOR ORAL ARGUMENT

**BEFORE JUDGE:** Diane Gujarati USDJ    **DATE:** 4/17/2023    **TIME IN COURT:** HOUR  32  MINS

**DEFENDANT'S NAME:** David Gentile    **DEFENDANT'S #:** 001
- ■ Present  ❑ Not Present  ❑ Custody  ■ Not in Custody

**DEFENSE COUNSEL:** Sean Stephen Buckley and Benjamin Cooper
- ❑ Federal Defender  ❑ CJA  ■ Retained

**DEFENDANT'S NAME:** Jeffry Schneider    **DEFENDANT'S #:** 002
- ■ Present  ❑ Not Present  ❑ Custody  ■ Not in Custody

**DEFENSE COUNSEL:** Glenn Charles Colton and Apeksha Vora
- ❑ Federal Defender  ❑ CJA  ■ Retained

**DEFENDANT'S NAME:** Jeffrey Lash    **DEFENDANT'S #:** 003
- ■ Present  ❑ Not Present  ❑ Custody  ■ Not in Custody

**DEFENSE COUNSEL:** Derrelle Marcel Janey
- ❑ Federal Defender  ❑ CJA  ■ Retained

**A.U.S.A.:** Artie McConnell, and Garen S. Marshall

**CASE MANAGER:** Kelly Almonte

**COURT REPORTER:** Victoria Torres- Butler

- ❑ Arraignment
- ❑ Change of Plea Hearing (~Util-Plea Entered)
- ❑ In Chambers Conference
- ❑ Pre-Trial Conference
- ❑ Initial Appearance
- ■ Status Conference
- ❑ Video Conference
- ❑ Revocation of Probation non-contested
- ❑ Revocation of Probation contested
- ❑ Sentencing non-evidentiary
- ❑ Sentencing Contested
- ❑ Revocation of Supervised Release evidentiary
- ❑ Revocation of Supervised Release non-evidentiary

### UTILITIES

- ❑ ~Util-Plea Entered
- ❑ ~Util-Exparte Matter
- ❑ ~Util-Set/Reset Deadlines
- ❑ ~Util-Add terminate Attorneys
- ❑ ~Util-Indictment Un Sealed
- ❑ ~Util-Set/Reset Deadlines/Hearings
- ❑ ~Util-Bond Set/Reset
- ❑ ~Util-Information Unsealed
- ■ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** 4/17/23  **Speedy Trial Stop Date:** 10/5/23    **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**  ❑ YES  ■ NO

**TEXT** Status Conference as to David Gentile (1), Jeffry Schneider (2), and Jeffrey Lash (3) held on 4/17/2023. AUSAs Artie McConnell and Garen S. Marshall appeared on behalf of the Government. Sean Stephen Buckley and Benjamin Fader Cooper appeared on behalf of David Gentile (1). Glenn Charles Colton and Apeksha Vora appeared on behalf of Jeffry Schneider (2). Derrelle Marcel Janey appeared on behalf of Jeffrey Lash (3). All Defendants present and on bond. A trial date of June 3, 2024 was set. As set forth on the record, the Government and Defendant Lash consented to jury selection by a Magistrate Judge and Defendants Gentile and Schneider will indicate, by letters filed by April 24, 2023, whether they so consent. For the reasons set forth on the record, the period from April 17, 2023 to October 5, 2023 was excluded from the computation of the time within which the trial of this matter must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A). Next Status Conference set for 10/5/2023 at 10:30 a.m. before Judge Diane Gujarati in Courtroom 4B South