UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

    - against -                                          21 – CR – 54 (DG)

JEFFREY LASH,

-----------------------------------------------------------x

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE PEGGY KUO

      United States Magistrate Judge Peggy Kuo has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Peggy Kuo. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Peggy Kuo.

_____
Defendant: Jeffrey Lash

By: _____
Assistant United States Attorney

By: _____
Attorney for the Defendant

Dated: 6/6/23
Brooklyn, New York

Before: *Peggy Kuo*
Peggy Kuo, U.S. Magistrate Judge