UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
United States of America

        v.                                        **AMENDED ORDER**
                                                       21-CR-00054 (DG) (PK)

David Gentile and
Jeffry Schneider,

                        Defendants.
-----------------------------------------------------------------X
DIANE GUJARATI, United States District Judge:

      Upon consideration of the parties' proposed modifications to the Court's October 13, 2023 Order, *see* ECF No. 235, the October 13, 2023 Order, ECF No. 227, is hereby amended and the parties are directed to adhere to the following schedule and procedures in connection with the trial scheduled to begin on June 3, 2024:

1. Motions *in limine*, if any, shall be filed by January 18, 2024; responses, if any, shall be filed by February 1, 2024.  Any party requesting the use of a jury questionnaire shall file such request on or before January 18, 2024; responses, if any, shall be filed by February 1, 2024.

2. Requests to charge, proposed verdict sheets, and proposed *voir dire* questions are due by April 5, 2024.  Requests to charge must include citations to supporting law.  The parties should endeavor to agree upon the requests to charge, to the extent possible, and must submit a single, joint document setting forth all agreed-upon requests to charge and, where no agreement is reached, each party's proposed charge and/or a party's proposed charge with an explanation of any other party's objection to that charge.

3. The Government shall also file by April 5, 2024 a list of potential witnesses and of individuals, entities, places, and scientific, technical, or colloquial terms likely to be mentioned at trial.  The parties having so agreed, by April 5, 2024, the Government shall also provide to Defendants and to the Court all statements within the meaning of the Jencks Act, 18 U.S.C. § 3500, and all impeachment evidence within the meaning of *Giglio v. United States*, 405 U.S. 150 (1972).

4. By April 5, 2024, the Government shall provide its exhibits to Defendants and provide the Court with copies of its exhibits and exhibit list.  By May 1, 2024, Defendants shall provide their exhibits to the Government and provide the Court with copies of their exhibits and exhibit lists.  The parties' exhibit lists shall contain four columns, titled Exhibit, Description, Identified, and Admitted, respectively.

5. By May 1, 2024, Defendants shall file a list of potential witnesses and of individuals, entities, places, and scientific, technical, or colloquial terms likely to be mentioned at trial.

6. The final pretrial conference will be held at 11:00 a.m. on May 23, 2024 in Courtroom 4B South.

The parties are further directed to otherwise adhere to the undersigned's Individual Practice Rules.

SO ORDERED.

                    */s/ Diane Gujarati*
                    DIANE GUJARATI
                    United States District Judge

Dated: November 28, 2023
       Brooklyn, New York