UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                            Criminal Docket No. 21-54 (RPK)

DAVID GENTILE and
JEFFRY SCHNEIDER,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DEFENDANTS' PROPOSED *VOIR DIRE* QUESTIONS

| | |
|---|---|
| KOBRE & KIM LLP | ARENTFOX SCHIFF LLP |
| Jonathan D. Cogan | Glenn C. Colton |
| Sean S. Buckley | Apeksha Vora |
| Alexandria E. Swette | 1301 Avenue of the Americas, 42nd Floor |
| A. Zoe Bunnell | New York, NY 10019 |
| Benjamin F. Cooper | |
| Caroline Rivera | Michael F. Dearington |
| 800 Third Avenue | Laura E. Zell |
| New York, NY 10022 | 1717 K Street NW |
| | Washington, DC 20006 |
| Matthew I. Menchel | |
| Adriana Riviere-Badell | |
| 201 South Biscayne Boulevard, Suite 1900 | THE LAW OFFICE OF STEPHEN JAMES |
| Miami, FL 33131 | BINHAK, PLLC |
| | Stephen James Binhak |
| *Attorneys for Defendant David Gentile* | One Southeast Third Avenue, Suite 2600 |
| | Miami, FL 33131 |
| | |
| | *Attorneys for Defendant Jeffry Schneider* |

**PRELIMINARY STATEMENT**

Defendants David Gentile and Jeffry Schneider, through their undersigned counsel, respectfully request that the Court ask the following *voir dire* questions to prospective jurors during jury selection in this case. In the event the Court grants Defendants' pending motion for a written juror questionnaire (ECF No. 244), many of the below inquiries of live jurors likely will be obviated by said questionnaire, and Defendants will submit an appropriately tailored version of the below for the Court's consideration.

**PROPOSED *VOIR DIRE* QUESTIONS**

**Personal Background and Ability to Serve as a Juror:**

1.  What is your name and how old are you?

2.  Where do you live now? How long have you lived there?

3.  Are you and/or have you ever been married? If not, do you have a domestic partner?

4.  Do you have children? If they are in school, what grade? If they are in college, where and what do they study? If they work, what is their occupation and where do they work?

5.  What is the highest level of education you have completed? If you have a college degree or graduate degree what was your area of study?

6.  What is the highest level of education your spouse or domestic partner has completed? If it is a college degree or graduate degree what was the area of study?

7.  Are you employed, and if so, what is your title and place of employment? What previous jobs have you had? If you are retired or unemployed, what type of work did you do previously?

8.  Is anyone who lives with you employed, and if so, what is his/her job? If retired, what did they do prior to retirement?

9.  Do you have any hobbies or special interests, or what do you like to do in your spare time?

10. What social media, if any, do you use? How often do you use them, and for what purpose?

11. Where do you get your news? Do you read it in print, television, or on the Internet? Do you regularly read, watch, or listen to financial news? What sources do you read, watch, or listen to?

12. Are there any television programs, podcasts, or radio stations that you watch or listen to regularly?  Do any of them relate to the legal system?  If so, do you think it will affect how you evaluate the evidence in this case?

13. In the past ten years, have you and/or your spouse or partner participated in any organizations or groups (community, social, civil, union, religious, political, volunteer)?  Do you hold a leadership position(s) in any organization(s) or group(s)?

**Jury Service and Connection to Government, Court Proceedings, and Law Enforcement**

14. Have you previously served on a jury?  Do you recall whether it was a trial jury or a grand jury?  If you served on a jury, how many times; was it in state or federal court; was it a civil or criminal case; were you the foreperson; and (without revealing the verdict) did the jury reach a verdict?

15. Have you, a family member, or anyone with whom you have a close relationship, or a company / organization that you have worked for been involved in a lawsuit or court proceeding (other than child custody or divorce)?   What type of case was it and when?  Were you / they a party or a witness?

16. Have you, a family member, or anyone else with whom you have a close relationship, such as a good friend, roommate, or colleague, ever been accused of a crime, charged with a crime, arrested, or convicted?  How was this situation resolved?  Were you satisfied or dissatisfied with how it was handled?

17. Have you, anyone in your family, or anyone else with whom you have a close relationship, such as a good friend, roommate, or colleague ever been employed by or had any association with law enforcement, a correctional institution or prison, and/or the local, state, or federal government, including the military?

