UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

DAVID GENTILE and
JEFFRY SCHNEIDER,

Defendants.

21-CR-54 (RPK) (PK)

---

**DECLARATION OF MATTHEW I. MENCHEL**
**IN SUPPORT OF DAVID GENTILE'S SENTENCING MEMORANDUM**

MATTHEW I. MENCHEL hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the New York bar, admitted to practice in the Eastern District of New York, an attorney at the law firm Kobre & Kim LLP, and counsel of record for Defendant David Gentile in this action.

2. Attached as **Exhibit A-1 – A-75** are true and correct copies of character letters of support written on behalf of David.

| Exhibit | Author | Relationship to David |
|---|---|---|
| A-1 | Joanne Gentile | Wife |
| A-2 | James Gentile | Son |
| A-3 | Chiara Gentile | Daughter |
| A-4 | Richard Gentile | Son |
| A-5 | Joseph Gentile | Son |
| A-6 | Josephine Gentile | Mother |
| A-7 | Santo Gentile | Father |
| A-8 | Ronald Gentile | Brother |
| A-9 | Matt Judkin | Friend |
| A-10 | Taylor Judkin | Friend |
| A-11 | George Diffendale | Childhood Friend |
| A-12 | Carmelo Cataudella | Godson / Cousin |
| A-13 | Todd & Beth Kugler | Friends |
| A-14 | George Philips | Former Client / Friend |

1

| Exhibit | Author | Relationship to David |
|---|---|---|
| A-15 | Bennett Weber | Former Client / Investor |
| A-16 | Angelo Cannarella | Former Client / Investor |
| A-17 | Evan Myrianthopoulos | Former GPB Colleague / Friend |
| A-18 | Salvatore Cataudella | Uncle |
| A-19 | David Bocchi | Nephew |
| A-20 | Sabrina Cataudella | Cousin |
| A-21 | Kenneth G. Alberstadt | Former Attorney / Friend |
| A-22 | Robert Schwartz | Friend |
| A-23 | Wayne Lin | Former GP&B Colleague |
| A-24 | Arnold E. DiJoseph | Former Client / Friend |
| A-25 | Jon Arancio | Former Business Partner / Friend |
| A-26 | Tino Cataudella | Uncle |
| A-27 | Ivanhoe A. Gadpaille | Childhood Friend |
| A-28 | Denise Cataudella-Mandarino | Cousin |
| A-29 | Lisa & Larry Moran | Cousin / Friend |
| A-30 | Everett J. Petersson | Former Client / Friend |
| A-31 | Salvina Cataudella | Cousin |
| A-32 | Costas Ziozis | Friend |
| A-33 | Connie Liappas | Client / Friend |
| A-34 | Francesco L. Arlia Jr. | Friend |
| A-35 | Avalon Petersen | Son's Girlfriend |
| A-36 | Sebastiano Paccione | Friend |
| A-37 | Mary Cataudella | Aunt |
| A-38 | Christos Vasakiris | Childhood Friend |
| A-39 | Scott Chichester | Friend |
| A-40 | George Maroulis | Friend |
| A-41 | Constantin Haag | Friend |
| A-42 | Patrick de Catalogne | Childhood Friend |
| A-43 | Jenn Paccione Edden | Cousin |
| A-44 | Brandy Lewis Suplee | Friend |
| A-45 | Glenn Spiller | Friend |
| A-46 | John M. Aljian, MD | Friend |
| A-47 | Kehinde Adenle | Son's Friend |
| A-48 | Maad AlKadhim | Daughter and Son's Friend |
| A-49 | Peter A. Nolfo | Uncle |
| A-50 | Johanna Gentile Nolfo | Aunt |
| A-51 | Maria Albino | Aunt |
| A-52 | Lena Castorino | Aunt |
| A-53 | Christopher Paccione | Cousin |
| A-54 | Miltiadis Leptourgos, PE | Former Client / Friend |
| A-55 | Fr. Mauro Gagliardi | Priest |
| A-56 | Fr. Rafal Wiktor Borowiejski | Priest |
| A-57 | Nicholas Gaviria | Daughter's Boyfriend |
| A-58 | Ethan Suplee | Friend |

| Exhibit | Author | Relationship to David |
|---|---|---|
| A-59 | Gary Yip | Friend |
| A-60 | Kosmas Aronis | Former Client and Colleague / Friend |
| A-61 | Maria Scaccia | Former Colleague |
| A-62 | Jarred Gentile | Nephew |
| A-63 | Lex Heslin | Friend |
| A-64 | Helga Gentile | Sister-in-Law |
| A-65 | Joella Paccione | Cousin |
| A-66 | Lucy Paccione | Aunt |
| A-67 | Christina N. Barile | Cousin |
| A-68 | Nancy Rozran | Cousin's Stepmother |
| A-69 | Karen Cono | Cousin |
| A-70 | Julien Debusschere | Friend |
| A-71 | David Schwartz | Friend's Son |
| A-72 | James ("Jim") Warrick | Friend |
| A-73 | Carol Clarizio | Former Client |
| A-74 | Vasilis Myrianthopoulos | Friend's Son |
| A-75 | Kirill Maslov | Son's Friend |

