

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JKW/NMA/KM
F. #2018R01064

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 4, 2025

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. David Gentile, et al.
     Criminal Docket No. 21-54 (RPK)

Dear Judge Kovner:

  The government respectfully submits this letter requesting permission from the Court for (i) Probation to disclose to the parties copies of any affidavits of loss it has received from victims of the defendants' fraud that will be used to determine restitution in the above-captioned case; and (ii) the government to disclose to defendants David Gentile and Jeffry Schneider copies of any affidavits of loss it has separately received from victims.[1] The government has conferred with Probation who consents to this application.

           Respectfully submitted,

          JOHN J. DURHAM
          United States Attorney

    By:  /s/
      Jessica K. Weigel
      Nicholas M. Axelrod
      Kate Mathews
      Assistant U.S. Attorneys
      (718) 254-7000

cc: Defense counsel (by ECF)

---

[1] At Probation's request, the government is collecting affidavits of loss from the victims and compiling them for Probation.

2

Nicole Gervase (U.S. Probation) (by E-mail)