18. Do you, or anyone with whom you have a close relationship, have any legal training or experience?  This could include being a lawyer, working for a law firm, working for the courts, working as or for a private investigator, and so on. If yes, please explain who and the training or experience.

19. Do you have any positive or negative feelings regarding law enforcement, including prosecutors?

20. Do you have any positive or negative feelings regarding people who have been charged with a crime?

21. Do you have any positive or negative feelings regarding lawyers or defense attorneys?

**Knowledge of Participants:**

22. Department of Justice attorneys from the United States Attorney's Office for the Eastern District of New York are prosecuting this case. The United States Attorney for the Eastern District of New York, which is where this Courthouse is located, is Breon Peace. Do you or does any relative or friend know or have any connection with U.S. Attorney Breon Peace, or anyone associated with his offices, including the following prosecutors and other individuals who will be handling this trial?
             List

23. Do you or does any relative or close friend know or have any connection with any of the following defense attorneys who will be handling this trial, or their relatives or friends?
             List

24. Do you or does any relative or close friend know or have any connection with David Gentile, Jeffry Schneider, or their relatives and friends?

25. Do you or does any relative or close friend know or have any connection with GPB Capital Holdings, LLC; Ascendant Capital, LLC; Ascendant Alternative Strategies, LLC; or any company affiliated with them?

26. Do you or does any relative or close friend know or have any connection with any of the following individuals whose names may be referenced or who may be called as witnesses in this trial this trial, or their relatives or friends?
             List

**Financial Background:**

27. Have you or someone close to you ever started a business or owned a business?

28. Have you ever held a managerial / leadership position in any company or organization? If yes, please explain your position(s), how long you held the position(s), and the name(s) of the company or organization(s).

29. Do you feel that a CEO of a company should be knowledgeable about most areas of their business?

      (a) What areas of a business do you think a CEO should be most knowledgeable about in particular?

      (b) Are there any areas you think a CEO would not be very knowledgeable about?

30. Do you feel that senior-level corporate executives do not deserve or are not worth the amount that they earn?

31. Do you have any investments?

(a) If so, how do you make your investment decisions?

(b) Do you consider yourself a sophisticated investor?

(c) Are the investments in private equity or a private equity fund? If yes, when did you invest and are you still investing? Do you have feelings, either positive or negative, about this experience of investing?

(d) Have you invested in stocks, bonds, real estate, an annuity, a mutual fund, a Real Estate Investment Trust, venture capital, hedge fund, or an alternative investment?

32. Have you or someone close to you ever had a negative experience with investing?

33. Have you ever lost money in a financial investment of any kind?

34. Have you or someone close to you ever been the victim of any kind of fraud?

35. Have you or anyone close to you ever been accused of any kind of fraud?

36. Have you ever worked for a company that was accused of fraud or some other wrongdoing?

37. Do you or someone close to you have any background, training, or experience with respect to the Financial Industry Regulatory Authority (FINRA) or the Securities and Exchange Commission (SEC)?

38. Have you ever worked for a company or organization where your position required you to be aware of regulatory rules, laws or compliance regulations, or similar standards? If you've had this experience, please explain your position and what you were required to know.

39. Are you familiar with the Generally Accepted Accounting Principles (GAAP)?

40. Do you have any background, training, or experience calculating revenues and/ or profits or making financial projections for a company?

41. Do you have any positive or negative feelings about car dealerships and/or car salespeople?

42. Do you or anyone with whom you have a close relationship have any experience in the car sales industry? If yes, please explain.

43. Do you have positive or negative feelings about the financial sector or the people who work in finance, such as investment bankers, traders, brokers, private equity funds, and hedge funds?

44. Do you or anyone with whom you have a close relationship have any training or job experience in finance or private equity?

45. Do you or anyone with whom you have a close relationship have any training or job experience in accounting?

46. Do you think financial companies, financial advisors, and individuals generally take advantage of people for financial gain?

47. Do you think the government should do more to regulate financial services companies and the financial services industry?


**The Case, Jury Service, and Certain Legal Principles:**

48. Do you have any personal knowledge of the charges in the Indictment in this case? Have you read or heard anything about this case? If so, is there anything you have read or heard that causes you to feel that you cannot decide the issues of this case fairly and impartially?