3. Attached as **Exhibit B** is a true and correct copy of the Receiver's Motion for Entry of an Order Approving (I) The Distribution Plan, (II) Initial and Subsequent Distributions, (III) The Form and Manner of the Claims Determination and Solicitation Process, (IV) The Proof of Claim Form, (V) The Claims Procedures, and (VI) Granting Related Relief, *S.E.C. v. GPB Capital Holdings, LLC, et al.*, No. 1:21-cv-00583 (E.D.N.Y.), Dkt. No. 228.

4. Attached as **Exhibit C** is a true and correct copy of a letter from David Gentile to Automotive Portfolio investors produced by Defendants to the Government but not offered as evidence at trial (DX-ZZT-4).

5. Attached as **Exhibit D** is a true and correct copy of a November 2017 FactRight due diligence report produced by Defendants to the Government but not offered as evidence at trial (DX-IIK).

6. Attached as **Exhibit E** is a true and correct copy of the Confidential Supplement to the Third Amended and Restated Confidential Private Placement Memorandum of GPB Holdings, LP, and GPB Holdings Qualified, LP, dated May 2017, produced by the Government

3

to Defendants but not offered as evidence at trial (GX-4059).

7. Attached as **Exhibit F** is a true and correct copy of a GPB Capital Holdings Organizational Chart produced by the Government to Defendants but not offered as evidence at trial (GX-6022).

8. Attached as **Exhibit G** is a true and correct copy of consolidated investor data from GPB Capital Holdings funds produced by Defendants to the Government but not offered as evidence at trial (DX-IIIIN).

9. Attached as **Exhibit H** is a true and correct copy of Defendant David Gentile's proposed corrections and objections to the Presentence Investigation Report prepared by the U.S. Probation Office in this action.

10. David is a defendant in the following civil and state actions with similar allegations to the criminal case: (i) *Kinnie Ma v. Ascendant Capital, LLC*, No. 1:19-cv-01050 (W.D. Tex); (ii) *Deluca v. GPB Holdings, LP*, No. 1:19-cv-10498 (S.D.N.Y.); (iii) *Cadez v. GPB Holdings LP*, No. 2020-0402-SG (Del. Ch. Ct.); (iv) *In re GPB Capital Holdings LLC*, No. 157679/2019 (N.Y. Sup. Ct.); (v) *Lipman v. GPB Capital Holdings, LLC*, No. 2020-0054-SG (Del. Ch. Ct.); (vi) *Miller v. GPB Capital Holdings, LLC*, No. 656982/2019 (N.Y. Sup. Ct.); (vii) *Pierce, derivatively on behalf of GPB Automotive Portfolio, LP v. GPB Capital Holdings, LLC*, No. 652858/2020 (N.Y. Sup. Ct.); (viii) *Purcell v. Potratz*, No. 30-2019-01115653-CU-FR-CJC (Cal Super. Ct.); (ix) *Ranssi, derivatively on behalf of Armada Waste Management, LP v. GPB Capital Holdings, LLC*, No. 654059/2020 (N.Y. Sup. Ct.); (x) *Alberto v. GPB Capital Holdings, LLC*, No. 651143/2023 (N.Y. Sup. Ct.); (xi) *Ala. Sec. Comm'n v. GPB Capital Holdings LLC et al.*, No. 47-CV-2021-900169.00 (Ala. Cir. Ct. Mad. Co.); (xii) *In the Matter of GPB Capital Holdings et al.*, No. ENSC-200879 (Ga. Comm'r of Sec.); (xiii) *In the Matter of GPB Capital*

*Holdings et al.*, No. AP-21-01 (Mo. Comm'r of Sec.); (xiv) *In the Matter of GPB Capital Holdings et al.*, No. 20202719 (S.C. Sec. Comm'r); (xv) *In the Matter of GPB Capital Holdings LLC, et al.*, No. 2000838 (Ill. Sec'y of State); (xvi) *The People of the State of New York v. GPB Capital Holdings et al.*, No. 450287/2021 (N.Y. Sup. Ct.); (xvii) *In the Matter of GPB Capital Holdings LLC*, No. E-2018-0100 (Mass. Sec. Div.).

    I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2025
      Miami, Florida

                                            */s/ Matthew I. Menchel*
                                            Matthew I. Menchel
                                            **KOBRE & KIM LLP**
                                            201 South Biscayne Boulevard
                                            Suite 1900
                                            Miami, FL 33131
                                            (305) 967-6100
                                            Matthew.Menchel@kobrekim.com

                                            *Attorney for Defendant David Gentile*