49. Do any of you have any particular feelings or policy views about the types of crimes at issue in this trial – that is, fraud crimes – that would cause you to be unable to judge this case fairly and impartially, or unable to reach your verdict based solely on the evidence in this courtroom and the legal instructions you receive?

50. Do you feel Mr. Gentile and/ or Mr. Schneider should testify or present evidence on their own behalf before you could find them not guilty? Do you feel that if Mr. Gentile and/ or Mr. Schneider do not testify, it is probably because they are guilty? Or that it makes them more likely to be guilty than if they did testify?

51. Do you feel that because Mr. Gentile and Mr. Schneider have been charged in this case, they are probably guilty? More likely guilty than not guilty? Why or why not?

52. Do you think that it is more likely the defendants are guilty because they have both been charged together in a single criminal case? Why or why not?

53. You may hear testimony during the trial from members of law enforcement. Are you more or less likely to accept the testimony of a witness merely because he or she is a law enforcement officer?

54. You may also hear testimony in this case by expert witnesses. Are you more or less likely to accept the testimony of an expert witness as compared to other witnesses? Why or why not?

55. Do you have any disagreements or issues with the following basic principles of law or think you might have difficulty following them:

        (a) The indictment is merely a charge. It is proof of nothing, and no negative conclusion may be drawn against the defendants because a grand jury has returned an indictment against them?

(b) Anyone accused of a crime is presumed to be innocent and such presumption of innocence continues even while the jury deliberates, and the defendant is entitled to an acquittal (a finding of not guilty) unless the jury finds the government has proven guilt beyond a reasonable doubt.

(c) At all times, the burden of proof is upon the government. A defendant has no burden of offering proof or taking the witness stand in his or for her own defense. If he does not take the stand, no negative conclusion may be drawn against him. If he does take the witness stand, the defendant does not take on the burden of proving that he is not guilty. The burden of proving a defendant guilty beyond a reasonable doubt always stays with the prosecution.

(d) There are two defendants on trial in this case, and they are charged with acting together and conspiring with each other to commit the charged crimes. Nonetheless, you must consider and weigh the evidence against each defendant separately, and reach a separate verdict as to each defendant.

(e) The testimony of law enforcement witnesses is entitled to no greater or lesser weight than the testimony of any other witness. You must evaluate the testimony of a law enforcement witness just as you would any other witness.

56. Would you have any problem accepting the principle that, regardless of a person's wealth or lack of personal wealth, they are entitled to a fair trial, including the presumption of innocence?

57. Would you have any hesitation in rendering a verdict of not guilty if the evidence convinced you that either or both of the defendants is probably guilty, but the evidence does not convince you that he is guilty beyond a reasonable doubt?

58. Have you formed any opinion about this case, or are you leaning in favor of one side, based on what you have heard in this courtroom today?

59. Is there anything else, other than what we have already discussed, that you believe is relevant to whether you can be a fair and impartial juror in this case? If yes, please explain.

Dated: April 5, 2024
New York, New York

Respectfully submitted,


 /s/ Sean S. Buckley                              /s/ Stephen James Binhak
 KOBRE & KIM LLP                    ARENTFOX SCHIFF LLP
 Jonathan D. Cogan                      Glenn C. Colton
 Sean S. Buckley                           Apeksha Vora
 Alexandria E. Swette                   1301 Avenue of the Americas, 42nd Floor
 A. Zoe Bunnell                            New York, NY 10019
 Benjamin F. Cooper
 Caroline Rivera                           Michael F. Dearington
 800 Third Avenue                        Laura E. Zell
 New York, NY 10022                   1717 K Street NW
                                                     Washington, DC 20006

 Matthew I. Menchel
 Adriana Riviere-Badell
 201 South Biscayne Boulevard, Suite 1900      THE LAW OFFICE OF STEPHEN JAMES
 Miami, FL 33131                         BINHAK, PLLC
                                                     Stephen James Binhak
 *Attorneys for Defendant David Gentile*      One Southeast Third Avenue, Suite 2600
                                                     Miami, FL 33131

                                                     *Attorneys for Defendant Jeffry Schneider*