# EXHIBIT A-1

November 15, 2024

Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

RE: United States vs. Gentile, et al. 21-CRO-54 (RPK)

Dear Judge Kovner,

As the sentencing date grows closer, I find myself more and more overwhelmed with emotion and it has become increasingly difficult to write this letter. My name is Joanne Gentile and I am the proud wife of David Gentile. I was present by David's side at every day of his trial in your courtroom and at every pre-trial conference before Judge Gujarati.

While I write this with a heavy heart, it is giving me the opportunity to reflect on our lives together, and share with you how David shows up in my life and the lives of others.

David and I have a long, beautiful history together. We were married in 1998 and have four incredible children. Initially, we met in 1977, when David was eleven years old, while in elementary school, Immaculate Conception, in Queens, NY. David became a good friend to my brother and was in and around my house quite often. I fondly remember that he was always friendly, and was always kind to me when I saw him.  It wasn't until years later, after I graduated from law school, that I started to date David.

One of the first things that impressed me when we first started dating was David's attention to and care for others. It seemed a quality beyond his years and was rather admirable. I myself did not have such a developed sense of care and compassion for other human beings. On one of our first dates, while walking to meet friends at a bar in New York City, David paused and asked me to wait as he went inside to one of those food bar delis. Moments later he emerged with wrapped sandwiches and buttered bagels in his hands. I had no idea what was happening. Unbeknownst to me, he had previously spotted an elderly, homeless individual slouched, sitting on the sidewalk a little ways up the block. David generously gave his deli goods to the fellow and engaged in conversation with him while I stood by watching in wonder.  That was not an

isolated instance. It was my initiation into the world of David Gentile. Over the course of our dating, David consistently exhibited similar acts of kindness and always extended himself and proved to be a compassionate man who deeply cared about others.

During our years dating, David worked at an accounting firm, where he eventually became partner, while I was working in a personal injury law firm. What was unique about David, was that he had a special relationship with the majority of his clients. Many of which he maintains relationships with today. He completely immersed himself into their lives and was always interested in learning about their families, their interests and demonstrated a genuine attentiveness to their well-being. His universe of clients was very different from my clients. I found it fascinating how beloved he was by his clients. But I soon recognized that it is his unwavering loyalty, his compassion and his sincere interest in the lives others that leaves such an impression that people immediately befriended David, and in fact, treated him like a cherished friend or family member.

It was not only David's enormous heart that enamored me, it was also other fine qualities that he personified that I found were attractive and endearing. Shortly into our relationship, I discovered that not only was David selfless and a man of integrity devoted to family, but also a man constantly on a path of self-improvement and betterment. What engaged me was, while on this path, he encouraged and embraced all those around him, to join him on a journey of enlightenment and meaningful improvement. Whether it was purchasing and reading a certain life enhancing book, or attending a spiritual or skill enriching seminar or listening to cassettes by motivational speakers, if you knew David, you were destined to be better for it. He harbored no jealousies or competitive tendencies with others. He truly wanted those around him to excel. He made me a better person. He lit up my life as well as countless lives of others.

As I mentioned earlier, David and I began our life together as husband and wife in 1998. While I had my own career, we jointly agreed that once we started a family, I would take a leave of absence from my office to raise the children. To say that he is dedicated to his family is an understatement. David happily embraced the responsibility of providing for us. He tirelessly worked and continuously expanded, always sourcing new business opportunities and clients. He embodied an arduous work ethic that was beyond admirable. David would often express that one of his greatest joys is to support and provide for his family. Working hard and taking responsibility are core tenets that David operates with and has instilled in our children.

In late 2002, I was faced with some of my own family difficulties. David was by my side and took great efforts to assist in resolving the troubling issues. During his busiest time of tax season, he attended multiple meetings, engaged in numerous phone calls and met independently with several family members in hopes that he could be instrumental in an amicable resolution of a distressing situation. Family was of paramount importance to him. Being deeply principled,

honest and caring, David was able to persevere and instrumental in bringing the issues to an agreeable conclusion.

Fortunately, I also had the great opportunity to work with David at GPB Capital, in an administrative capacity. While employed there I was able to, not only work directly with David, but also able to watch and observe David interact and work with others. David created a beautiful office environment to work in with a warm welcoming culture. He always demonstrated strong leadership qualities, integrity, humility and was beloved and respected by the majority of the office, if not all of the employees, despite what was alluded to at the trial. David is the rare individual that emphasized communication and interaction amongst the company employees, encouraging group activities where strong bonds were formed, always looking for the greatest good and outcome for others. He is a proponent of the thinking that united as a team, we could exponentially achieve greater things than operating as individuals, independent of each other. He prided himself on being accessible and approachable to the GPB team members and took his responsibilities as CEO seriously. In fact, it was his policy to sit down and have lunch with newly hired employees once a quarter to learn about them, their backgrounds, their interests , their families and what brought them to his company.  Engaging with people on a regular basis where he was able to impart wisdom, knowledge and guidance, while naturally making people feel valued and understood, while also demonstrating kindness, is and was his forte. Truly, the success and growth of others, especially those he worked with, he felt was a reflection of himself.

During my tenure at GPB, there is one particular instance that stands out and further exemplifies David's generosity and instantaneous willingness to help. Specifically, there was one gentleman in accounting, whose name escapes me at the writing of this letter. He was working at GPB for approximately one year when he untimely and tragically suffered a fatal heart attack while traveling to work. David immediately reached out to his widow, offering her heartfelt condolences and reassurance that he would help take care of her and her family. David, being a man of his word, personally, financially assisted the widow, where she was overwhelmed by his kindness.

What you also may not be aware of, is that David Gentile is an extremely philanthropic individual. Aside from donating millions of dollars to various organizations, he also donated his time to assist and support charitable foundations and church events .Giving back to the community was always important to him. Likewise, it was essential for him to establish GPB Cares, a charitable institution dedicated to participating in community outreach.

Throughout our 30+ years of knowing each other, I am privileged to say that we are best friends and I consider myself incredibly fortunate to have married David, whom I also consider my soul mate, as clichéd as that may sound. David has thoroughly enriched my life and inspires me daily. He brings stability, peace, joy and an abundance of love to my life. He is dependable and truly a wonderful husband, as well as a father. I won't speak in-depth to his role as the father to our four children, as I feel their communication about their dad would far surpass anything that I would be able to express. However, there is an observable, deep mutual love, respect and admiration between David and the kids that is truly heartwarming and special. Our existence as a family relies on him quite heavily, especially myself.  Essentially, he is the primary individual that binds all of us together.

Removing David from his family, his parents and friends would in my humble opinion, be a societal disservice and tragedy. The absence of his positive impact in the world and his good deeds would be devastating for all of us.

Your Honor, I submit this letter on behalf of my husband in hopes that you will have a better understanding of the man I know him to be.  I humbly beg of you to take into consideration the many fine and amazing attributes of David and to please consider the most lenient sentence possible for my husband and my best friend under the circumstances , or possibly no time at all.

Thank you, Your Honor, for this opportunity to impart my deepest held beliefs and feelings about David and allowing me to share.

With much gratitude,

Joanne Gentile

# EXHIBIT A-2

November 30, 2024

Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States v. Gentile, et al. 21-CR0-54 (RPK)

Dear Judge Kovner:

My name is James Gentile; I am David Gentile's oldest son. I am writing to share the
profound impact my father has had on my life, our family, and the broader community.

I grew up attending public school in New York before transferring to boarding school in
Oregon, where I developed leadership skills and a strong work ethic under my father's
guidance. I went on to graduate from Babson College in 2023 with a B.S. in Business
Administration and a concentration in accounting. At Babson, I played a leadership role on
the rugby team, winning a national championship and competing in another, and served as
the finance officer for a professional development fraternity. After graduation, I worked for a
small accounting practice where I ran both the payroll and bookkeeping departments and
contributed significantly to tax preparation. I now serve in the accounting department of an
energy company, where I continue to apply my father's guidance to treat every role with
integrity, honesty, and responsibility.

Throughout my life, my dad has deeply influenced me, shaping the values of honesty,
integrity, and personal responsibility that make up who I am today. I would like to share a
few key moments to shed light on who my dad truly is, despite the picture the prosecution
painted of his character.

My dad has always instilled in me the values of truth, honesty, and integrity. He has
emphasized the importance of taking full responsibility for my actions and prioritizing the
well-being of others, always encouraging me to lead with care and selflessness. When I
was young, I struggled in school and developed a habit of taking shortcuts, relying on

others for homework and tests instead of learning the material. This pattern extended beyond academics and led me into trouble with friends and other areas of my life. Eventually, my actions caught up with me.

When I got home one evening, my dad pulled me aside and expressed his disappointment, telling me I was being dishonest and lacking integrity. He explained that there are no short cuts in life and that dishonesty ultimately traps you and harms both yourself and others. He emphasized that true happiness comes from living with honesty and integrity.

Later, he offered me the opportunity to attend boarding school, framing it as a chance for a fresh start. Though hesitant at first, I eventually accepted. When I arrived at my new school, I promised myself that I would embrace this experience with honesty and integrity despite how difficult it could be. By the time I graduated, I was proud to have fulfilled that promise. That conversation marked a turning point for me.

During my first semester of college, I struggled with academics and social adjustment, spending much of my time in my room. Over winter break, I told my dad I was considering dropping out. He listened and empathized but firmly encouraged me to stick it out. He explained that once I make a commitment, I should honor it and give it my best effort. He urged me to give the second semester 100% effort and fully engage with my environment, saying, "Try to love the school by the end of the semester." Though confused by that concept, I agreed to try.

Following his advice, I joined the rugby team, a business fraternity, and made a pact with my roommate to meet as many people as possible. That semester completely transformed my college experience, turning it into a very rewarding period of my life. My dad's lesson on commitment and giving my all continues to guide me in both my professional and personal life.

My father has been instrumental in teaching me the value of loyalty and doing the right thing, even when it's not easy. In my first full-time job as a staff accountant, I worked for a mentor, who was the owner of a small practice. While I learned a great deal, the firm wasn't growing, and I began doubting my future there. Around that time, in May 2024, my cousin introduced me to a friend who owned a thriving Amazon business. After several conversations, I learned he was looking to hire a chief financial officer and was very interested in me for the role. I didn't show interest, but did visit his office with my cousin for fun. I was unexpectedly interviewed by another owner and the HR officer, and they offered me the job on the spot, asking what it would take for me to start in three days.

Unsure of what to do, I told them I would need to think about it. I called my dad for advice. He reminded me of two important things: first, that I had made a commitment to my

current workplace for a year, and second, to consider how my departure would impact my mentor, who was already struggling with the workload, and it would only get tougher if I left. He gave me a piece of advice from an honor code he read: "Never desert a comrade in need." His words helped me realize that staying loyal and upholding my ethical responsibility was the right choice. Instead of leaving, I worked to secure the Amazon business as a client for my mentor's practice.

In the end, I had to leave my workplace after the verdict of the trial to move back to New York to learn how my mom and dad have managed things for the family. I am the oldest child, so even though I am only 25, I have been preparing for the last two months in case my dad has to go away, as I would need to step in to support and take care of my mom and younger siblings. I did not want to leave my job, but my parents raised me to support my family, and I feel this is what I needed to do given the circumstances. As part of leaving my job, I was in constant communication with my mentor ensuring that everything was organized to make his transition smoother and his life less difficult after my departure.

These examples are just a glimpse of the many ways my father has guided me toward doing what is right. The prosecutor's portrayal of him stands in stark contrast to the man I know— a deeply principled and fundamentally honest person. It was hard to hear their claims of his dishonesty, because he simply is not dishonest. I share these experiences with you to show you how my father thinks and truly how he conducts his life.

My dad's care and guidance extend far beyond our family. Since my teenage years, I've often invited international friends over for the holidays, as many didn't have a place to go. Even if my parents had never met them prior to their visit, my dad always welcomed them with open arms. Unlike most parents, who might stay in the background, my dad took the time to engage in real conversations with my friends, showing genuine interest and care.

He not only included my friends in our activities but built friendships with them. Over time, many of my friends have sought his advice. For example, one friend's mother owned a piece of real estate, and my dad offered thoughtful guidance to him on how she could best manage it. Another friend sought his input on choosing a college major, while yet another asked for advice on navigating his workplace.

My dad's impact isn't limited to my friends—he has positively influenced hundreds, if not thousands, of people, including family, colleagues, and work associates. From him, I've learned the importance of connecting with and supporting others.

My dad has been a role model and mentor to me, setting an incredible example of how to live with integrity, act with humility, and treat others with care, generosity, and kindness. One meaningful example stands out: a friend of mine had damaged his teeth from a car

accident when he was younger, which affected his confidence and ability to communicate clearly in job interviews. Although my dad had only spent time with him a handful of times, he offered to cover the cost of the surgery to get them fixed. Without my dad's generosity, my friend might have struggled with these challenges for a long time. This is just one example of the countless ways my dad has acted with selflessness and good intentions. His principles have not only guided me and my family but have also helped many others.

It would be devastating to our family and deeply impact me personally and professionally if my dad were to receive a long sentence. He has been a stable pillar in my life, guiding me not only in personal matters but also in my career. Thanks to his influence, I have grown tremendously in the workplace, contributing greater value to my colleagues and clients.

For all the good my dad has done and the countless contributions he has made to our family, friends, and community, I respectfully ask you to consider granting the lowest sentence permitted under the law. Thank you for taking the time to read my letter and for considering my father's character and the profound impact he has had on me and many others.

Sincerely,

James Gentile

James Gentile

# EXHIBIT A-3

November 25, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Kovner,

My name is Chiara Gentile, and I am the only daughter of David Gentile. I have three brothers: James, Richard and Joseph. I was one of the many people who supported my father while he was before you and attended the trial every week. I have heard first-hand the allegations made against my dad. I am hoping that with this letter, I will have the opportunity to share the true character of my father and how deeply loved and respected he is by many. I have faith that you will take this letter into consideration when sentencing and will please be lenient when you are determining your decision with regard to my father.

First, I will share a little about our background. The foundation of the Gentiles is built on hard work coupled with honesty and integrity. We are of Italian descent with my dad being a first generation American on my grandmother's side, who immigrated here when she was fifteen. Growing up, my father was always working late. All he seemed to know, and knows now, is to be industrious, provide for us and be a strong figure for our family. These qualities were ingrained in him by my grandparents, and he has, in turn, instilled these fine attributes in me and my brothers. When I was a child, the weekends were a special time for us to spend with our dad. The older we have gotten, the more he has shared about his life, and the more we have gotten to know him as a person. These moments with him have become more special and invaluable.

At thirteen I made the decision that I wanted to go to boarding school across the country. My dad introduced this school to me and, together with my mom, gave me this unbelievable opportunity that changed my life. My older brother attended with me as well. My boarding school experience was an extraordinary gift that I was incredibly blessed to have. I was introduced to a community of amazing people that have enriched my life. Without my dad, I would not have had the occasion to be exposed to such a learning environment where I was able to flourish. It is moments in my young adulthood such as this, where my dad has had such a life-changing impact that I am able to appreciate his love, persistence and knowledge in my upbringing.

The foundation of the school I attended is built on the principles of leadership, integrity, ethics, and knowledge, which are some of the same values that my dad has tried to instill in me. Throughout my years there, I gained the discipline to always apply these tenets in my life. The

point I would like to emphasize is that I wouldn't have had this experience if it weren't for my dad. In retrospect, it was one of the best things he could have done for me and my brothers. (My younger brothers went on to attend there as well.) At my commencement, I dedicated my graduation speech to my dad where there were over 300 hundred parents and guests attending. A portion of my speech is as follows:

"A year before high school, an angel shined a light on me. That angel believed in me, he saw my future, this angel was my dad. He taught me I am my own power force, and I didn't belong in a school where 'fitting in was the standard.'..." The speech can still be found on YouTube.

My dad is anything but ordinary. To me, he has done great things in this world. Any person or friend that has had the opportunity to know him can attest to that statement. As a father, he has raised us to always love, support, guide and grow with each other. He does not lie, he does not cheat, steal or do anything of that nature. Being truthful, contributive and in service to others is what he has taught us. He holds my family together, gives us advice at nearly every family dinner, consults us on every decision we are about to make and more. As it goes, one of the most impactful things he has done is create a childhood and life foundation for me and my brothers to become independent and successful no matter the obstacles. Almost every friend I have brought around my family admires our dynamic and the way we love and support each other. We are a unique family. I realize how lucky I am to have been raised in such a nurturing, supportive home. The thought of not having my dad around is absolutely overwhelming and distressing to me for a multitude of reasons.

Since I went to college in Manhattan, it was easy to travel back home and spend time with my family, which I did every weekend. We always tried to be together. My impression of most college kids that I met was that they wanted to be as far away from their parents as possible. But I did not want to. I even had the choice to go to a university in California which I ended up turning down to be close to my family. Most of the friends I made during my college years were not as close to their families and it was pretty shocking to them that I would rather be home with my family than partying on the weekend.

Currently, my father's situation inspired me to apply to law school. I had been considering it for a few years, but since the beginning of 2024 I have fully committed to attending next fall. When I decided to pursue a legal career and to go to law school, my father fully supported my decision. It is his unwavering encouragement, wisdom and guidance that I have become reliant on. His absence will leave a huge hole in my daily existence.

Despite the past three years where my father was consumed with his legal matter, he has always been present and supported my decisions and has given me advice. His positive attitude and tenacious approach to life has not changed and he has also encouraged us to not change and to keep progressing forward. One day, I hope to dedicate my success to him and my mother who supported him. I would like to do that mainly because, without fail, he is a true, honest leader and has given me the tools to get where I am.

In conclusion, I know my dad will endure whatever happens to him. He is the most resilient, steadfast, persistent man I know. He is also the most giving, kind-hearted caring human being on the planet. I adore him and I am so very proud to call him my dad.

Your Honor, thank you for your time and the opportunity to present this letter to you. I hope this has given you an idea of who my dad is and how incredibly important he is to me as well as many others. With all my heart, I pray that your decision on his sentencing will consider as much leniency as possible under the law. I would be truly grateful for that. Not having him around will be beyond devastating for me and my family.

With much hope and gratitude,

Chiara Gentile

Chiara Joosette Gentile

# EXHIBIT A-4

October 31, 2024

Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States vs. Gentile, et al. 21-CRO-54 (RPK)

Dear Judge Kovner,

My name is Richard Gentile. I am the third child of four children of the defendant. This letter is hard for me to write due to the fact that I am still in disbelief about the jury's verdict on August 1st. Nonetheless, in this letter, I will be telling you about myself, my father, and my family. I am humbly writing to you, pleading for leniency in my father's sentencing. This letter is my way of asking, from the bottom of my heart, for your greatest consideration of the lowest appropriate sentence. This case has been exceedingly painful for my family, especially knowing in our hearts that the allegations do not reflect the man and father that I know.

My dad was raised by two beautiful and hard-working parents who started with nothing. Those are my grandparents: Santo and Josephine Gentile, who I lovingly call Nonno and Nonna. My dad's grandfather came from Italy on a boat and started working on the docks in Brooklyn, making his dad a first-generation American and my dad a second-generation American. My dad's mother is an immigrant from Sicily, making my dad a first-generation American on his mother's side. He was raised with humility, never receiving much in terms of material things from his parents; everything he had then, and all he has now, came solely through hard work. His life is a testament to sacrifice, perseverance, and integrity. Guided by his values, which are hard work, honesty, self-discipline, compassion, humility, and lastly, never taking shortcuts. He instilled these values in my siblings and me throughout our short lives, and when it wasn't coming from him, it was reinforced by my mother and grandparents.

Now, let me share a bit about myself. Among my siblings, I've been the one to stray, the one who's stumbled and made choices I'm not proud of. Yet, each time I veer off course, my father is there, steady and firmly, guiding me back to the right path. He is the reason I am proud of who I am today. Everything I know, I owe to him. When I share his

wisdom with friends, they call it life-changing. I am deeply proud to call him my father, and it breaks my heart to see him in this situation. I can only hope that you will take my letter, along with the other letters, and see David Gentile as the humble, kind, caring man we all know him to be.

My father is far from ordinary; he's the very opposite. In a world where so many put themselves first, he stands apart, always lifting others above himself. Most people today rarely look beyond their own interests, but my father's purpose has always been to make those around him better. That is his true character, a strength in selflessness that inspires all who know him, as I am certain, others will attest to.

I could share countless examples—over a thousand moments—of my dad embodying what it means to be the ideal man. Here are just a few highlights. From acts of charity to guiding an elderly hand across the street, from ensuring my friends and acquaintances have a warm place to stay during the holidays, to standing by his parents through the hardest days of the pandemic—my father opens his heart and his home to all, embracing them as family. He changes lives, not only with his kindness but with the wisdom he shares, leaving a positive mark on everyone he touches.

My father is the heart of our family, without him, I am not completely sure what life would look like. We are all extremely fortunate and blessed to have him. I look forward to eating dinner with him every night, telling him about my day, and listening to his golden nuggets of wisdom. Now, when I think about the future, the next six months, there is uncertainty about whether or not my father will be sitting to my left at the head of the table, and this weighs heavily on my heart, given that I know who he truly is. I hope you find the strength to make the right decision, knowing how much my family needs him in our lives.

Thank you, Judge Kovner, for your unwavering dedication and the incredibly hard work you do. I genuinely hope my letter has offered you a clearer picture of who my father truly is, beyond the statements made during trial, which saddens me to think could overshadow the real man he is. I'm grateful for your willingness to see him in a positive light. I beg you to grant him leniency, as me and my family need him dearly.

Thank you for your time and consideration.

Sincerely,

Richard Gentile

Richard Gentile

# EXHIBIT A-5

Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

         RE: United States vs. Gentile, et al. 21-CRO-54 (RPK)

Dear Judge, Kovner,

My name is Joseph Gentile. I am the youngest son of David Gentile. I attended the trial many times and heard the allegations made against my father and the things that were said about him. The things that were told in court did not accurately depict my father. There is far more about him than just what was said. In this letter, I will share about myself, my father, and his influence on me and everything else.

I am nineteen years old and am a sophomore at Hofstra University pursuing a degree in accounting. Concurrently, I am working as an intern at an accounting firm. Before Hofstra, I attended a boarding school in Oregon. I was twelve years old when I first went to this school. My siblings, James, Chiara, and Richard, were there with me. Six years later, I graduated and learned many values, such as industriousness, ethics, integrity, and responsibility. Without my father's help, I would not have been able to have acquired these skills. Because of him, I decided to stay in that school and am both happy and grateful that I did.

In the future, I plan to be an accountant and work in the automotive industry; however, in high school, I was all over the place with what I wanted to do with my life. I wasn't sure what I wanted to do. All I knew was that I wanted to work with cars in the future, but I wanted to take a more unique route, which is now through accounting. This whole idea of doing that was because of my dad. I have always looked up to my dad, who was also an accountant. I saw the value of learning accounting because of him. Additionally, my desire to enter the automotive industry stems from my dad. Like my dad, I love cars. I have an immense obsession with them. They are not only a mode of transportation but also an art. Whenever my dad saw a nice-looking vehicle, he would say it was beautiful. From these moments, I started to appreciate the beauty of these vehicles.

Moments like these also made me appreciate the beauty in many other things as well. My dad could see the beauty in everything, even the most minute things, when most people would not. Regular-looking buildings are not just regular to him; they are beautiful. My dad would show my siblings and me little details about these buildings, which required great skill in order to create them. He would even show me the elegance of an "ugly" tree. I have not met anyone like my dad who would admire these things. Because of him, I appreciate and see the beauty of little things.

One thing I will never forget is that my dad taught me respect. Respect is a huge thing in my family. Being respectful is honorable. Respect has always been part of my life, but one day that I vividly remember, my dad made it very clear to my brother and me. I was going out with my brother and sister, and they had a little argument in the car. My sister wanted to go back home, so we dropped her off, and I

went back out with my brother. When we got home, my dad sat my brother and me down and talked about respect. He was disappointed in us and made it clear to never be disrespectful, especially to our sister. I have never forgotten about this moment, and because of this moment, respect has been a vital part of my life. I have never been disrespectful to my siblings or anyone else since then. This characteristic has also made me realize who my true friends are based on how they treat others.

My dad has also helped me not get into foolish situations. I remember one day, I was walking with my mom and dad, and two people walked past us. One called my mom a curse word in Spanish. I understood what he said, but I got agitated and was very tempted to go up to them and do something about it. However, my dad told me not to. He said don't get involved with stupid little things. It will only do bad, so ignore it. As upset as I was, I ignored it. Another time, something similar happened, but this time, someone said something about me. I was upset, and my dad told me the same thing and ignored it. Without my dad's guidance, I would not have ignored it but would have done something that would only have gone downhill.

The help my dad has given me is unparalleled. He has made many sacrifices for me in order to be the best version of myself. Anytime I am not doing well, he is there for me. He takes time out of his work to ensure I am doing well. He sits down and talks to me. Whenever I talk with him, I become a better person and am back on track to becoming the person I want to be when I grow up.

Being hardworking and disciplined is something that my dad has instilled in me. In high school, I fell behind, and the only way to graduate was to work hard and be disciplined. I did not want to study; instead, I wanted to go to the gym and be with my friends. My priorities in life were not how they should have been. Schoolwork and doing what is right were not important to me. My dad knew this and made me realize this, because it wasn't apparent to me. He told me to list my current priorities and what they should be. I was honest with him and myself. I saw that having your priorities in life in the correct order will make you successful. It was from then on that my progress in school took a turn. I began working harder and harder. I achieved two years' worth of work in one in order to graduate on time from high school.

My dad's help does not stop at his family but extends far beyond this. I have met many people my dad has worked with in the past, and they tell me how my dad has helped them. One thing my dad will never fail to do is help a friend in need. There is a pizza place that I go to often. I have become very good friends with the owner through my dad. His father passed away recently, and he has been struggling a bit in life and with his business. No matter how busy or tired he was, my dad would sit down with him for many hours over several days, speaking with him and always offering help. The generosity and care of my dad is extraordinary.

Every time we have dinner, no matter who it is with, my dad shares his knowledge and wisdom. Each dinner with him is special. He has changed the lives of my family and friends who eat dinner with us. The wisdom and pasta he shares with all of us is something that I will never forget. He is a fantastic chef and one of the most intelligent people I know. However, he won't admit it because my dad is humble.

Knowing that there is a chance that my dad won't be with us for these future dinners and moments does not rest well with me. I cherish every moment with him and could not imagine being without him.

Within the next 5-10 years, I plan on getting married to my current girlfriend of four years, and knowing there is a possibility that he won't be there for that moment hurts me heavily. It is very hard for me to imagine this.

Without my dad, the lives of many would be negatively impacted. He brings happiness and kindness to so many lives. He has helped guide my siblings and friends, whom he treats like family, in the right

direction. It would be heartbreaking to my family and friends if my dad were to receive a long sentence. It goes way beyond just affecting him.

Thank you, Judge Kovner, for your time and for allowing me to present this letter about my father. I hope this letter gave you a greater understanding of my dad and his influence on this world. I respectfully ask you to consider granting the lowest sentencing possible under the law or none at all. I would be tremendously grateful for that. He is a huge part of so many lives, and I can't imagine him not being around.


Sincerely,

Joseph Gentile

# EXHIBIT A-6



*Josephine Gentile*

October 28, 2024

Honorable Rachel P. Kovner

United State District Judge

Eastern District of New York

225 Cadman Plaza East Brooklyn

New York 11201

RE: United States vs Gentile, et al. 21-CRO-54 (RPK).

Dear Judge Kovner,

My name is Josephine Gentile and I am the proud mother of David Gentile. I would like to give you a little background about myself. My father came to the United States from Sicily in 1955 expecting to work hard and return to his native country after two years. Fortunately, he decided to stay here in America and have his entire family join him. I consider myself blessed to have had the opportunity to grow up in this amazing country.

Upon my arrival to Brooklyn, New York at the age of 15, I was given credit for my eight years of elementary schooling in Italy and was able to enroll in the nearby Junior High School. I applied myself to understand and excel in the English language and with hard work and dedication was able to graduate High School at the age of 19.

College education for me was not a given as my parents, not only could not afford it, but it wasn't even part of their vocabulary. By luck and with the help of my bookkeeping teacher, upon my high school graduation, I was employed by Long Island University in the role of bookkeeper. I started attending college classes there at night by taking 6 credits a semester. When I got married in 1963 at the age of 21, I applied for a student loan which enabled me to attend classes full time and work part time. I graduated from Long Island University in 1965, expecting my first child, Ronald. David was born in the following year.

In my family, work was of utmost importance, but taking care of family took priority.

Although I graduated with an accounting degree, I understood that being home while raising a family was important. I enrolled in Brooklyn College for education courses and applied for my teacher's license. Shortly thereafter, I started my position as a full time appointed teacher in 1969. My priority was to be home at the same time as my children.

My children grew up in a loving family environment where respect, honesty, integrity, hard work, loyalty, generosity and support for each other was and is an integral part of who we are and strive for. We are a close-knit family willing to help and support each other whether it be physically, morally, emotionally or financially. These are our values. These are the values engrained in David - values he grew up with and I have witnessed him adhere to throughout his life. I am not alone in this observation. Many people will vouch for his integrity and kindness. All of my friends can attest to it. David's gentleness, caring and giving personality embody a Christian ideal. He is an exemplary son and member of this family. Case in point: David has four wonderful children who have been raised with the same values. My husband and I are so very proud of David and our grandchildren. We are very fortunate that we are able to enjoy the benefits of their upbringing. They are a true joy to be around.

I would like to share a recent specific instance that illustrates the lengths that David would go to for me and my husband. David is a caring son, who would go to the end of the earth to take care of his parents. He was the only one who travelled a long distance to ███████████████

Had it not been for David's immediate action to help, both Santo and I ████████████████████ to write about it. I know this to be true because, unfortunately, one of our dear friends, who ██████████████████████, refused David's help. Sadly, he is no longer with us as he passed ██ ████████████. By the way, one of the beauties of David is that he would actually do this for anyone in need. A true testament to his character.

David is an integral part of my daily life. We speak regularly. What you may not know is that David lives in close proximity to myself and Santo. Only days go by between our visits – not a week goes by that we don't see him. He is always available to assist or help us whenever needed. Whatever my needs may be, he is there. Whether I am having issues with my computer or my car or I need an item picked up from the store for example, David is there. It may sound trivial that he helps with such menial things. However, these small things have become overwhelming to us at times and I have grown dependent on him and I am extremely grateful to have him immediately available to help. Not only that, I have grown accustomed to having him by my side. I consider myself blessed to have this relationship with him. It is special, it is loving, and it is one of a kind. Life without David is impossible for me to comprehend. Not having him during these precious years of mine and my husband's lives would be beyond devastating for us.

It was painful to sit at the trial where David was portrayed as criminal, when I know of his core goodness and have been the recipient of his honorable deeds. It breaks my heart to see him go through this difficult, exasperating part of his life.

I ask Your Honor to please consider the most lenient sentence the Court considers to be appropriate. Not having my son with us will be nothing short of devastation for the entire family.

I beg you, your Honor, as David's mother, to think of the effect of this sentence will have on David's children who are at a very crucial age and need their father's constant support and vigilance.

I thank you for your understanding and for taking the time to read my letter.


With much gratitude,

Josephine Gentile

# EXHIBIT A-7





October 28, 2024

Honorable Rachel P. Kovner

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

RE: United States vs Gentile, et al. 21-CRO-54 (RPK).

Dear Judge Kovner,

My name is Santo Gentile and I am honored to call David Gentile my son. I humbly write this letter in support of David, and in the hopes that after you get to know a bit about him from me, that you will consider leniency in his sentencing.

I am blessed with two sons, Ronald and David. I could not be prouder of the two men both of my sons have grown to be.

Early on, my wife Josephine and I worked hard to be able to enroll both of our sons in a Catholic elementary school because faith, coupled with good core values were important to us. That school was Immaculate Conception Catholic School located in Jamaica Estates, New York. David went on to attend Holy Cross High School and Ronald attended St. Francis Preparatory High school, both of these schools also located in Queens, New York.  Providing a strong, faithful foundation for my family was of utmost importance. During their elementary school years, both of my sons served as altar boys at the Sunday Mass Celebration at Immaculate Conception Church. I feel that the religious setting and structure of the Catholic Church provided a safe,

peaceful, stable and virtuous environment that reinforced the virtues and morals that we fostered at home with both of our children.

Our family was taught valuable tenets by our parents, who virtually spoke no English. My father never went to school and my mother had three years of schooling in Siracusa, Sicily. They immigrated to the United States in 1926. They instilled the principles of working hard, as there is honor in work; to be honest as well as to be humble and to always remember where our family came from. As a result, Josephine and I believe we, in turn, successfully instilled these values in our sons. Honest, hardworking and humble – these are exemplary qualities that David embodies and has fully integrated into his life.

My wife, myself and our sons always had dinner together at home on weekdays. On Sundays, dinner was with the entire family, including aunts, uncles and cousins. During dinner, I would repeatedly share with David and his brother the importance of family, faith and hard work. As a parent, you hope that your children will listen to your guidance and advice. I was blessed with two sons who absorbed what I said and applied it to life. We are proud of the career paths and lives that both of our sons have created, and that they both have fully personified these significant and valuable qualities of family, faith and industriousness.

I would like to speak to David's work ethic and his dedication to his clients. David graduated from Queens College and started working for the accounting firm I founded, Gentile, Pismeny and Brengel, CPAs. It did not take long for David to manage clients and to contribute to the firm's growth. What I observed about David was his natural ability to devote himself to his clients and completely focus on being in service to them. Unlike many accountants, David would make extraordinary efforts to get to know about his clients, know their families and learn the intricacies of their specific businesses. He took pride in their successes. All clients respected him and trusted him for his advice and his business expertise. David has always been committed to helping his clients- supporting their accomplishments but also being ready to help with any issues they may encounter or misfortunes they might have.

David was a partner for over 25 years and a managing partner for the last ten years. In large part, the firm's growth is due to his caring approach, conscientious work ethic and commitment to the well-being of his clients.

David gave up his partnership in Gentile, Pismeny and Brengel to go into the automobile dealership business with one of his clients sometime around 2015. He knew that this new business venture would require his complete attention. David continued to work diligently and devoted long hours to the growth and expansion of his new company.

I want to stress that David helped his clients in many ways. All of his clients can attest to the fact that it was because of David's guidance and advice that their businesses expanded and continued successfully. To this day many of his prior clients are his friends and trust him implicitly. It is not uncommon for many of his former clients that are still with the firm, to inquire about David and his well-being.

From what I understand, it is up to you, Your Honor, to consider my letter as well as my wife's letter when determining David's fate. Not having my son by my side or not there to guide his children is an unbelievable and staggering thought for me. I plead for leniency with your sentence.

Thank you for the difficult work you do, and for your time.

Sincerely,

Santo Gentile

# EXHIBIT A-8



October 21, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Gentile, et al. 21-CR0-54 (RPK)**

Dear Judge Kovner,

I am David's older brother and only sibling. The age difference between us is almost exactly one year, and due to my premature birth, we were nearly the same size for about ten years until David surpassed me. That was the end of my mother's chance to fit us in the same style and size of clothes, which made for great family photos. As time went on, our sizes and appearances changed, and we have had to explain many times to others that I am the older brother, despite my smaller stature. We were born in Midwood, Brooklyn, and grew up in Jamaica, Queens, to an immigrant mother and a first-generation father. **David is a large part of my life.**

My name is Ronald Gentile. I am a nationally known MD and retina surgeon in NYC, as well as a fellow of both the American College of Surgeons and the American Society of Retina Specialists. I dedicate my time to clinical ophthalmic care, surgery, research, teaching, and humanitarian work. I have been consistently listed as one of the Best Doctors in New York (Castle Connolly Medical Ltd.) and New York Super Doctors®, recommended by my peers. I have received dozens of awards and honors in my career. David has been an inspiration to me throughout my life, helping me whenever I was in need. With his support, I have been able to accomplish everything I have today. Examples include practicing with me for little league games, protecting me from bullies, and helping me move from Detroit to New York after completing my training in retina surgery while my wife, his sister-in-law, was eight months pregnant—just a few of the hundreds of instances.

David has been characterized his whole life by all his friends and family as a mensch, a Yiddish word meaning a person of integrity and honor. He is kind, thoughtful, and supportive, and no matter what is going on in his life, he is always available as a friend, providing a sense of calm to others in troubled times with love and a helping hand. David would not burden others with his own stress, showing up for others to help them in need. Even during the thick of the trial, he would still follow-up with those he gave helping advice to and ask how things were going and help more, myself being an example. This is why it was difficult for me to hear the attacks on my brother's character online and to listen to the trial. The difficulty I had pales in comparison to how much my brother suffered through this trial and continues to suffer from the loss of

friends, reputation, and the support of the community. As a top-notch medical doctor, this concept is foreign to me, and I hope you can find room for leniency and consider David's character as a mensch when deciding his future.

David's formal education and career took a different path than most. Instead of going from high school to college and then to a professional job, he began with humble beginnings, working as a clerk in my father's accounting firm after a year of manual labor in the moving business hit a dead end. He started as an intern while attending school at night, earning minimum wage. This model of education suited him well since it was relevant to what he was doing. He worked very hard, passed the CPA exam, and developed life skills and a business sense that other accountants didn't possess. It is his truly unique listening and people skills, combined with his business acumen, that have made him one of the most talented and insightful accountants. He enjoys working and helping people with their businesses while connecting with them. Besides his love for work and helping others, he is also a loving brother, brother-in-law, uncle, husband, son, and father to four beautiful children: James (24), Chiara (23), Richard (21), and Joseph (18). David's children are his pride and joy. He has spent his entire life helping them learn, share, and give back to society.

When determining his sentence, I pray you will extend favor and grace to my brother, who has so much to give to this world, his friends, and his family. I humbly ask for leniency regarding my brother's sentencing. Rather than incarcerate him, I hope you could agree that a sentence of service for David and the thousands of people who could potentially benefit from his involvement. Many people are dependent on David, especially my elderly parents and the family, who rely on him for care. Beyond this, he helps countless families and organizations in the community, many are his past accounting clients and their friends and family, who continue to reach out to him in need. Like how I volunteer my surgical skill in free clinics in NYC and overseas in other countries, my brother unbeknown to many, voluntarily helps countless people with his time, knowledge, and advice about their business and financial issues.

Thank you very much for your time and consideration of leniency for my brother. I hope I have helped shed some light on who David is and his importance to me and everyone he has positively touched.

Sincerely,

Ronald Gentile, MD, FACS, FASRS
Clinical Professor of Ophthalmology
President: Gentile Retina

# EXHIBIT A-9

Date: 10/24/24

United States V. Gentile, et al. 21-CR0-54 (RPK)


The Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Dear Judge, Kovner,

My name is Matt Judkin. I am a friend of David Gentile, we met in 2014, by way of a friend and business partner. I didn't know Dave before, but upon meeting him found him to be warm, sincere and a straight shooter.  At the time, I was CEO/President and Founder of AGR Group, an energy marketing company out of Nevada that I have owned and operated for 13 years. In 2015 we co-founded a company called Greenwave Energy with the help of David and GPB. By 2019, the company required personal capital contributions which my two partners were unable to provide. In turn, they lost their board seats and GPB moved in to occupy their vacancies. I ultimately relinquished control of this company to GPB and, effectively, David. I went along with this course of action because I found David to be trustworthy, as I still do now. I maintained a board seat until Greenwave was sold in 2021; I was to stay in and help it grow until GPB was to sell it several years down the road. The investment in Greenwave was successful, and we made 20% on our investment. Due to this success and the trust I have in David, I would invest with him again.

Our relationship was not as close then as it is now, but even then, I liked him and always found him to be an honest business partner. David was always trying to help, be positive and always made time to help the business we owned together.

It wasn't until Feb 2021 that my relationship and bond with David grew to what it is today. In June 2017 ███████████████████████████. From 2017 until Nov 2020 I was my ███ caregiver. By Feb 2021 I could no longer care for my ███ - the heartbreak, strain,

stress and grief were just too much and after 4 days of no sleep I finally had to ████████ ██████████████████████ It just about killed me. I was in darkness and grief that was just breaking me literally. Dave, for whatever reason called me. He of course asked how I was doing and with very little pushing I told him I was in grief and at rock bottom. At the time I was really losing hope as all that I had, all that I loved was crashing and burning. ████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████ I was a true mess. Dave with all his issues and stress relating to his recent criminal indictment jumped on a plane and flew to see me in Las Vegas. Despite this being one of the most difficult periods of his life, he just wouldn't take no for an answer, he wouldn't. I sincerely told him "Please please don't come, nothing fun here, only grief and misery. STAY AWAY!" I said. He came anyway ... rented two hotel rooms and there I was with him. We spent the next 2 days together. During this time Dave's single focus was me, trying so hard to get me to be positive and move forward. He just wouldn't give up on me ... and let me tell you, the majority of friends and even family did .. he didn't. Well, his care helped and I did feel better, and from there he just kept on calling and showing up. Dave was always positive, always loving, always listening and has always been a beautiful friend. Next thing I know, he is making me part of his family ... next thing l know his wife is trying to help me .. his kids are calling me "Uncle Matt" I can't count how many times he kept coming to see me ... never giving up ... even when again, I would try to push him off. In November 2011 I escaped Las Vegas and all the memories of my life with my wife and moved to Texas. Maybe a change of environment would help me I thought. It didn't do much, as my ████ ███████████████████████████████████████████████ I just was holding on for dear life. Well Dave was right there, calling me literally every day, to say hi, check on me, try to get me to laugh and find life. It all was just so sincere and always would push me forward. I counted how many times he came to Texas to spend days with me, I think it's over 33 times. Never a day would go by without my friend Dave calling, literally.

All I know is I am blessed to have David Gentile as my friend, his love and compassion for myself and my wife in dark times has literally saved my life. Without him my scene may have played out for the worst, as ████████████████████████████████████████████████████ ████████ .. the stress and heartbreak are just unbearable.

Last, it's not just me, its others who by being with Dave have been helped and cared for by him. Dave is truly a decent, ethical and compassionate man. With it, it makes me ask you Judge Kovner to take into account my letter and story when imposing his sentence. Why? Because this

world is a better place because of David Gentile. I know, I have seen it, experienced it and am proud to call him my friend.

Thank you,



Matt Judkin

4968 FM 794

# EXHIBIT A-10

November 6, 2024

Dear Judge Kovner,

My name is Taylor Judkin and I am writing to you about the character of David Gentile. I am 34 years old and currently work for Habitat for Humanity in San Antonio, Texas. Over the last 10 years, I have dealt with my fair share of heartbreak, loss, and grief dealing with the most important person in my life getting sick, my ███ 10 years ago, my ███ ██████████████ ██████ and I changed my entire life to become a caregiver for her in her time of need. At the age of 24, I was completely shattered and heartbroken that my ███ my best friend, was going to slowly lose everything about her and I was going to have to be there every day to watch her deteriorate. One thing I didn't predict during this time was having people I thought were there for me and my mom run out of our lives.

It is true what they say, you truly know who you can count on when you're going through the darkest of times and they are willing to stay by your side. When I told the person my (then) best friend of 15 years what was happening to my ███ and cried, her response was "wow, that sounds like a lot. So why don't you handle your life and I'll handle mine" and I never heard from her again. And this became a trend. All the people I once called family, all disappeared. No one came, it was just "too much to confront". It was just my dad and I left alone to weather the storm. But then something amazing happened, a small handful of people who we somewhat knew throughout our lives stepped up and wanted to support us. Among these few individuals was David.

David has been an amazing and loyal friend to myself and especially my dad. He has either called every day, traveled to spend time with my dad countless times over the years, or dropped everything he was doing to make sure we were doing ok. I truly believe my dad wouldn't have survived all this grief, if David hadn't been in his life. David has been extremely caring, compassionate, and loving towards us during these last 10 years and he has asked for nothing in return. He has an incredible heart and has stuck by us in our darkest of times.

My mom found peace on October 25th, 2024 and David first thought was to drop everything he was doing and fly to Texas to be there for my dad. This man doesn't have a manipulative bone in his body, he is not trying to pull one over on you, he just truly cares and wants to see people flourish, win, and be happy in life. He has a fighting spirit and will stick with you through the good and the bad, no matter how bad the going gets. I kindly ask that you consider giving David the lowest sentence permitted under the law, he is a good man to his core. I consider him family more so than any of my actual family members because they all abandon us when the going got tough. Through this loyalty and actions he has shown over the years, I without a doubt trust David completely. He has given me the ability to trust that people can be there for you through it all, which in a weird way allowed me to open myself up to finding love and a partner. I had closed myself off to the possibility of love thinking that no one would want to be with me while I'm going through this since my family who I thought loved me unconditionally had deserted us. But David helped show me what unconditional love from a friend should look like and I will never forget what he has done for my family.  David is a genuine, decent, caring human being who stepped up and into our lives when he didn't have to and it is a characteristic that is so rare to find these days. I feel so lucky and blessed to call him family and honestly, he may have just saved our lives from utter despair.

Thank you for taking the time to read this letter about the impact David has made on my life.

Sincerely,

Taylor Judkin

# EXHIBIT A-11

George F. Diffendale

████████████

October 21, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Gentile, et al. 21-CRO-54 (RPK)
    Character Reference for David Gentile

Dear Judge Kovner,

My name is George Diffendale and I am writing this letter to offer my deepest support for David Gentile as he faces legal challenges.

First, I would like to take a moment to introduce myself and speak to you about how I came to know David. Currently, I am a Life Insurance Professional and have worked for New York Life Insurance Co for the past 37 years. At this point of my career I have over 2,500 clients, have over $550m of assets under management and lead the company in production (my production this year put me at #4 in the co. out of the 11k+ others). I am married and the father of 5 beautiful children. My family is everything and my pastime is watching the kids in all their activities (dance, soccer, lacrosse)

David and I first met when I was a freshman at St. Francis Preparatory High School in Queens back in 1979. His brother Ronald introduced us. That was the beginning of a lifelong friendship.

David has been a true friend and has had a profound impact on my life, especially during one of the most difficult periods I have ever experienced.

When I was 19, ████████ was ██████████████████████████ That night, after my father tearfully told me the news, I drove to meet up with David. Although I hadn't shared anything yet, he could sense something was wrong. David patiently helped me open up, and from that moment on, he stood by my side, unconditionally. During the ten months ████████████████████████ ████████, David was the one person I could rely on day after day. While my father worked and my sister managed her young children, David became my support system, my friend, and my lifeline.

In a time when others distanced themselves, David showed up every single day, helping me keep it together and remain positive. I vividly remember the times he would physically help me ████████ ██████ ████. He did this not out of obligation, but out of love and loyalty.

After my mother passed, David remained by my side through the funeral and the grieving period that followed. He was there when it felt like no one else was, and his presence became a blessing that I'll never forget. I cannot overstate how much he helped me through that painful time, and I truly do not know where I would be today without him.

Your Honor, David's actions demonstrate the depth of his compassion and integrity. Even as a young man in college, he dedicated himself to supporting me during my family's darkest hours. David is a positive influence, not only in my life but in the lives of others as well. His strength, empathy, and unwavering dedication saved me in many ways, and I know he has the potential to continue helping others as he did for me.

In light of his character and the goodness I have seen in him, I respectfully ask for your leniency in his sentencing. I believe David has the strength and determination to move forward from this experience, and I hope he will have the chance to continue making a positive impact.

Thank you for your consideration.

Sincerely,

George F. Diffendale

████████████

# EXHIBIT A-12

The Honorable Rachel P. Kovner

October 21, 2024

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


RE: United States v. Gentile, et al. 21-CR-054 (RPK); Character Reference for Mr. David Gentile


Dear Judge Kovner:


Thank you for taking the time to read this letter regarding the character of David Gentile.

I am writing this letter to provide a testament to the character, integrity, and profound influence of my cousin and godfather, David Gentile. Over the years, David has not only played an essential role in my personal development but has also served as a guiding light, instilling in me the values and principles that I hold dear to this day. I consider him not only a mentor but a man whose character and actions reflect a deep commitment to family, charity, honesty, and integrity.

David is my first cousin as well as my godfather. When my father passed away – I was 12 years old – David did not hesitate to step into a paternal role in loco parentis. As my godfather, his responsibilities could have been symbolic and his actions could have been wearing a mere title; however, David was bestowed this responsibility by my father and took it upon himself to do far more. He embodied the role in its entirety, providing me with unwavering guidance, support, and advice through some of the most formative years of my life. From an upset tween, through my teenage years, into a prestigious parochial high school, Christian Brothers' Academy, onto University at his Alma Mater, Queens College and into adulthood, David has been a consistent and reliable presence and a stable terminal.

During this time, he taught me invaluable life lessons that shaped my approach to relationships, business, and personal conduct. From an early age, David impressed upon me the importance of always putting others first. Whether being charitable or making personal sacrifices for the benefit of others, David led by example. He always emphasized the importance of honesty, integrity, and staying true to one's moral compass. A few anecdotes that stand out are "if you play the long game, you'll win in spades" or "if you lose your integrity, you have lost everything" or "ethics is senior to business, for without it, there is none." David taught me that the "long game" is hard work, work ethic, dedication, consistency, honesty.

David's mentorship extended into every aspect of my life. He guided me in how to present myself, how to care for family, and how to foster meaningful relationships. He played an instrumental role in helping me navigate critical decisions. An example of this is when he took me around with him for an entire day of work meetings all over NYC. I was a kid, perhaps 16 years old, and he would introduce me in the meetings, I would sit and listen and on the way to the next meeting would answer any questions I had. I was given invaluable insight and experience from someone who truly cared about me. He was always an industrious man and urged others to be, as well. Just being in his presence, you would immediately know his good character and work ethic. That is the effect David creates when you're in his space. As the eldest son in a house without a father, he had the foresight and confidence in me to encourage and assist in my development into the man I am today. As I began to excel and succeed, he taught me humility: that I could be the most important person in the world, just so long as everyone else was just as important.

More than just a career mentor, David's influence can be seen in how I handle both personal and professional relationships. He taught me that the way we treat others, how we conduct ourselves in every group—whether in a casual, professional, or familial setting—is how I will be remembered. Family has always been central to David's philosophy, and through him, I learned how to balance my own ambitions with the responsibility of being a man who stands by and supports his family, specifically a widowed mother, two older sisters and a younger brother. He was a role model in how he interacted with his own family and friends. There was one on Christmas Day, David was speaking to the younger generation. David mentioned how he took the hat from his parents on hosting holiday events and at some point, the next generation would have to. He insisted how important it is to keep the family together as family is everything.

David also instilled in me a strong sense of charity and the importance of giving back to the community. He consistently emphasized how fortunate I was to be surrounded by people who love and support me and encouraged me to use my position of privilege to help others. Whether it was volunteering my time, donating to causes, or simply being mindful of those less fortunate, David always reinforced the idea that service to others is the highest form of self-expression. There was a moment I fondly remember in 2013 when David and I went into New York City very early Thanksgiving morning. We had self-help booklets that identified 21 precepts to live a happier life. David spent his morning into the afternoon passing out hundreds of these to parade-goers. Nothing in exchange, just the satisfaction of lending a hand.

In terms of personal discipline, David taught me the importance of maintaining order in my own life, which first and foremost starts with having a perfectly-calibrated moral compass. He impressed upon me the significance of self-improvement and understanding my place in the world. My ethics level today and my commitment to honesty and trust is in no small part thanks to my godfather.

It is no exaggeration to say that much of my success today is directly tied to the lessons and values David imparted to me. As a successful businessman, I attribute a significant portion of my achievements to the principles David instilled in me.

David has always been a leader in the family and a model for the younger generation. The nostalgia and glee he exudes when speaking about his childhood and family events and friends he had and their respective families always made you stop and reevaluate what is truly important in life: people, relationships. He truly values each and every relationship and has such a level of care and attention for the people in his life that it is truly admirable. There was a time when I was 2017 and I was headed down a rough path. David saw this, stopped his day and invited me for a weekend with him at his house. He spent hours upon hours with me, listening, questioning, being. I walked away from this weekend with a new perspective, a renewed vigor for life and the confidence of having someone like David behind me as a foundation should I need further support. He fostered an atmosphere both at home and at the office that was friendly, open and game-oriented yet productive, fast-paced and collaborative.

He was not only a successful businessman, but he was always helping. He is continually giving back, and that applies not only to his charitable donations but also to his time and expertise. Youth for Human Rights, Citizen's Commission on Human Rights, Drug Free World, and other humanitarian causes he has supported over the years. David is always giving back. Whether a friend with a business inquiry or a family member deciding on what career move to make, David has always been and continues to be a sounding board for those around him. He gives more than he takes. I always say a child is the product of the parent. In David's case, you have four products; four beautiful, bright, caring, selfless children that are a pleasure to be around.

In closing, I cannot express enough how monumental and instrumental David has been in my life and in others alike. The indictment was shocking and the conviction devastating. I believe in justice, and I believe in our justice system.  I humbly ask that you grant my godfather leniency.

Sincerely,

Carmelo Cataudella

# EXHIBIT A-13

The Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

RE: United States v. Gentile, et al. 21-CR0-54 (RPK)

Todd & Beth Kugler

███████████

Dear Judge Kovner,

I am writing to you regarding the upcoming sentencing of our friend David Gentile. I am fully aware of the gravity of the charges before the court, but I am writing to offer a more personal perspective on David and to request your consideration for a lenient sentence based on his good character and the positive impact he has had on those around him.

As some background, my wife and I were both born in 1969, and have been together for over 31 years. We are both retired professionals from the mortgage industry. We have had the privilege of knowing David and his family for nearly ten years, during which time I have come to know him as a person of integrity, kindness, and responsibility.

We first met David when our children attended the same school. As teens, our son began to date David's daughter while also becoming close friends with his eldest son. While teenage relationships can often lead to difficult dynamics and strife, David was always there for the children, including my son, offering wise and compassionate advice during challenging times, and becoming a role model to him.

As a friend he has always been someone who can be relied upon—whether it's offering a listening ear in difficult times, helping our son make it cross country to attend his sister's graduation, or providing business advice. David is the type of person who puts others' needs before his own and who has a natural ability to make people feel valued and understood. It is these qualities that make him a great friend and a positive presence in the lives of all of those who know him.

Last year was one such example of this. ████████████████████████
████████████████████, and David and his wife were one of our first calls. David was immensely helpful: he was a regular sounding board with my wife and I regarding ████████████████████████████. I thought it was remarkable that someone who was experiencing personal struggles of their own with this case made the time to regularly check in and see if there was any way he could provide help to my wife and I ████████████████ during one of the most challenging times of our lives.

While I cannot speak to any of the issues surrounding David's case, I can tell you that David is an excellent husband, father, and friend. He is someone who I can trust, regardless of the present circumstances.

I fully understand the seriousness of the charges David faces. I would like to respectfully request your consideration for a lenient sentence based on his good character and the positive contributions he has made to the community.

Thank you very much for your time and consideration. I trust that you will take these points into account as you make your decision.

Sincerely,

Todd & Beth Kugler

# EXHIBIT A-14

**George Philips**

November 25, 2024

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States vs Gentile, et al. 21-CR0-54 (RPK).

Dear Judge Kovner,

My name is George Philips. Thank you for the opportunity to submit this letter on behalf of David Gentile, a man I am honored to call my friend.

Let me start by sharing a little of my background with you. I immigrated to the United States in 1960 from Greece. I was 19 years old when I arrived here – working during the day while attending school at night. At that time I worked three different jobs – 16 hours a day. In 1965, I started my own painting company in New York City. I grew my business to be the largest and most sought after residential painting company on the Upper East Side of Manhattan. In fact, I am proud to say my business was featured in an article in New York Magazine. That business was operated by me for approximately 50 years. I am married for 58 years and have two wonderful daughters and four grandchildren.

I am now 83 years old and retired from the painting industry. I have known David Gentile for about 20 years, primarily as my advisor/accountant and then as someone that I grew to trust and make business investments with. Initially, I met David when I was in need of a new accountant. David has been a steadfast advisor and friend to both me and my family since the beginning of our relationship. He has helped guide me through the challenges of my businesses and challenges in life over the years. Specifically, helping me when I had conflicts with Partners, assisting me in sorting out tax issues, guiding me in my tax planning for assets, etc.

David is someone that I rely greatly on both personally and professionally. With great care, he has always guided me in making the right decisions for both myself and my family. Let me share a couple of personal instances where I value my relationship with David. The last few years, I have been suffering the hardship of a ▮▮▮▮▮▮▮▮▮. This has been emotionally difficult as well as a challenge and strain on me and my daughters. David continually offers help and often

asks me how things are going. He always shows great concern about me and my health, as well as, my wife, my children and grandchildren. Tragically last year, one of my daughters suddenly lost her husband ███████████. He left behind my daughter and two young granddaughters. David was by my side, through the trauma, there to help and assist wherever necessary. A true friend – not looking for anything. He has repeatedly always been "there" for me.

I have made multiple investments with David over the course of our relationship. Initially, I invested with David in both real estate and a medical technology company. A former accountant reviewed the investments for me. Upon his review, he found them to be good, sound investments and approved me moving forward with David and with the transactions. At this point in our relationship, I had developed a bond of great trust and confidence in David. What I noticed at that time, and still know to be true, is that David has never made a decision to solely benefit himself. He unquestionably is always looking out for others and his investors. This quality became more prevalent when I invested with GPB Holdings III. My investment was $500,000 in to the fund, GPB Holdings III. At absolutely no point have I ever considered myself a victim of fraud or considered myself to be defrauded by David. I have tremendous trust with him, without question, and have placed my confidence in him to be ethical and a man of the highest degree of integrity. If there was an opportunity to invest with David again and I had the funds available, I would.

In my experience of David, he does not know how to lie and is always looking out for me and others before himself.

Your Honor, I submit this letter on behalf of my friend for you to get a better understanding of the man I know him to be. I humbly ask that you please consider the most lenient sentence possible for David Gentile. I rely on him for many reasons, but overall for his generosity as a friend and his good deeds to both me and my family. Not having David around as my colleague or business companion would be a tragedy.

Sincerely,

George Philips

# EXHIBIT A-15



October 18, 2024

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States vs Gentile, et al. 21-CR0-54 (RPK).

Dear Judge Kovner,

I am writing to you on behalf of David Gentile. I have grown to know David very well over the last 13 years. I have had the pleasure of knowing him in several capacities. Originally, I got to know David as my accountant. David Weber Oil Company is a family run business that I have been associated with. This company was founded by my father in 1943 and I came on board to work with my dad in 1973.

As the accountant for myself, my family and my business David provided constant help and guidance.  In that role he took every opportunity to make sure he was always acting in my best interest and never failed to provide excellent advice.

Over the years, I have had the opportunity to invest with David. Specifically, I have invested in two real estate projects, and I am an investor in GPB Holdings II Fund. At no time did I ever have cause to be concerned about the degree to which I could trust David. To this day I am very willing to continue making investments with David. If the occasion were to present itself where I could invest with David, I absolutely would.

With regard to the investment in GPB Holdings II, after I reviewed the financial documents, I was aware that the monthly distributions, which we expected to receive, were not necessarily out of profits and in fact, could be return of capital. At no time did I have any idea or understanding that distributions had to be solely from profit and not return of capital. I am aware that witnesses have come forward and testified that they were allegedly falsely informed. However, I want it to be clearly understood that at no time was I ever falsely informed. There has never been a time that David has given me cause for concern or in any way, made me doubt his integrity or earnestness. Let me further stress, that, under no circumstances, do I consider myself a victim of a fraud.

Although my original relation to David was professional, we quickly recognized in each other a mutual respect and understanding that went well beyond any professional relationship.

As I write this letter to you, Judge Kovner, I realize the degree to which David has become a part of my life and the lives of my family. I have also had the opportunity to spend many hours with David and his family. How someone relates to their family, how a person is appreciated by their family and reflexively appreciates their family reflects their character and without a doubt David has always demonstrated a constant and consistent devotion and love for his family. That emotion is so well demonstrated whenever we are all together.

Finally, as I write this letter with the hope that you will better come to know and appreciate what a very fine person David is, I actually have further realized just how special he is. He has opened his world to me so that I feel like I'm a member of his family. I have enjoyed many family holidays and events with David and all the Gentiles. This ability to open one's heart to another and completely embrace another human being, only further reflects the quality of character that David has always demonstrated.

I'm sure you will receive many communications regarding David, as he is beloved by many. I sincerely hope and pray that you are able to come to an understanding and comprehension of what a special fellow he is and extend to him the greatest possible leniency in determining his sentence.

Very truly yours,

Bennett Weber

# EXHIBIT A-16

November 12, 2024

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States vs Gentile, et al. 21-CR0-54 (RPK).

Dear Judge Kovner,

My name is Angelo Cannarella and I am 68 years old.
I am the owner of a mid-sized New York based construction company that handles large commercial construction jobs primarily in Manhattan, Staten Island and the Bronx. For example, one of my larger accounts is Montefiore Hospital.

I met David Gentile in approximately 1989 when he was 23 years old. He became the accountant for my small business at the time. I was referred to him by a mutual insurance broker, whom we are still close with today.

David has always been a guiding light for me, in reference to my business and from a social perspective as well. He in many instances has gone out of his way to help me through challenges and the growing of my business over the last 30 plus years. I have come to trust David tremendously. Not only do I value his integrity, but also his ability to lend a helping hand when needed. We have developed a very strong relationship.

Over the years as business challenges arose, even though David left the accounting firm, I would call on David for guidance. Without hesitation, and in spite of a demanding schedule, he would stop and offer help beyond and above that of a friend. In one such instance when I was having a problem with an injured

employee the direction he led me to was one for the benefit of both myself and that former employee. His approach to issues is never taking one side over the other, but rather, what would be the greatest good for both sides. I find this to be a very unique approach to problem-solving and has been quite successful.  I am grateful that he has given me guidance to approach problems in this way.

I have invested with David Gentile on a number of occasions. Namely, in real estate ventures, and also in the GPB funds that were the focus of his indictment. The real estate investments were prior to my GPB Holdings II fund investment and it had a result I was satisfied with. With regard to GPB Holdings II, David did not ask me to invest- he never solicited me. In fact, I asked if I could invest in his business. He told me the various risks but felt confident. I went into the investment with my eyes open.

I always understood that distributions could include my own capital and were not necessarily to come solely from profits.  Never, and still to date, do I feel I was lied to or defrauded. I had complete faith and trust in David Gentile, I still have complete faith and trust in him. In fact, I would invest with him again if the opportunity presented itself.


Your Honor, I ask that you consider giving David as lenient a sentence as possible, as I have relied on him for the last 35 years and want to continue to do so. David is an honorable gentleman and friend whom I trust without hesitation.


Respectfully,

Angelo Cannarella.

# EXHIBIT A-17

November 1, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Reference:  United States v. Gentile, et al. 21-CR0-54 (RPK)

Dear Judge Kovner:

My name is Evan Myrianthopoulos, and I am writing on behalf of David Gentile, a defendant in the trial over which you have recently presided in June and July of 2024.

For a reference on David I want to tell a story that I am uniquely positioned to tell.  By way of background and full disclosure, David is both a dear friend since around 2002 and a GPB Capital colleague. Our wives and children are also very close so I know the man intimately.  I want to start with an event that occurred within GPB as it is more objective and also well documented.

I ran the Debt Strategies (DS) department of GPB since its inception in 2015.  DS was an investment strategy vertical in GPB Holdings I (H1) and GPB Holdings II (H2).  Across both funds, DS deployed about $200 million via approximately 26 investments. One of these investments was Insightra Medical, Inc., a portfolio company in GPB Holdings I fund.  Insightra was 88% owned by H1 and had a hostile senior secured lender holding a Note due in November of 2020.

Once the SEC investigations began, Insightra like many companies in the GPB portfolios came under stress as a result of the scrutiny and negative association of the investigation. This made third party refinancing of Insightra's loan impossible due to GPB's diminished status in the investment community. COVID 19 further exacerbated the stress on Insightra as it caused lower revenues resulting from the slowdown of elective medical procedures during the spring and summer of 2020. And finally, by that time the H1 fund had no liquidity of its own with which to support its portfolio company.  Believing that the underlying business of Insightra was sound and that the company had merely hit a setback on the way to delivering strong valuation growth to H1 investors, David went out of his way to provide a low interest $2.32 million loan to Insightra from his own personal funds so that Insightra could pay back the secured loan along with fresh working capital.

David's loan saved Insightra from certain foreclosure and what would have been a 100% loss in the Insightra investment for H1 investors. This was a clear example of David putting the interests of his H1 investors ahead of his personal interest. And this is not the only loan he extended to the funds.  He had previously extended additional loans directly to H1 in an effort help it defend hostile lawsuits from opportunistic suitors.  It is important to note that these loans were made fully 2 years after he stopped collecting management fees. I believe these transactions were exemplary in demonstrating that David always did what he thought was morally right.

You see, David is not your everyday good guy. On the surface he is someone universally known as highly likeable and enthusiastic about his fellow humans. But on a deeper more spiritual level you will find a

guy with strong empathy and a keen interest in helping people. He is a deep soul who makes connections with people out of his pure interest in them.  There have been countless examples of David's personal and financial generosity over the 2+ decades that we have been friends. This included him talking a special interest in my son who was going through learning difficulties as a teenager. David identified with a lot of the same challenges he went through as a kid.

I believe that David is the highest quality human being with a distinct sense of purpose; a "higher primate" as I often describe him.  I have watched closely with a sense of incredulity and pain as his indictment and eventual trial (3+ years post indictment) has taken a toll on all of his friends and family. David himself has borne it all with a steadfast stoicism that is exemplary of his high character. The fact that he is in this situation and facing potential jail time is distressing to me as believe him to be the best man I know on planet earth. I ask that you please show leniency when considering his sentence as David is truly a man with more to give and the world is far better off with him than without him.

Sincerely,

Evan Myrianthopoulos

# EXHIBIT A-18

October 28, 2024

The Honorable Rachel P. Konner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, N.Y. 11201

United States v. Gentile, et al. 21-CRO-54(RPK)

Dear Judge Kovner,

My name is Salvatore Cataudella and I am seventy-nine years of age. David is my older sister's youngest son. My sister and I came to this country from Sicily after waiting six years for our dad to establish his sponsorship and reunite with him here in America. Our family comes from humble beginnings: hard work and sacrifice became part of our family 's very existence! My siblings and I began our missions towards success whether by education and, or by working numerous jobs during long hours. We taught our children that we can accomplish anything with integrity and honesty. I watched David grow into an ambitious young man! He worked and studied even harder than we did. Nothing came easy for him and my family's old fashioned beliefs were to not hand over anything without our children earning it! In addition, my mother, David's grandmother was a leading example in faith and morale. She encouraged us all to donate some of our earnings to the church and or to anyone in need. She instilled these virtues of The Ten Commandments and pray to our entire family on a daily basis until the day she passed away when David was in his late thirties.

Although he is my nephew, I cherish him as the son I never had. I have two daughters who also cherish David's presence in their lives. He has helped and guided them ( Sabrina and Denise) since they were very young, and especially when me and their mother divorced. It crushed him that my family had become broken. He had such an innate sense of family at a very young age. Until today, David continues to include my ex wife and her husband, and sometimes his family, in any special occasion that he hosts. He always had a way of being a positive influence to his little cousins and anyone he encounter. He has been there for my oldest daughter time and again whether it was helping her out with work when she was first starting out on her own or transitioning in between jobs. He always offered a helping hand to me, my children, our family and even strangers.

I was an electronic repairman by trade and when my business of almost 40 years became

obsolete due to advances in technology, David he was confident that he would figure out a way to help me. That was the very essence of David's personality: always trouble shooting and helping. A few months later, he created an opportunity for me with my skill sets in a company to repair paper shredders, paper cutter, money counting machines and booklet makers most of which was contracted in business in the World Trade Center. Although, it did not succeed due to the tragic obvious reason of 9/11, it was the largest account I ever had in my life! My nephew became my hero! This is just one of the hundreds of beautiful stories of David Gentile. David combing his intelligent problem solving skills with his outstanding generous and caring spirit: one of his greatest gifts.

Another time David called as I had just learned that one of my friend's was going to lose his business. I expressed to David how badly I felt about this situation, and David began asking questions. He then wanted my friend's number. He said, "let me see if I can help him figure something out". I found out a week later that David helped my friend figure out how to finance and save his business. I don't know anyone who is more generous, more thoughtful, more connected with friends and family. Just last week, David just found out that me and my wife are relocating (from one part of Florida to another to be closer to my grandchildren), and he offered to rent a truck and bring his three boys to help move us and to help lessen the load on my two daughters. I know that if I needed another leg to stand on, I could always call and count on David.

Moreover, David did a great job as a father to his four children: James, Chiara, Richard and Joseph and, as a husband, to his wife, Joanne. I am always impressed with how respectful, communicative, kind and well behaved David and Joanne''s children are. This is a reflection of their parenting and teachings. David also took over the responsibility of hosting our family holiday dinners when this task became too large for my sister and my brother in law. He wanted to maintain the family's traditions, and continue to honor and pay tribute to our faith. David always looked up to me, and my siblings throughout the years, and now it is we that look up to him. As busy and successful as David is, he always manages to find time for our family, church and anyone in need. His humble and altruistic nature has been a blessing to our family , friends and most people who know him. Everyone that I speak to that knows David, always praises him for his efforts. generosity, kindness and well mannered behavior even now while going through this hardship, his character is unhinged. There are givers and there are takers in this world, my nephew David Gentile is the epitome of a giver. He has worked and sacrificed long and hard for all the success he has attained. Please your honor, I ask, and pray that you give the lowest sentence permitted when considering your sentence. My siblings and I are all towards the end of our years and David has taken over so many task that we are no longer able to accomplish. He is heavily relied upon, deeply appreciated and sincerely loved by all of our family. Many people's lives will

be devastated by his absence: his parents, wife, children, sibling, cousins and friends. I believe if David is put in jail, this will be the death of my sister and her husband. I kindly request and beg you to please take into consideration all of the elderly relatives who depend on David's support and presence in their lives, and mainly the idea that such an exceptional man shouldn't be removed from future opportunities of positively impacting so many lives.

Sincerely,

Salvatore Cataudella

# EXHIBIT A-19

October 28th, 2024

The Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

RE: United States v. Gentile, et al. 21-CR0-54 (RPK); Character Reference for David Gentile

Dear Judge Kovner:

First and foremost, thank you for taking the time to read this letter. David is my uncle and has played a significant role in my upbringing; today, I consider him to be one of my best friends. In fact, I think of David often when I reflect on my personal successes. I am grateful to be an alumnus of two prestigious Universities and I am fortunate to enjoy a well-respected career in business. My life centers around my family and my young children, which is what is most important in my life and how I measure my true happiness – something that David has always instilled in me as the cornerstone of life and living.

David has supported me tremendously since I was a young child. There is no question that his conviction greatly saddens me. I believe in our justice system, and I respect the outcome of the system's process. I ask you, however, to please consider my uncle's unwavering personal "value system" as you consider how he should be sentenced.

My Uncle David is a generous, kind, hardworking and caring individual. In his years prior to GPB, I remember him fondly as a loving uncle and a community leader. Whether it was the local pizzeria that needed to find an interim solution to stay open, or the firefighters at Christmastime that needed a champion to spearhead their children's toy drive, David was a "go-to" community leader to call upon.

David helped so many businesses and the corresponding employees. People came to him not just for business advice, but for support when a family member passed away, or someone was going through a divorce, or someone had fallen upon hard times. He is a special person you can count on with no expectation of anything in return. He is a warm, good hearted and frankly, rare "type" of person to come around.

I remember sitting in my uncle's office when he was a CPA. David was busy, but he wanted to see me before I left. He called me into his office and asked me to sit down. After congratulating me on my first year in the "real world," he told me that I needed to consider other people who weren't as fortunate. I needed to think about what I could do for those people, and the importance of charity and being charitable. I explained to him that I was just a low-level associate, and I could barely make my rent payments – he told me it didn't matter. He told me there was always room to help others and that I had a duty, as a human being, to always consider how I could help others. Moreso, he showed me by example how to be charitable, because helping others is an essential part of David Gentile. In continuing to reinforce these important values, and by leading by example, thousands of lives have been positively impacted. I have joined charitable organizations and monetarily contributed at meaningful levels because of his mentorship.

David is not just an incredible uncle, but also a remarkable father. I see in my cousins, his four special children, those "core values" that he lives by each and every day. I see his face and hear his words as a guiding compass: "Never compromise your integrity," "Without your word you have nothing," "Family is the center piece of everything," "Everyone deserves kindness," "The more you give the better you feel."

I am forever grateful that you have taken the care and time to allow me to share with you some perspective on my uncle. As you consider sentencing, please remember the positive impact that David has had on so many people and so many lives, as well as the "core value" system by which I have always known him to live.

Much appreciated,

# EXHIBIT A-20

October 28, 2024

The Honorable Rachel P. Konner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, N.Y. 11201

United States v. Gentile, et al. 21-CRO-54(RPK)

Dear Judge Kovner,

My name is Sabrina Cataudella and I am one of David's younger first cousins. His mother and my father are brother and sister. As far back as I can remember, David was always looking out for my sister and me. He would always ask us how we were doing and, even more so, when our parents got divorced. He knew it was a difficult time for us. I felt like he took me (us) under his wing and always encouraged and motivated me to be the best version of myself.

As a young adult, he began to ask what my goals were and I hadn't even thought about it. So, he helped me to visualize my future. He encouraged me to start thinking about what I would like to achieve in my life. I did not have a lot of confidence and he always made me feel comfortable and helped me to feel secure and accepted. David always invited us and our friends to his weekend rental homes during the Summers in the 1990's. He introduced us to his friends and made sure that we were comfortable, protected and taken care. David was always outgoing and had a tight group of friends and was always meeting new people as well. He was a people person and enjoyed hosting and socializing. I loved that about him. He was always very friendly and kind. All of his friends always looked up to him, as did I. David was always very caring and loving and always willing to help others. I have seen him be generous to so many people on so many occasions.

One time in particular, while we were out in N.Y.C, David began talking with a homeless man on the street. David wanted to know if the man was hungry and or thirsty and offered to buy him a meal. I remember being very afraid initially because I judged the man because he was dirty and I thought he may want to harm us. But, when I saw the man's eyes light up from my cousin acknowledging him, and being unafraid of him, it shifted something in my heart and in my spirit: that day forever changed me. I learned how my cousin David did not judge others. I knew he was kind, caring and giving, but this example of how he treated the homeless man was remarkable: the way the man's spirit was lifted from my cousin just talking to him, made me want to make people feel that way all the time. To this very day, I

do my best to not judge other, always help out a homeless person and or, anyone in need because of the kindness, generosity, and compassion that my cousin David demonstrated that day.

Also, when I first moved out on my own, and was in need of extra work, David came to my rescue by offering me a job at a restaurant that he owned. Again, years later, while I was transitioning from jobs, he offered me another position at another place he owned. There are many examples of David helping me and guiding me throughout the years! He was someone I could always rely on and my "go to" person for help and advice! I trust him immensely! Just a few years ago, I was unhappy in my job and I reached out to David for some help and advice. David took the time out of his busy schedule to sit down with me. We went over my job description, the hours I put in weekly, my travel time, my years at the company, and my salary. He wanted me to understand how much time I was giving the company and how much I was being compensated. After my understanding of that, he drew a diagram that included, God, family, self, society and asked me if the job was helping me to fulfill all of these areas in my life. This was very profound and a great reminder for me of how important God, faith, family, self-care and giving back play such an important part in our lives. I recognized that I loved what I did and how I was making an impact in so many childrens' lives! David helped me do this!

Two years ago, during another difficult time for my sister and me, David came through immensely with so much support for us and a dear friend who was in desperate need of help! We had our dear friend in the hospital on a ventilator and his wife needed guidance and support. She was distraught and didn't know who to turn to. When David found out about her situation, he reached out to us asking what we/she needed! He spent hours on the phone with us and our friend's wife assessing the situation to see how he could help. He then, reached out to his Doctor friend and got him to do a conference call with all of us so she would be advised on the best possibilities for her husband's treatment. David checked in with us daily on our friend's health and the situation. David also joined in with the rest of our family and friends when we would hold group prayer phone call sessions for our friend's healing. David also contributed money as well to help her with her financial situation.

David always demonstrated kindness, generosity and compassion with everyone who crossed our paths. He was always very loving and respectful as a young adult and even more so, when he became a loving husband and father. He was so proud to become a husband and elated to become a father four times. He loves and respects his family dearly. He teaches his children our family traditions of spending quality time together, being respectful, accountable, kind, faithful, compassionate and responsible.

Over the past eight years, David and Joanne took over the hosting tradition from his parents during Easter and, or Christmas for our entire family and friends. it was/is important to David to uphold our family traditions and values. Moreover, David knew how stressful the holidays were for my sister and I, with our parents being divorced (and having to divide our time), so David always included my mom and her husband to join my dad's family on the holidays. He believes that families should be together no matter what!

In 2022, David included my step Uncle, my mother's husband's brother, who had just lost his wife months prior, so that he wouldn't be alone on Christmas Day. He has also included my dad and his wife's friends for one year on Christmas. Besides having everyone together on the holiday, David always made sure we said a prayer to give thanks for our food, family and time together and for those who were not as fortune as us and for those who were no longer with us.

David is all about his love for his family, friends, loved ones, colleagues, his faith, his honor, respect, giving back and his integrity. The above are just a handful of examples of how David has influenced my life in so many positive way, and has helped me, my family and others throughout the years. In the matter of David's personal and professional conduct as I knew it, up to his surprising indictment, it is not only surprising, but also inconsistent and contrary to my first hand experience with him throughout my lifetime. This is why I am compelled to provide you with this intimate information above and, ask that you please take this into consideration during your forthcoming sentencing, and I pray for your most lenient sentence possible, thank you.


Sincerely,

Sabrina Cataudella

# EXHIBIT A-21

Kenneth G. Alberstadt



December 4, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Kovner:

I am writing to share with you my experiences with David Gentile, a defendant in a recently concluded trial before Your Honor whose sentencing is pending.

I am a partner in the Corporate Department of Akerman LLP, and David has been a client, colleague and friend for many years. I initially represented a private investment vehicle in which he was a co-founder and subsequently, beginning in 2015, represented GPB Capital and its investment funds in numerous matters, principally in the area of mergers and acquisitions. I've had the opportunity to work closely with David on high stakes business transactions and have always been impressed by his tremendous work ethic, his grace under pressure, his genuine concern for others and his deep seated desire to treat people fairly.

David is a talented professional and businessman whose instincts have allowed him to succeed in a variety of endeavors. He has had a successful career in accounting, owned a nightclub while still young and has developed real property in New York City. He brought his talents and capabilities to GPB and built it from scratch into a substantial investment firm in a matter of only a few years. Although I can't speak to the specific allegations that were at issue in David's case, I can tell Your Honor that in all of my dealings with David, he has conducted business in a highly ethical manner. He is a person of his word. His negotiating style is always one of candor, and he does not seek to obfuscate disagreements or obtain unfair advantages. He seeks in all of his business ventures to build something valuable and to create a legacy that he and those working for him can be proud of.

David is above all a family man. His wife and children are his highest priority. Among many examples, I remember in particular a difficult negotiation we were involved in that threatened to continue late into the evening because a monetary point had not been resolved. David looked at me and said "this is not what's important. What's important is that I go home to see my wife." We've spent many hours talking about parenting issues and in addition to valuing his advice to me, I have been impressed by the standards to which he holds his children, never turning to the easy solutions that are available to someone with personal wealth. He is also a deeply spiritual person who does not proselytize and leads by example.

79016658;1

David has been a devoted friend, always concerned with my professional and personal well-being. A couple of years ago, when I told him my daughter was preparing to apply to medical school, he immediately called his brother Ron, a prominent ophthalmologist on Long Island, to arrange an introduction. As a result, she had a valuable experience shadowing Ron in his practice. Since then I hardly have had a conversation with David in which he hasn't asked about my daughter's progress and whether there is anything more he can do for her. That is the kind of caring and dedication David brings to his relationships.

In closing, let me respectfully suggest that David should receive the most lenient sentence permitted under the law. As I hope my letter has helped to demonstrate, he is a sincere, kind, authentic, devoted, talented and ethical person who will continue to contribute greatly to those around him and to his community.

Sincerely,

2

# EXHIBIT A-22

·     United States v. Gentile, et al. 21-CR0-54 (RPK)

The Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Kovner,

My name is Robert Schwartz. I have known David and his family for 14 years. This letter is about him...

When David and I met we became very close – so close that his wife, Joanne, started to call me David's "girlfriend". David was special because he always seemed to care about me and how I was doing. He would talk to me about the importance of taking care of my family, as he knew I just had my first child and everything was new. He brought me and my family into his home and we all became close.

I was in the courtroom for about 10 days of the trial. I understand and respect the process, but it was hard to see the things which were being said about David, which was not the David I knew. Greedy? I remember when we stopped to get gas in New York, and he gave the guy who pumped the gas a $5.00 tip. When I asked him about it,  he said that the $5.00 he gave the guy could make it possible for him to buy his child a small gift. I thought "wow," and after that I started tipping more people. Or the Pizza guy, David would always be nice and talk to him and you could see that the guy really liked David.  These are just two small examples of many where David thought about others and put them first.

Over the years since this whole situation occurred, David and his wife have mentioned how many friends they lost. They were surprised by how they were ostracized by people who they thought were friends. I also knew some of these people and was surprised.

Lastly, David is a man that is full of life. He thrives on helping people. He has helped me and my family by helping me get clients at times. Unfortunately, what I have seen is a man beaten down—hard! He tries to act like things are okay but I see the difference. All that beautiful life has been taken out of him...

I know David intimately, and it would be hard to convey in a short letter like this, who he really is for those who do not know him. He is certainly not the man depicted at the trial. He is kind, caring and giving.

Your Honor, his fate is now in your hands. I implore you to impose the lowest possible sentence for David.

Sincerely,

Robert Schwartz

# EXHIBIT A-23

United States v. Gentile, et al. 21-CR0-54 (RPK)

Wayne Lin



October 23, 2024

The Honorable Rachel P Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Kovner,

My name is Wayne Lin, and I am writing on behalf of David Gentile. I am a CPA practicing in New York, with over 30 years of experience in the field.

I have known David since the beginning of my career. In fact, the firm in which I am a partner in was founded by David. Our team has maintained a strong bond, with over half of the staff having been with us for more than 20 years. I now prepare tax returns for families across three generations a testament to the lasting relationships we've built.

In today's fast-paced world, we pride ourselves on embodying qualities that are becoming rare: reliability, loyalty, trustworthiness, generosity, and empathy. These values were instilled in us by David, creating a family-like atmosphere for both our staff and our clients. All the qualities that make us a family for our staff and our clients. Even a decade after leaving the firm, clients continue to inquire about David's well-being. His children have also worked with us during their college years, and I hope they will achieve even greater things.

Since many of our staff members started their careers as interns or new graduates, it was crucial to have mentors like David to guide them through the transition from college to a professional environment. He teaches not just the technical aspects of the job, but also the unspoken rules of professionalism. How to address superiors, appropriate attire, responding to a client are just as important as technical abilities. These lessons laid the groundwork for long-term success in their careers and personal lives.

Although our meetings are infrequent, when David stops by for coffee, reconnect as if no time has passed.

This is the David Gentile I know and admire.

Respectfully,

Wayne Lin

# EXHIBIT A-24



*Arnold E. DiJoseph*, P.C.

October 29, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**   **United States v. Gentile, et al. 21-CR0-54 (RPK)**

Dear Justice Kovner:

    I am writing this letter in the hope it will provide the Court with some insight regarding the Defendant David Gentile and assist the Court in determining the appropriate sentence to render in his case.

    I do not take writing this letter lightly and understand that my friend, David, has been convicted in a court of law for a serious criminal act.

    I admit I was shocked when David told me about the investigation into his business, his eventual indictment and now his conviction.

    I understand that at the trial you were probably presented with a more diabolical portrait of my friend, but I write to you because that is not an accurate portrayal of who he is or how he has lived his life.

    As a practicing attorney for over 40 years now, I am aware that many good people, on occasion, do bad things and the jury found here that David did a bad thing.

    But, I believe one's life should be judged as a whole and not based on any one particular great thing or one particular bad thing a person has done in their life.

    That all being said, I write this letter on behalf of my friend, David Gentile.

I have known David for over 30 years. I met him through his wife, Joanne, before they were married. My initial contacts were social in nature.

However, that changed when David's and his father's accounting firm became the accountants for my law firm some 20 years ago.

During this time, David would come to the office to service my firm about once a month. As a result, our relationship became much closer.

After a year or two, it became apparent that David's accounting firm did excellent work. David also became aware of the excellent work my firm did. This led to an exchange of clients between us over the years.

Professionally, we had an amazing relationship, confident that people who depend on us for business would be more than satisfied.

In all the years I have known him, I have never heard an ill word from any client I ever referred about the work his firm provided as accountants.

As our professional relationship grew, so did our personal relationship.

A big reason for this was that my mother, in her early seventies, was my bookkeeper and David and her became fast friends. I often found them hidden away in her office "shooting the breeze" and she thought the world of him.

I wish she were still alive as she could have provided your Honor with a unique perspective of David and the amount of respect, dignity and love with which he treated her.

At the same time, I was going through both a divorce and partnership breakup and even though both were not emotionally draining, my financial issues were many.

During that time, David provided me with sound professional advice as to how to get my firm, my employees, my family and myself through those financially challenging times. He is someone you can always count on.

This even brought us closer and I am proud to call him my friend. A famous question often asked today is if you were in a foxhole who would you want to be in there with you? David would be on my short list.

There are additional reasons for this.

David is an excellent husband and devoted father. He is also an incredibly hard worker, reliable and generous with those around him to a fault.

*Arnold E. DiJoseph*, P.C.

He is the type of man that will stop what he is doing and listen, I mean really listen to what you are saying and try to provide the best answer or support he can.

An individual, who even after not seeing him for extended periods of time, you pick up right where you left off.

I hope this provides a brief insight into David's humanity and life outside of how he has probably been portrayed by the prosecution.

In closing, I would like you to consider my letter and utilize it as you see fit.

Your attention to this matter is appreciated.

Thanking you, I remain,

Very truly yours,

Arnold E. DiJoseph

ADJ:mgn

Arnold E. DiJoseph, P.C.

# EXHIBIT A-25

Jonathan Arancio



October 14, 2024

The Honorable Judge Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Reference for David Gentile

Dear Judge Kovner,

My name is Jon Arancio and I have lived in New York my whole life.  Presently I reside in Harlem and run a small software consultancy with my wife.  I am a family friend of the Gentile's and have known David Gentile since the early 1980s.  As it turns out, I went to high school and college with David's brother Ronald – Ron and I lived together at Stony Brook.  It was through Ronald that I got to know David as a friend.

During the 1990s we spent summers together on Long Island, as well as seeing a lot of each other in the city.   Around this time, my wife and I were starting a small business and David helped us with the accounting.   David was and is someone I trust implicitly. He was the one who got us started early saving for retirement, even when we barely had two nickels to rub together.  I'm still grateful for that advice.

Due to this trust, we ended up having David do the taxes for my entire family – parents, grandparents and brothers.  These were not big clients for an accountant, mostly simple personal returns.  I would assume it was not much work but also not much gain for an accounting practice.  What struck me is how well he treated even the smallest customers.  During the busiest time of the year, he would sit down and meet with my dad and grandfather to go over the returns and catch up on life.  He was genuinely interested in how they were doing and would ask me about them all the time.  Even when he left the actual accounting practice to others, he always wanted to know how people were doing, and he'd relate long ago stories from my grandfather's days in Brooklyn.

So, in a sense, we grew up together.  We raised families around the same time and spent time together.  Some of the time was work related but mostly it was social.  Through this I have come to trust David and know him as loyal friend and an advocate for others.  I do not understand all the intricacies of David's case, however I can say that it really surprises me to learn that David didn't act compassionately in any situation where he was responsible for other people's interests.  That has not been my experience at all.

The first real estate investment I made was purchasing a house with group of four that included David.  He was generous with his advice and input, made contributions to the up keep and jumped in to help if we needed to work on it.  He never did anything to make me thing he was looking for some undue advantage.  This played out later on when we made some investments in hospitality businesses.  I thought everyone was treated fairly by David.

This is the part of the case that confuses me the most.  I can see a person or even a company making errors or mistakes, even costly ones.  From my experience, I can't see how someone like David would outright plan to do the wrong thing for his own benefit.  He looks out for other people and does this really well.  I hope this side of David becomes apparent to you in this letter and the letters submitted by his other friends and family.

In my experience, David's been a principled guy who sticks to his guns to do the right thing even when it is easier not to.  I understand that a sentence will be imposed in the near future.  I would request that you consider the lowest possible sentence be applied within the confines of what the law allows.  I am not sure what impression you got of David during the trial, but he is a great human being and has a lot to contribute.

Thank you for your consideration of this note.  I appreciate the difficult work you do.

Sincerely,

Jon Arancio

# EXHIBIT A-26

October 27, 2024

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States vs Gentile, et al. 21-CR0-54 (RPK).

Dear Judge Kovner,

My name is Tino Cataudella. I am Josephine Gentile's brother and David's Uncle.

I am writing to you in the hope that you will consider leniency when sentencing my nephew.

I am an immigrant to this country as I arrived from Sicily when I was 16 years old. The United States of America was a dream for me and my family, it was the land of opportunity. Traditionally, Sicilian families raised their boys to work. Unfortunately, I was not afforded the chance to be educated beyond 8th grade.  The sons were relied upon to financially contribute to and support the family. I am of this fabric.  Since I arrived in the USA, making my new home in New York, I have worked. I was first employed as a tailor in the garment district for a clothing company. My career as a tailor continued for approximately 11 years. I left the garment district and subsequently was employed in the printing business, until 2009.

I married Maria Luce, and have been married for 57 years. Together, we have 2 children and are blessed with 10 grandchildren. Hard work and family are values that I hold dear.

I would like to take this opportunity to share with you how my nephew has enriched my life.

From when David was a young age, my wife and myself had the pleasure of having David stay with us when his parents needed to travel. These times, I cherish, as it was during those days that we had David all to ourselves. Since childhood, he was always a joy to have around. He had,

and still has, an innate ability to make people feel special. I have watched him grow from a toddler, through adolescence, into adulthood and into the great man I know him to be. David is a pillar in this family. He has been an integral part in keeping our family together. For instance, one of my truly enjoyable things that I have done with David was make sauce. We would get bushels of tomatoes, clean them, roast them, puree them and jar them. We had an assembly line in David's back yard – everyone participated and had a station. David and I would sit together and engage in meaningful conversation. He always being concerned with my well being. And when we were done for the day, we all sat down together around a big table and shared our delicious fresh sauce with homemade pasta. What a beautiful memory.

David could not do enough for me. In around May of 2016, I had a problem with my ███ and I was in ███████████ David scheduled and organized appointments for me to see a doctor outside of NY. He made all travel arrangements and accommodations so that me and my wife could focus on my health and not have any other worries.

David has always been consistent in his character – always giving and willing to help. He is kind, caring and very loving. I am more than proud to call him my nephew.

As I mentioned, David is an essential, key member of this family. Over the last 10 years or so, he and Joanne have been hosting all of us for Christmas, Easter and various celebrations. Initially, David's parents had hosted but the family has grown, and the enormity of the task and preparation had become a lot to do. David stepped up and offered to continue our traditions and opened up his home to all of us, including some of our extended family members.

There are not enough words for me to express what an extraordinary man David is to me, his parents, his family, his cousins, his friends and beyond. I beg of you to take into consideration that David is a good, honorable man who is invaluable to many of us. Your Honor, please consider leniency for David.

Sincerely,

Tino Cataudella

# EXHIBIT A-27

November 30, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Gentile, et al. 21-CRO-54 (RPK)

Dear Judge Kovner,

I realize that you must be extremely busy with your duties but I respectfully ask of you to please take a couple of minutes to read my letter to you. I promise to be as concise as possible.

My name is Ivanhoe A. Gadpaille. I came to know David 50 years ago through his older brother, my best friend, Dr. Ronald C. Gentile. Back in 1974 Ronald was the new kid in 4th grade and he got stuck sitting behind me. Ronnie and I have been friends ever since. David was a year younger than us but the three of us always played whenever I was at their house.

As the years passed on there was one thing that I always saw. It was a constant: the tightness of the family bond between Mr. and Mrs. Gentile, Ron, and David. The bond between Ron and Dave was especially tight. It wasn't a hero worship type of bond that David showed towards Ron. No, it was more like, "family always looks out for each other" type of bond, no matter what the situation, and Ronald also reciprocated the sentiment. This touched me deeply, even at that young age, because I had an older brother, and our relationship was basically the opposite of Dave and Ron's. As a child I idolized my brother but he wanted nothing to do with me. He only acknowledged me when he needed a favor, needed to impress a new girlfriend by acting like a doting big brother, or if doing so was to his benefit, no matter how much I tried to again his approval. And no, I am not exaggerating. My brother has continued this behavior even up to this day. Being welcomed in the Gentile household gave me a front row seat as to what true brotherly love was supposed to look like. This is just who they are. No matter what the situation may be, if Ron needed Dave's help, he was there no matter what. He was always there to protect Ron, no matter what. And this behavior also spilled out towards his friends.

Now, Dave is a grown man with a wife and children. The same attentiveness that he has had towards Ron all these years, he also has for them. He hasn't changed since we were kids. I still see the man that always puts the needs of his family and loved ones before himself. There was this one time when his cousin Carmelo was in a situation requiring immediate help and David, who already had set plans which were made and paid for in advance, cancelled everything for the next several days and rushed straight over to Brooklyn to help his cousin. My brother would have

never done that. There have been many times over the years that I would run into someone from our grade school days and they would say, "Hey, do you remember Dave? Ronnie's kid brother? I ran into him a while back…" They would then proceed to tell me about the encounter, how great it was, and how he still is the same, kind person that he was when we were kids.

Now please understand, your Honor, that I am not in any shape, way, or form, trying to tell you how to perform your duty as a Judge. I would never do that. All I am asking is that, if possible, do take into consideration the constant positive traits that I have seen in David for the past 5 decades while making your decision as to his fate. If it is possible for you to show any form of leniency towards David, then please do so.

Sincerely,

Ivanhoe A. Gadpaille

# EXHIBIT A-28

October 31,2024

The Honorable Rachel P. Kovner

United States District Court

Eastern District of NY

225 Cadman Plaza East

Brooklyn , NY 11201

United States v Gentile, et .al 21-CRO-54(RPK)

Dear Judge Kovner,

My name is Denise Cataudella-Mandarino. I humbly write to you on behalf of my cousin David Gentile.

Firstly, I'd like to extend my family's sincerest gratitude of your time and attention to this matter . We are not a family that is at all acquainted with criminal matters pertaining to us or any of our ancestors . In fact, the grandmother ( Concetta Barone- Cataudella) who David and I shared, along with our parents , aunts , and uncles have been perceived by all to be a scarce breed of non - hypocritical catholics .Honesty, fairness, forgiveness, charity, diligence, respect for all humans, and The Ten Commandments were the very core of our upbringing. Not one of our relatives is a stranger to honesty, hard work, and sacrifice in order to attain long-term success. Moreover, not one of my relatives in my generation was ever handed any type of material reward without putting in much time and effort to achieve our own success.

David so happened to be the most driven, ambitious, and hardest working of us all. While some of us as young cousin went to parties, dance clubs, and did the normal youthful activities of our generation, David was studying, working, and always on a journey of self-improvement. Neither self entitlement, nor taking the easy way existed for any of us. We were reared with a tremendous sense of pride in accomplishing anything with honesty and integrity.

Nevertheless, David somehow managed to make time for his family, friends, and church. He became a mentor, an inspiration, and a role model for all who knew him. Even as a highly successful young entrepreneur, David has always treated the homeless man in the street with the same respect as the family priest or the CEO of Forbes Magazine.

His virtuous character has never wavered. Even now, facing the possibility of a painful goodbye to his life and family, he is still demonstrating his kind, altruistic nature. It was just last week that I sat with my 80-year-old father for a family dinner discussing his challenging relocation from his home in a hurricane-ridden location. His phone rang with a call from David, who said, " Uncle Sal this is David. Let me know when you are ready and my sons will come with a truck to move you." I remarked " WOW " with much gratitude for such a helpful gesture from another state. As my father hung up the phone he proudly said "YEP, that's David ". Though he was grateful, he was not surprised in the least. This is one of the many examples of David's character.

He and his wife have raised their three sons and one daughter with the very same morale. The most remarkable part of arriving at their beautiful home on a holiday is being greeted outside by each of their four children, whether to escort their elderly relatives in or to affectionately greet the young ones. If a delivery person or mailman simultaneously arrives, they too, are greeted with the same respect. Being a mother of a two and a dance instructor for 25 years , I can wholeheartedly say that I have rarely seen this in my generation. David Gentile is not a man who deserves to be removed from his family  and from society when he so positively impacts so many.

I humbly request consideration of the outstanding character of David Gentile while

deliberating the his sentence. I graciously thank you again for your time.

Sincerely,

Denise Cataudella- Mandarino

# EXHIBIT A-29

Lisa & Larry Moran



November 5, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Gentile, et al. 21-CR0-54 (RPK)

Dear Judge Kovner,

We are writing to you regarding the case of our cousin, David Gentile. Lisa has known him his entire life and Larry has known him for almost 40 years.

We understand the seriousness of the offense and the implications it carries; however, we kindly request you consider the minimum appropriate sentence in his case.

As the parents of 2 adult sons, we've watched David grow up and become a model husband and father to his four children. He has always placed his family at the center of his life and has always been there for important events and milestones. He has become increasingly involved and supportive as his parents are getting older and we want you to know how important he is to us.

When Lisa's parents ▮▮▮▮▮ and could no longer manage a rental home they owned, it was David who stepped in to help them sell the property and direct the proceeds for their care. He is someone we know we can all turn to when we need help.

We believe this conviction is out of character for someone who has always been a positive role model for his children and his younger relatives.

Thank you for any consideration you can give to this request for leniency.

Sincerely,

*Lisa C. Moran*
Lisa Moran

*Larry Moran*
Larry Moran

# EXHIBIT A-30

EVERETT J. PETERSSON



Date: 11/14/2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Letter of Support for David Gentile
United States v. Gentile, et al. 21-CR0-54 (RPK)

Your Honor:

I respectfully submit this correspondence as support for David Gentile.

I met David approximately 25 years ago when I had just started my solo law practice. It has been so long that I do not remember who originally introduced us, however, I remember the day we first met in person as if it were yesterday. David sat down with me to discuss my practice and to give me tax advice in the office that his dad started so many years before. But David did not initially ask about my business. Rather, he started telling me about his family. How his dad started the CPA firm, how he met the girl of his dreams and that he was starting a family with Joanne. Then he turned the conversation to me. Said that he was told I used to be a NYC Police Officer and asked how I was able to transition from a Police officer into starting my own practice. David has always understood the importance of family and friendship.

When I told him that I wanted a better life so I sacrificed, he wanted to know more. So I explained to him that I was not afforded any opportunities as a child. That my father was an ███████ that could not keep a job and that I had to move in with my grandparents because my parents were unable to care for me. My grandfather was an orphan from Amhurst, Massachusetts and treated me like an outsider. He ran a small welding shop called Colin Welding that was located across the street from the Brooklyn Navy Yard at 607 Kent Avenue. While the other kids enjoyed their summers off, I was working as a machinist and a welder. It was a difficult time in my life. So I turned to God, prayed and worked as hard as I could to achieve success.

I was an excellent test-taker and expected to go to college but could not afford to go. Instead, I took many civil service tests and ultimately joined the NYC Police Department in 1987 as a 20 year old. Dinkins was the mayor and the City was in shambles. I was stationed in the 79th Precinct in Bedford Styvestant and walked a footpost alone for field training. The residents would throw bottles off the roofs as I would walk down the street. This was my wake-up call.

After 6 months of field training, I was assigned to the 88th Precinct in Fort Greene. I decided to go to college, so I volunteered to work the midnight shift, attending classes full-time during the day. 4 years later, after being accepted to law school, I quit the police department, moved to Michigan and ultimately graduated law school.

David stared into my eyes as I told him that story, repeating over and over "Dude, you are amazing!"

David then explained to me the accounting procedures that a law firm must follow. He walked me through tax planning, payroll, etc. . . I listened attentively and took copious notes. His advice was "spot on" and I continue to run my practice based upon the sage advice that I received from him so many years ago.

As the years passed, David and I became good friends. We broke bread together on numerous occasions. There was one dinner that we had that I will always remember. Not because of the meal but because of what occurred after we ate.

Arnold DiJoseph was working on a case with me and he drove us to a Nassau County mediation that lasted later than expected. We decided to call our mutual friend, David, and have dinner after said mediation. David got dropped off at the restaurant and Arnold said he would drive us both home after we ate.

On the way to David's house, Arnold's tire went flat. Arnold was in a bit of a panic but David assured Arnold that it was no big deal. I told Arnold that we could easily replace his flat with the spare. David insisted that he should be the one to change the tire as Arnold and I were wearing suits.

This is the David Gentile that I know. Always willing to lend a helping hand. He is one of the most genuine, warm and affectionate people that I know. I am proud to call him a friend.

I write this letter of support with a heavy heart.  Knowing what is at stake.  If you knew the David Gentile that I know, tears would be in your eyes.

With the utmost sincerity, I am

Very truly yours,

EVERETT J. PETERSSON

# EXHIBIT A-31

October 27, 2024

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States vs Gentile, et al. 21-CR0-54 (RPK).

Dear Judge Kovner:

Thank you for accepting this letter regarding David's Character. My name is Salvina Cataudella and I am David's first cousin and have known him for 33 years. David has always impressed upon me to make the right decisions in life. After my father died when I was 15 years old, I was a bit lost. David always guided me in a logical and ethical direction and urged me to do the right thing. When I was 22 years old, I had been attending Kean University and I let him know of my desire to drop out of school. He sat me down with my family members and discussed the importance of education and continuing it. Solely due to his urging, I completed my schooling and I now hold a Business Degree from this very University. I would have never pursued my career goals if it wasn't for David's intervention and help in making an ethical decision on the matter. I am now working as a volunteer in Human Resources and I help others daily to achieve their goals in their occupations.

David has always been a stalwart figure for me, no matter what career decisions I made, what relationship I was in, what I wanted to do in regards to my education, or life - he always supported me.  David would listen to me and let me consider the best option for my future and guided me as a father would - with the desire to see me improve and prosper.  He never told me what to do, but provided me with the information I needed, where I lacked it, so that I could then make the best decision for myself. He is loving and is and was always there when I needed him.  Years ago, when my father passed, he became much more then my cousin, he became a father figure to me, when I had lost one. He did not hesitate to step in and take on this role, for which I am extremely grateful. I can always count on him to help me, give good advice and be there for me no matter the circumstance I was in. David honors his own parents and exemplifies how a son, father or husband should be. I have never seen him show disrespect toward any family member. He is very open-hearted, giving and welcoming. To me, he lit up the room in all of our family gatherings, never left a person out and made everyone feel a part of the family - especially friends and other guests.

I am sincerely requesting the lowest sentence for David. He has been there for me, and I would sincerely like to help him in any way I can. While I cannot speak to any of the current events in David's case, having known David for 33 years, I can tell you, Your Honor that David is a loving husband, father and cousin, a loyal friend, and someone whom I trust without hesitation.

Sincerely,

Salvina Cataudella

# EXHIBIT A-32

Costas Ziozis

███████████████

November 1, 2024

The Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Re: United States v. Gentile, et al. 21-CRO-54 (RPK)


Dear Judge, Kovner:

Thank you for the opportunity to submit this letter on behalf of, David Gentile. David Gentile is a family man, pillar of his community and friend, David has always displayed the highest level of professionalism, integrity, with extreme values I have nothing but the highest regard.

We met through a mutual friend about eight years ago, and while we didn't do business together, we spent a considerable amount of time in person and on countless calls. My experience with David is that he is a kind, caring, insightful, and always offered astute advice. The saying of "he would give his shirt off his back" is the perfect way to describe David Gentile's character.

While I was in the process of stating a new business venture with an investor group David was one of the first person I/we contacted. He immediately was willing to take time out of his busy schedule to meet with us numerous times. During our process David volunteered his time he would listen to the plan and give us sage advice and his business acumen was well regarded He also displayed a deep care and wanted us to succeed, He always made himself available and would contacts us to get an update and was always available. He invited us to his home where we would chat about the business plans and life events, he cared as friend and showed compassion and empathy he always wanted to be apprised as he cared extensively. He was genuinely interested in guiding me, listened carefully, followed his council, resulting in our successful launch of the business.

I also had the opportunity to meet his amazing family, he displayed characteristics of an amazing husband and father. David displayed care and tremendous love for his family and always wanting to be involved in their lives. Although the family was successful financially, he made sure that everything was earned by his children and not given in order to build character and motivation and eliminate entitlement issues.

Mr. Gentile is an active supporter of the Youth for Human Rights, Drug-Free World and The Way to Happiness Foundation organizations whose missions are for the betterment of humankind.

Thank you, Your Honor, for the opportunity to share with you my deepest held beliefs and feelings about the man that will soon be before you and I hope that's this letter helps you come to know him as I have a true gentleman.

Sincerely

Costas Ziozis

# EXHIBIT A-33

October 30, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States vs. Gentile, et al. 21-CR0-54 (RPK)

Dear Judge Kovner,

Thank you for the opportunity to submit this letter on behalf of David Gentile.

I am writing to provide a character reference for David Gentile, whom I have known since 1987.
I am a certified real estate broker and I first became acquainted with David's parents when I had
the pleasure of assisting them in buying their home. At that time David was twenty years of age
and a young student attending college. David's parents were the owners of a successful
accounting firm and David decided to follow in their footsteps and pursue a career as a CPA as
well. David's parents and I became fast friends and the relationship grew to a close friendship.

Over the course of 37 years, I've had the unique opportunity to watch David grow both
professionally and personally. Along the way, not only did I become a client of David's where he
demonstrated his professionalism and talent for his craft with his keen financial advice which
was consistently insightful and reliable, but he also displayed remarkable compassion and
kindness toward me. I had suffered a great hardship when my husband was ███████████
███ and I quickly became the sole breadwinner for my family and primary caregiver to my
husband. It was a daunting and overwhelming responsibility however, knowing that I had
David's guidance was reassuring. While I sought David's professional financial advice, I
distinctly recall the numerous occasions that he called to check in on me. As dedicated a
professional that he is, his caring nature is equally evident in the sincerity and comfort that he
showed me.

When I ultimately opened my own brokerage, David supported me and many referrals were as a
result of his recommendation of my services. I also had the opportunity to assist him in finding
his family home. Throughout our long association, I have helped David purchase not just one,
but three homes, as his family grew. I truly admired David as a family man and a dedicated
father to his four children.

Always exemplary, he was also a spiritual man who attended church and one who created a
warm family environment and hosted lovely gatherings especially during the holidays, many of
which I have had the pleasure of attending. David's values are apparent in his welcoming nature

and the friendships he fosters. Having known David for over three decades, I can attest to his integrity, and dedication to his family, friends, clients and community.

I respectfully request that you consider the depth of his character in your judgment and apply the lowest possible sentence. I am grateful for your time and consideration.

Sincerely,

Connie Liappas

Connie Liappas

# EXHIBIT A-34

November 12, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Kovner,

My name is Francesco Arlia Jr., and I am writing on behalf of David Gentile, a defendant in a trial over which you recently presided.

I have known David for 15 years, having met him and his wife, Joanne, in 2010 at our church fundraising dinner, where we were introduced because we are both of Italian descent, the same age, and Certified Public Accountants. Frank Silvestro, another church member, thought that we would enjoy each other's company and sat us at the same dinner table. We immediately became friends.

I have been a forensic investigator and defense accountant immediately after graduating college, and I can instinctively identify questionable, untrustworthy, and criminal characters within a few minutes of conversation, regardless of the topic of conversation. It is an ability that I have acquired and perfected over my 34-year career. I am married and have five children, and I own and manage many businesses, including my accounting firm in NYC.

I am compelled to write this letter because, quite honestly, I believe David's contributions to family, community, humanity, and business are nothing short of exceptional. He has built a strong legacy of hard work, entrepreneurship, and friendships. and generosity.

While I cannot speak to any of the events at issue in David's case, having known David for many years, I can tell Your Honor, based on my first-hand observations and experience, David is a model husband, caring father, a steadfast friend, and someone whom I trust without hesitation regardless of the present circumstances, that I found dismaying as it doesn't match the integrity of the David Gentile that I know.

Of the many, I would like to give you my most personal moments with David.

Accounting   •   Management Consulting   •   Financial Planning

I specifically recall David and me taking a long walk for almost two hours around the neighborhood of Clearwater, Florida, in 2013, where I reside now, after a long day, and David was telling me about the humanitarian projects that he was working on and focusing a great deal of his time towards as it was fulfilling to him to help others improve the conditions of their lives. That evening, my admiration for David and his devotion to helping mankind skyrocketed. In the following months and years thereafter, I witnessed him fulfilling those goals with his philanthropic contributions and working with others shoulder to shoulder.

In September 2016, I recall very explicitly asking David for ▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ He agreed to meet me at a local eatery and ▆▆▆▆▆▆▆▆▆▆▆▆ and he brought his checkbook. Within 15 minutes of communicating, he said something to me that was surprising and very true, "Frank, you don't want to ▆▆▆▆▆▆▆▆ do you?" "I think you just need a friend to talk to so you can figure out how to solve this financial situation on your own," That was precisely what I needed and wanted to hear because I was ashamed to ▆▆▆▆ ▆▆▆▆. After much discussion about my ongoing projects, David opened his laptop and showed me how he managed his finances and all his companies. He spent a great deal of time with me to help me sort out the misalignment in my own business and financial management. That one conversation was life-changing, and I didn't need to ▆▆▆▆▆▆▆▆▆▆ I was empowered to make it go right on my own; that is David.

In the last few months, I had the pleasure of meeting David's son James, and based on my conversations with James, David and Joanne have done a great job with this young man who is also the same age as my son Francesco. James was outgoing, well-balanced, respectful, caring, and genuinely interested in our conversation, much like his father. This tells me a lot about their family structure and integrity.

I have always admired David's family, intellect, work ethic, determination, generosity, charity, friendship, humility, and, most importantly, his integrity. I am happy and proud to know him and call him my friend.

Your Honor, I respectfully ask that you consider applying the lowest sentence permitted under the law.

Love and sincerely,

Francesco L. Arlia Jr., CPA, CGMA, CTC

# EXHIBIT A-35

November 30, 2024

Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

RE: United States vs. Gentile, et al. 21-CRO-54 (RPK)

Dear Judge Kovner,

My name is Avalon Petersen, and I am David's eldest son's girlfriend. Over the past year, I've had the privilege of spending a lot of time with David and his family. From the very beginning, they welcomed me into their lives with open arms.

One of the first times I met David, I shared some challenges I was facing at work. He took the time to listen and spent the entire dinner offering thoughtful advice. He even went so far as connecting me with two of his colleagues, who have begun helping with an important project at work. His kindness and interest in helping me was sincere, and it left a lasting impression.

I don't think there's anything that says more about a person than their children. And I've spent the most time with his eldest son. To say I've never been treated with more respect, kindness and loyalty would be an understatement. His son is a gentleman not only to me but his neighbors, friends, even strangers. It didn't take long to see where he got these qualities as soon as I met David and his wife. They treat those around them with respect and kindness - not only with words but with actions.

What stands out most to me about David is the deep love and dedication he has for his family. It's clear how much he cares for his wife, children, and parents.

I've had the opportunity to observe David with his family on several occasions and I always notice how much care and attention he gives to everyone around him. For example, he had a large group of his children's friends over at his house. He took the time to talk to everyone and have real conversations about how they were doing. One friend needed help with finding a job and he went out of his way to get him an interview.

David is an extraordinary husband and father who has built a family who loves and respects one another. His presence is a cornerstone in their lives, providing not only emotional stability but also vital guidance in both personal matters and in business. I have personally witnessed remarkable growth in James, the eldest son, under David's guidance. His absence would be devastating and profoundly impact his family. I sincerely urge you to consider imposing the lowest sentence permitted by law, recognizing the profound role he plays in his family's life and the positive impact he continues to have on those around him.

Thank you for taking the time to read this.

Sincerely,

Avalon

# EXHIBIT A-36

United States v. Gentile, et al. 21-CR0-54 (RPK)

November 1, 2024


The Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201



Judge Kovner,


My name is Sebastiano Paccione, I am an extremely close friend and family member of the defendant, as David is one of my closest cousins. I currently study at Manhattan College, where I am majoring in accounting and recently received my Eagle Scout award. I am in my senior year and am at the top of my class, where I am currently in the running for Valedictorian. I would not be where I am today without David's influence in both my life and the life of my family.  I write to you in this letter to ask for mercy in his sentencing and to grant him the lowest possible sentence.


My cousin Dave has influenced my life greatly, from the way I view my family to my outlook on life. He and my father were very close growing up, and seeing the close familial bond they had, how he truly loved our family, and the gratitude they showed for each other helped me to foster and grow my own familial bonds. This inspired me to grow closer to my own family, depending on them through all stages of life no matter what was occurring in my own personal life.


Dave has propelled me into a successful path in life, where I have begun to study accounting. He explained how accounting is the foundation of business to me, and explained the importance of it in life, helping me to attain my internship at PwC, one of the big four accounting firms, last summer.

David has shown me it is extremely possible and important for each of us to have

an impact in our community and our families. His family has held family get-togethers on Christmas Eve since we were children, and they truly brought our family together and brought me much closer with all of my cousins. When I was 14 though, my parents got divorced. My family began to attend the get-togethers less and less, and then my father moved down to North Carolina when I was 16. At this point I began to see David and my cousins very little, less than once a year. I remember the week before Christmas the following year when I got the call from David. He spoke to me in such a kind voice over the phone. He said that he really wanted us there, and that he really wanted our mom to be there as well, that the family loved her and that she was still a true part of the family in spite of the divorce.

Even though the divorce was on the nastier side, he still maintained his unconditional love for her, which I did not expect. This fundamentally changed the way I see my family and my ideals surrounding how I treat others. I completely understood that because my father and her had gotten divorced, she would not be truly welcome at family events , but he changed that. He let me know that all are welcome, not just those who we pick and choose. I carry this belief with me to this day, attempting to lead my life with the same understanding, compassion, and love he has shown my mother, and looking to be there for others over being judgmental.

We had a great time reconnecting with our cousins that Christmas, and we now see them each year around Christmas-time and several other times every year. The rekindling of that bond after my parents' divorce is all thanks to David, as well as how I feel that I can impact others, in both small and big ways, with each and every single one of my actions. He taught me how to be a driving positive force of love for my family and everyone in my environment.

Dave taught me to be understanding, dynamic in my thinking, and to always look to grow no matter what. This has led me to look to take more leadership roles in school and do more for my peers to better those around me, and I currently am the President of two clubs at my college - the Real Estate Club and Accounting Society. I am also on the board of two other organizations, and serve as a tutor and peer mentor to several freshmen at my school. Without David's influence on my thinking, my aspirations, and showing me the unlimited possibilities of how I can be impactful in this world, I would not be where I am today.

With humility, I ask you to be merciful in your sentencing and to grant him the lowest appropriate sentence. I appreciate your consideration.

Kind Regards,

Sebastiano Paccione

# EXHIBIT A-37

October 30, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY  11201

RE:  United States v. Gentile, et al. 21-CROR-54 (RPK)

Dear Judge Kovner,

My name is Mary Cataudella and I am the aunt by marriage of David Gentile. I met David when we were both teenagers and I was dating his Uncle Peter, whom I later married and had four children with. David and my husband had a special close relationship and David looked up to his Uncle Pete. When our first son, Carmelo, was born, we both wanted David to be his godfather.

Unfortunately, in August 2007, my husband ████████████ in a work accident and died immediately, leaving me to raise my four children, ages 11, 12, 14 and 15, alone.

Following this tragedy, I quickly made arrangements in fear that my children would be orphans should something happen to me.  The choice was obvious - I asked David to take my two sons in the event of my untimely death, and he agreed.  I knew my sons would be in good hands with David, a devoted, caring person with a wonderful wife and four children of his own. Additionally, I asked David's parents, Josephine and Santo, if they would take my two daughters should something happen to me, and thankfully they also agreed. They were all wonderful examples of individuals whom I admired and respected and I knew my children would be in good hands.

David stepped in, stepped up and supported Carmelo through the grieving process. He took Carmelo into his home for extended weekends and during summers, sharing time with him and his children, taking him on fishing trips, counseling him, offering words of advice for school and friends, how to cope with the loss of his dad, how to focus his upset into positive ways, and how to make his parents proud. During the difficult teenage years, David directed my son to make good choices and Carmelo listened. David served as a solid male figure in my son's life and helped him become an amazing young man. I am grateful for this.

With this, I respectfully request leniency with David's sentencing. This hurts all of us, but in particular my son Carmelo. He will grieve and miss his godfather, his stand-in Dad. Kindly consider David Gentile the person when making your decision.

With respect,

Mary Cataudella
(I attach a photo of one of many beautiful moments of David with his son James on his lap and my son standing near by.)

# EXHIBIT A-38

**Dr. Christos Vasakiris**
*Chiropractor*

*Diplomate of
The American Chiropractic
Academy of Neurology*

The Honorable Rachel P. Kovner                                      October 20th, 2024
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: United States vs Gentile, et al. 21-CR0-54 (RPK)

Dear Judge Kovner:

Trying to parlay a synopsis of 41 years of a relationship is impossible. I realize that you more than likely have a significant work schedule before you on a daily basis. The following paragraphs will summarize my thoughts and relationship with David Gentile the person for whom you must pass sentencing on, regarding the above noted case. I write you today to consider my thoughts and to provide the most reasonable lenient sentence that you deem appropriate.

I have known David since I was 18 years old. His brother was my college roommate and one of my best friends to this day. I have known David's family and extended family for just as long. I have watched David grow up emotionally, socially, academically and spiritually. I have also witnessed him pursue his career and become an extremely well respected professional that I have the deepest admiration for. He is like family. As James Garfield said "There are men and women who make the world better just by being the kind of people they are", David is one of those people.

I am a professional who has continually strived to advance my educational career. Spending the last 35 years dedicated to helping people, I evaluate, discuss, assess and administer care to patients daily. In my opinion I have developed an ability to assess someone's core values, human complexion and substance as have you no doubt.

I have interacted with David on a personal and on a professional level countless times as he was also my personal and business accountant for years. Never was he anything but professional, forthright, upstanding and very thorough. You could imagine my shock to learn of this current

situation, it's absolutely inconsistent with his character and constitution. He has always been honest, demonstrated integrity and put forth trustworthiness in all matters, professional and personal.

David is kind, caring and a very loving person. Family has meant everything to him for as long as I can remember. He is balanced and measured, the type of person you want to be around because you always learn from his outlook and experience. He is the person who answers your call for assistance and will lend a hand in anyway necessary to solve your problem. Specifically I recall some years ago when I was having my taxes prepared by David and during general discussion I brought up an incident about a woman who worked in my building who recently tragically and mistakenly had backed over her very young son with her car. The child died and the woman was severely despondent. She did not have the money to bury her son and the people in the office were making a collection for such. David, upon hearing this without even stating a word reached into his pocket, pulled out all of the money in his money clip and gave it to me to put toward that burial, he never hesitated for one moment in doing so, for a total stranger. I never forgot that act of pure kindness, indeed for someone he did not even know.

I know that you did not have the opportunity to hear David speak or address his case on his own behalf. These are things of legal matters and I understand and respect that process; I just hope that my letter will convey a true representation of his persona. He is married to his wife Joanne and is the father of four beautiful children who are all admirable individuals. He is accomplishing what many of us strive to do, raise a family and contribute to society in a positive, loving and meaningful way. As a family unit I believe David and Joanne need to be able to continue raising their children together. A strong family unit is the backbone of well-developed individuals.

Knowing David for so many years, I cannot fathom that he intentionally and purposefully was deceptive and dishonest, nor do I believe he would compromise his integrity in this situation. I have never seen these elements of character ever from him. My wife and I have some experience with honesty, integrity and trustworthiness. We appreciate those values and have strived to cultivate those into our sons' lives; my eldest son is a current United States Secret Service Agent, protecting our leaders as you read this letter. This is why I have not changed my opinion regarding David's character or substance; he would have never intentionally been deceptive or betrayed his clients. He has always embodied those values as well.

So I ask of you to consider the overall picture of the man David Gentile. No doubt you will receive many letters similar to this one, recounting his positive virtues, his love of family and his prior history of helping many individuals both professionally and personally. George Washington once said "A man's intentions should be allowed in some respects to plead for his actions". I respectfully request that you consider the most lenient sentence for this dear friend of mine, prison for these transgressions would not serve society well considering the total picture of his life's accomplishments and potential.

I thank you for your time regarding this matter.

Christos Vasakiris, D.C., D.A.C.A.N., D.A.B.C.E., R.NCS

# EXHIBIT A-39



# *Scott Chichester*

November 1, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** United States v. Gentile, et al. 21-CR0-54 (RPK)

Dear Judge Kovner:

Thank you for the opportunity to submit this letter on behalf of my friend, David Gentile.

As way of my background, I have been licensed as a Certified Public Accountant in the State of New York since 1995. I started my career in the New York office at Ernst & Young in the Financial Services audit division. My career continued in the Controllers Division at Goldman Sachs and I have run my own CPA firm since 2001. Additionally, I have 15 years' experience in corporate governance.

While the above tells you some of my credentials in the financial and Wall Street world—this letter is not about that. This letter is about David Gentile, the human being, the friend, the father and husband.

I first met David 14 years ago at a charity fundraiser and got my first glimpse into who David was. If there is a watchword for David, it is "kindness". Dave, as I call him, is one of the kindest souls I've ever had the honor of calling a friend. He treats everyone he meets with the same genuine interest, care and affection. His inclination is to find a way to help all those he meets, and I have seen him help numerous people with the expectation of nothing in return. For example, I brought him two of my former employees who sought my counsel on their careers and were in need of employment. On my word, he assisted both of these individuals in obtaining excellent employment.

Unfortunately, my family suffered a terrible tragedy, and Dave was one of the few friends who went out of his way to support me in both his actions, and his words. There are moments in one's life when circumstances demonstrate to you who your true friends are, and this moment was one of them. Dave stepped up in an exemplary fashion and demonstrated to me the genuine kindness and care that are inherent in his character.

I have also gotten to know Dave's family. His eldest son ended up interning for my CPA firm after his junior year in college and then worked for me as a Staff Accountant thereafter. In my opinion, most people one meets are a mix of their unique self, as well as a reflection of their parents. And what a reflection this is! I cannot say enough about the attributes of this young man. He is extremely intelligent, kind, conscientious, hard-working, polite and highly motivated. I have told Dave many times what a tremendous job he and his wife did in raising him. It would be so easy for a young man who came from the financial circumstances he did to be lazy, entitled and unmotivated. However, quite the opposite, he is, perhaps, the most self-motivated person I have ever encountered, and, like his father – a true gentleman.

Indeed, I attribute the character of his children to how I have observed Dave parent his sons. He always treats them with love, kindness and respect, but at the same time demands that they find their own way and work hard at whatever path they choose to take. An example of this is when I observed Dave speak to his youngest son about purchasing a car. His son clearly loved cars, and Dave had the means to easily buy him a beautiful car. Instead, Dave was talking about the cost of a lower end vehicle and encouraging his son to work, save up his money and buy it himself. These are the values that he has instilled in his kids- and I have observed they are now, as young adults, highly equipped to lead rewarding and productive lives.

As far as Dave's family, I have never seen a more beautiful one. Perhaps the only person I can say I've encountered who is kinder then Dave would be his wife. Like any family, they are all individuals, and all different from each other. However, they are also, in the aggregate, a strong, unbreakable group. Together, I've seen Dave and his wife set a tremendous example of what good parents are as evidenced by the demeanor, character and competence of their 4 children. It is truly something to admire.

Thank you for taking the time to let me express my thoughts, and I can only conclude with my opinion on the matter: I can say, unequivocally, that society is a better place with Dave as an active participant in it. As such, I would respectfully request that you impose the lowest appropriate sentence for the matter at hand.


Sincerely,



Scott Chichester

# EXHIBIT A-40

**George Maroulis**

███████████████████

November 1, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Gentile, et al. 21-CR0-54 (RPK)

Dear Judge, Kovner:

I beseech you to be lenient on Mr. David Gentile, family man, pillar of his community and my dear friend.

Mr. Gentile and Joanne, his wife of over two and a half decades, raised four stellar and civic-minded children. The eldest, James (24) graduated from Babson College last year and majored in accounting and Ciara (23) graduated from Fordham University. Ritchie (20) is presently matriculated at St. Peter's College, and his younger brother is a sophomore at Hofstra University. I've had the honor and pleasure to meet and spend time with Mr. and Mrs. Gentile's children in their home—and in a professional setting with James—and I enthusiastically attest to their exemplary upbringing.

In my over thirty-five years in business—thirty of which have been as a personal and commercial banker and banking executive—and equal amount of years volunteering at not-for-profit organizations such as the Boy Scouts of America, US Air Force's Civil Air Patrol, St. Jude's Children's Hospital, American Heart Association, New York City Police Department Auxiliary, New York City Police Athletic League, Greek Orthodox Archdiocese, to name a few, I've met and came to know thousands of people. A select few of these people stood out because of their generosity and willingness to share their most valuable asset: their time. David, my friend for over half a decade, stood out from the standouts. We met through a mutual friend, and while we didn't do business together, we spent a considerable amount of time in person and on calls. My experience with David is that he is a kind, empathetic, caring, insightful, and impactful man. Whether family, friends and those for whom David volunteers, not having David accessible to us will be to our detriment and to the detriment of the broader communities of which David is actively part of.

Mr. Gentile is an active supporter of the faith-based USIAS Monetary Trust, that in turn supports Youth for Human Rights, Drug-Free World and The Way to Happiness Foundation, organizations whose missions are for the betterment of humankind.

In 2019 at age fifty, after much thought and consideration, I decided to pursue my own entrepreneurial adventure and left the large commercial bank which I had founded and ran as the President, a very successful banking division. I was filled with self-doubts about whether I had chosen the right path. My family, dependent on me to provide, and my age didn't lend itself well to entrepreneurial endeavors. Many sleepless nights I lay awake reverberating in my head on endless replay, the question of whether I had made the right choice? For the first time in my life I was truly scared. David, however, was always a phone call or a few miles away. David proactively would call or text from time to time check in on me. He invited me to his home and we'd talk for hours about the structural challenges that lay ahead and how to overcome them. David had become my mentor, and I actively sought his acumen and insight.

"Let's go fishing", said David on the other end of the telephone one day. Some friends of his were going to spend the day on the Gulf of Mexico, and David thought to invite me. "Fishing takes your mind of things and is relaxing. You need to go fishing my friend". I agreed. I traveled across the State of Florida to Clearwater from West Palm Beach and met David and his friends at the dock. Off we went into the Gulf. After first fishing for bait, we traveled for two hours west until we came to a standstill. Captain Constantine ("Connie") said that this is where we would catch fish. He was right. I learned that day that there are two activities that happen simultaneously while fishing: first there's the actual act and process of fishing, and the second, is the act of catching fish. I suggest that there's a third act, consisting of what I was mostly doing that day and that is feeding the fish. David noticed my frustration and came over to where I was "fishing". In a gingerly manner and soft-spoken voice, he taught me how to bait the hook, drop the line into the water, and pull the fish up from the depths once the hook was set. I noticed David's mannerism several times before when he was interacting with his family. Whether it was with his wife or children, David a large statured man with a near baritone voice, was in fact a gentle giant. "Don't reel in the fish to fast." said David concerningly. "We're in about two hundred feet of depth and if you reel the fish up too fast and the fish is not of legal size, then the fish will not survive when we release the fish back into the water because of the difference in atmospheric pressure. Air will build-up in the fishes' bodies, and it will kill the fish in a painful way as it comes to the surface." As an infrequent diver, I knew that. The same would happen if a diver comes-up too fast from the depths. "Catch only what you will eat" was another lesson (direction) that David instilled in me that day.

"I caught an octopus!" yelped Connie. Everyone rushed over to where the Captain was fishing to see the cephalopod. It wasn't very big and it was trying to unhook itself in desperation. "Connie, be gentle with the octopus." said David. As an immigrant from a small Greek island , I was salivating at the prospect that we'd be enjoying this freshly caught delicacy on the boat later that evening while returning to shore. "We need to return it to the water. Octopi are very smart animals. Let's try not to hurt it." I heard David say. My hopes of an octopus meze quickly vanished but then I thought: "David, if we cut one or two tentacles and return the octopus to the sea, then everyone wins," Said, I. "The octopus will regenerate its tentacles, and we'll enjoy a great, albeit small, meze". I then noticed this deep empathetic look on David's face. "I know, but are you okay if we don't hurt it at all?" "Of Course" I replied to my friend. I can't quite describe

the look of caring that emanated from David, and relief when we gently returned the creature to
its home.

Returning to shore on dusk's twilight is magical. Moreso on the Gulf. Heminway wrote
about it at length. I was at the back of the boat staring at the sunset and lost in my thoughts.
David came and sat alongside me. "Isn't it magical" he asked. I nodded. "What's troubling you?
Did you have fun? I noticed you're bogged down." We spent nearly the entire time back talking
about the business adventure that I had embarked on. I felt that I was being watched over by
David as the octopus had been a few hours earlier. He was genuinely interested in guiding me. I
listened intently. I followed his guidance, which helped me two years later to be approved by the
Federal Reserve Bank as a director of the bank holding company that we acquired.

"David, I can't thank you enough for a spectacular day and introduction to these great
humans" I said while feverishly shaking Davd's hands. "Where are you going?" asked David.
"Driving home to West Palm" I said. "It's too late for such a long drive. You're staying with me.
My daughter and her boyfriend will be there too, I hope that you don't mind." I didn't want to
impose, and I was loosely considering the local Motel 6, but David wouldn't hear of it.

We were greeted by Ciara and her beau upon our arrival to David's home. While this was the
first time I met her, she was gracious, posed, and friendly and made me feel as though we'd
known each other her entire life. She was facing a challenge and needed Dad's advice. He
promptly excused himself. When he returned sometime later, it was obvious from his full-width-
grin that all was well with Ciara. I've noticed a similar grin of satisfaction on me, whenever I
was able to guide my daughter, which always culminated in a 'bear hug' and those words that
father's ever long for: "thank you, Daddy!" David shared that he was most proud of his kids
because when problems arose, they'd rush to their parents for advice and typically followed-
through. I've noticed this trait in all of Joanne's and David's children: their parents are their
confidants.

Later that evening when all were asleep except for David and I, we sat on his balcony and
talked for hours about our families, challenges raising teenage girls, the success and failure of
our business endeavors and life in general. Each time David shared with me in a fatherly way,
some applicable anecdote that deeply resonated with me. In retrospect, David's advice panned
out well and in almost every instance that I didn't follow his guidance, the opposite held true.

We humans are complicated: we're all perfectly imperfect by design. Those that are closest
to us tend to be a reflection of who we truly are. We tend to gravitate around people that
typically make us become better versions of ourselves. But selfish reasons aside, a subjective
look of those few amongst humanity that inspire greater things and instill good, even while
faltering, warrant the consideration of the age-old axiom that to 'err is human, to forgive is
divine.' In this specific instance, those that would be punished most are the very people that have
benefited most by Mr. Gentile's humanity, and those who haven't yet had the gift to come to
know the man as I have. The Gentiles have given to our society the gift of four smart,

productive, and caring children, all whom need their dad present during these trying and
uncertain times. I, too, need their dad.

Thank you, Your Honor, for the opportunity to share with you my deepest held beliefs and
brotherly feelings about the man that will soon be before you and I hope that's this letter helps
you come to know him as I have.


Respectfully,

George Maroulis

# EXHIBIT A-41

October 29, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Kovner,

My name is Constantin Haag and I have known David for about 7 years now where we were introduced by a mutual friend at a charitable fundraiser.

To give you a little about me first, I am 37 years old, just happily celebrated my 17 year wedding anniversary to my best friend, father to 3 beautiful smart and caring boys (16, 12 and 4 years old) and a small business owner of 14 years and counting.

I wanted to take a few minutes and tell you about my experiences with David, as he became one of my closest friends in the past 7 years.  First off, when I first met David, we were with our close friend Steve, who unfortunately passed aways since then, at a charity dinner that Steve had bought a table at. David and I starting talking and instantly became friends.  You could see he was a sincere guy who truly cared about others.

About 3 weeks later, I got to take David out on a fishing trip with 2 of his boys, and we got to know each other more.  During that trip, he had heard about some issues I was having in my business and wanted to instantly help.  Over the next month he came to my office, and would call me every week to see how things were going with the issues.  You could see he really cared and during the entire time never asked for anything in return.  This happened again and again not just with me but other mutual friends we had, where he would hear about things he could help with and helped as he is a true caring person.  He has a rare trait of wanting to help and doing it from the goodness of his heart.

During the last 7 years I got to know Davids family.  This is probably what impressed me the most as there are not many families such as David's.  First, I believe David has been married almost 30 years, a feat that not many people achieve anymore these days, but then you have his 4 kids.  These are kids with the very same traits as David of being caring and compassionate. While his kids are much older than mine, my kids because fond of his.  Every time they saw each other, David's kids would take the time to really make my kids feel important.  This is something I don't see with many children nowadays and is what is so admirable about David and his wife. People who have kids that are amazing aren't raised by bad people.

So in closing, I can go on and one about all the ways I have personally seen David change peoples lives for the better, but you need to know that David is a good and caring person. He has consistently been there for others throughout the time I have known him in so many ways. Your Honor, I thank you for taking the time for allowing me to tell you about David, and ask you to deliver leniency on his sentencing due to true model character as a husband, father, and amazing friend.

Thank you and sincerely,

Constantin Haag

# EXHIBIT A-42

Patrick de Catalogne



October 28, 2024

Honorable Rachel P. Kovner

United State District Judge

Eastern District of New York

225 Cadman Plaza East Brooklyn

New York 11201

Dear Judge Kovner,

I am writing to you regarding United States vs Gentile, et al. 21-CR0-54 (RPK).

My name is Patrick de Catalogne and I am Executive Vice President and Partner at CastleOak Securities. We are a minority owned investment bank headquartered in New York. I have had the distinct pleasure of calling David Gentile one of my best friends for over 45 years now. I have known him since 6th grade and maintained a close friendship with him till this day. We were both raised in Queens by first generation immigrant families, his from Italy, mine from Haiti. The Gentile's are a hard-working family and raised two wonderful and successful men in their sons, David and his brother, Ronald. Santo and Josephine Gentile instilled great morals and loyalty into their sons from an early age.

I have had the pleasure of having a ringside view of watching my friend David grow from child to teen to adult. I have also witnessed this young man, who, like many of us had trouble finding himself in his late HS and early college years, be able to find his passion and have success in all facets of his life. After taking some time off from college David went to work at an accounting firm and found his calling. He went to night school while still working and graduated and secured his CPA. He was instrumental in growing the accounting firm. For a brief period in our early twenty's, David and I formed a venture capital firm. We worked on this venture at night after putting in a full day's work at our primary employment. It was during this time that I was able to experience David's professional passion. His work ethic was unmatched but what impressed me most was his desire to help people and their businesses. Every meeting that we took, he was intent on understanding that individual business and its owner's needs.  Ultimately, always finding some way to assist them.

Although we were unsuccessful at raising the business off the ground, the image of his work persona and his desire to be of service to others has never left me.

Fortunately, being childhood friends with David, I was often in his home, around his parents, his brother and other family members. The relationship between him and his family was one of love, tradition, respect, integrity and hard work. These are just a few outstanding qualities I always observed and felt when I was in the Gentile household. These core values that the Gentile's instilled in their son David are the values that formed the strong foundation for his abilities as a husband and father. I have known David's wife, Joanne, for 45yrs+ as well. She also attended the same elementary school as David and myself.  Together they make a beautiful and caring couple and outstanding parents. David's dedication to his work is only matched by his dedication to his family. Not only does he nurture his children by providing for them but he also devotes himself to making sure they grow emotionally and spiritually into wholesome, contributory, responsible adults. If you have had the pleasure to meet any of his four wonderful children you would see that they are by far his greatest achievement.

I have been very blessed in my life in the friends that I have made over the years. There is only a small group that I consider family. This small group is comprised of individuals that I have known for the majority of my life and that I can invariably count on for anything. In this group, there are only two friends that I know, regardless of the circumstances, dire or not, I could reach out and they would drop everything to be by my side. David Gentile is one of those two.

It is not my place to comment on his trial or the outcome before you, your honor. The system has already addressed that. I am in the position to ask of you (beg of you) when considering David's sentence, to understand that he is of greater use to society among us then incarcerated. His talents and his ability to help others are better served among us. I cannot see where incarceration and rehabilitation will serve purpose in this case. David's absence from society, his family and friends will only serve as a detriment to all of us.

I ask respectfully that you take this into deep consideration when making your decision.


Thank you very much for your time and consideration of leniency for my dear friend.


Regards,

Patrick de Catalogne

# EXHIBIT A-43

United States v. Gentile, et al. 21-CR0-54 (RPK)

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

October 25, 2024

Dear Judge Kovner,

I am one of David Gentile's first cousins.

I grew up with David and all my first cousins for most of my life. The Italian family is very tight knit
And our parents did a great job making sure we all stayed close. We would spend every Christmas
Eve together and almost all holidays and birthdays.

My cousin David is one of the most generous, humble, kind people I know. I would say almost to a
fault. He has a hard time saying no to people and feels bad if he makes you feel bad or if he's
inadvertently hurt you in any way!

I also remember when Joe and I were having difficulty in our businesses, David would invite us over
And take the time to talk to us about what we could do to improve our financial situation. He
Would spend hours helping us out. He was always so generous with his time.

While I cannot speak to any of the events in David's case, having known David for the 50
years I've been on this planet, all I can say is that David has a heart of gold and is someone I would
still go to for advice without hesitation! He is a good person at his core.

Thank you for taking the time to read my letter.

Jenn Edden

I felt compelled to provide you additional information on David's character as his indictment and conviction came as a total surprise. I pray for your leniency. Thank you again.

Sincerely,


Jenn Paccione Edden


Jenn Edden ████████████████████

# EXHIBIT A-44

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Gentile, et al. 21-CR0-54 (RPK)

October 29, 2024

Dear Judge Kovner,

My name is Brandy Lewis. I am a business owner, wife and mother to four daughters.

I met David and his family in 2017, because our children went to the same school. My first impression of David and his wife was that they were warm, family oriented people. His support and general cheer of our children's school was infectious and inspiring.

His daughter stayed with us in Los Angeles while she was doing an internship, and I was again reminded how close they are as a family, with their daughter either always on the phone with them or relaying to us the encouragement her parents gave her in their last phone call.

Later, in 2020, when my best friend was dying from ███ and happened to live in the same condo building as David, without hesitation he opened his home to my husband and I, so we could become a part of her care shift schedule. I will never forget that. It made an unbelievably sad time somewhat easier, because we didn't have to worry about logistics.

This past summer I had lunch with his 21 year old son Richard, and he was passionately telling me about a program he had done earlier in the summer that focused on integrity and leadership values. He was excited to tell me that he had spoken with the event organizer, because his dream was that his family and my family could do it as a group the following summer. I was struck with what great children David and his wife raised, that here was this 21 year old kid whose biggest goal at that moment was to spend time with his family doing something that would strengthen them as a team. I was reminded that 7 years prior, enthusiasm and care for others were the very first impressions I had of David.

page 2 of 2 Re: United States v. Gentile, et al. 21-CR0-54 (RPK)

I attended some days of the trial and understand it dealt with complexities that I do not understand in detail. I am writing this letter simply to let you know the value that David has been and is in my and my family's life and that I believe his presence in his 4 children's lives has been and will continue to be beneficial to them as well. Thus I am writing to voice my support of the most lenient sentence the Court considers to be appropriate.

Sincerely,

Brandy Lewis Suplee

# EXHIBIT A-45

November 14, 2024

The Honorable Judge Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Gentile, et al. 21-CR0-54 (RPK)

Dear Judge Kovner:

My name is Glenn Spiller, and I have had the incalculable blessing of knowing, and having in my life, David Gentile, for over 40 years. Notwithstanding the circumstance that inspired me to speak of the person David is, it is an absolute honor to do so.

I met David while attending college with his brother, Ronald, back in 1983. After graduation, we decided to rent an apartment together, in light of neither of us being able to afford much on our own, and set off to launch our respective careers. He worked at his father's accounting firm and became my personal and business accountant for decades.

I am a lifelong native New Yorker, having been brought up in The Bronx, along with my two brothers, by my mother in a rent-subsidized apartment. With what little we had, she taught us to never define ourselves with what we have or don't have, that we are accountable for all of our actions, and that we better not succumb to choosing to be victims of circumstance outside our control. These are lessons that enabled me to combat the "gravity" of the street and its pitfalls, attend Stony Brook University, start a healthcare business, sell to a private equity group and then reinvent myself as a commercial real estate advisor. I share this because many of these lessons were enhanced, and other critical lessons learned, through my relationship with David and the values, ethics, morality and purpose he lives by.

David is not just a friend, but a personal, emotional and spiritual champion in my life, willing to uphold and acknowledge my possibilities and strengths when I was too afraid to stand for myself. In moments of ██████████████████ and lack of direction, David's love, compassion, and undying commitment to see me through led me to therapy and life-improving breakthroughs. One of David's gifts to me, and others, is his choice to be vulnerable and share his deficits and fears. His empathy, his willingness to acknowledge my pain and to stand by my side and support me through my suffering, grief, and struggle is something for which I am forever grateful to him. Years later, as a husband and father with two children, I lost my job. I felt lost and struggled to find clarity. It was through David's friendship and counsel, that I regained my voice and confidence to get back on my feet. David wasn't just a shoulder to cry on; that alone is not enough for someone to be re-inspired to find his way again. He was a source of brass-tacks self-reflection, personal accountability, full commitment in the face of conflict and inconvenience. David is my model for how to manage my self-sabotaging ego, which had cost me dearly -in relationships, finances, opportunities and sense of myself. It is because of David that my arrogance and pride were exposed. David has helped me become a better man, son, husband and father.

I understand how impossible it is for you to know what's in the heart and mind of someone whose trial you are overseeing. Having attended multiple days of David's trial, it is impossible for me to reconcile

the man described by the Government with the David I have known for over 40 years. This is the antithesis of how David lives his life and how he manages his personal and professional relationships; it's simply not in his DNA. David has never operated from the space of a zero-sum game. He has given me advice in business over the years to always be intellectually honest and to make sure I do not gain at someone else's expense. I am grateful for David being that example for me, enabling me to maintain my self-respect and thwart regret. David does not define himself by what he has in material things, but by his loving, empowering, relationship with his parents, family, friends, and not the least, G-d.

I am certain that given the opportunity to get to know David and how he lives his life, you would see him as value to others and the community, and perhaps even a friend. David stands for others' greatness and possibilities. I ask that you consider the lowest possible sentence to be applied within your power.

David is not someone to remove from society; he is that rare person with the willingness to be fully present and listen to others and be a source of abundant support, which is so sorely needed in the community and the world, now more than ever.

Thank you for the difficult work you do, and for your time.

With Gratitude,

Glenn Spiller

# EXHIBIT A-46

October 23, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Gentile, et al., 21 CRO-54 (RPK)

Dear Judge Kovner,

I take this opportunity to write a letter of support for David Gentile.

I am a Board-Certified Ophthalmologist serving as full-time academic faculty at
███████████████████████████████. I am the former Co-Chief of Eye
Trauma, Surgeon Director, and ████████████████████████████████████
████████████████

I met David Gentile over 32 years ago when I was a first-year ophthalmology resident at the
NY Eye and Ear Infirmary. I had become fast friends with his brother, Ronald Gentile, MD
one of my six co-residents. David was a young accountant at the time, working for his
father's accounting firm. One late evening, David expressed to me how grateful he was to
have had the opportunity to go back to school, become a certified public accountant, and no
longer have to drive a truck to support himself. I was intrigued by his level of motivation
and work ethic at such a young age. As the years passed, there were many happy occasions
I shared with the Gentile family including weddings, Christenings, dinners, and fishing
trips. David and his wife raised a beautiful family.

Many years later, David came to a fundraising event for my eye surgery mission group,
Operation Restore Sight (operationrestoresight.org). His generous donation made it
possible for our group to travel to Nepal and India to perform cataract surgery, glaucoma
surgery, retinal surgery, cornea transplantation surgery, and oculoplastic surgery on some
of the most indigent, forgotten, remote, and ill patients on this planet. I, my colleagues, and
all the patients who will never know David, are eternally grateful for his support of our
mission group.

Judge Kovner, I know very little about the financial markets, hedge funds, private equity,
etc. I have a Fidelity retirement account that I started online many years ago, nothing fancy.
Whenever I have a bright idea and buy an individual stock, I usually lose money. My best
friend calls me, "The Cooler," because whenever I buy a stock, it usually tanks.

Never in a million years would I ever think David would consciously take advantage of an innocent person's finances and harm them. Those who invested, knew there was significant risk of loss. However, the court has determined that he is guilty of such, and he must suffer the consequences.

I imagine he will never be able to work in finance again, and that he will lose his license to practice accounting, his livelihood. That in itself is crushing. I ask, most respectfully, that you choose not to incarcerate David Gentile.

Thank you for taking the time to read my letter.

Sincerely,

John M. Aljian, MD
Attending Surgeon
Department of Ophthalmology

# EXHIBIT A-47

**United States v. Gentile, et al. 21-CR0-54 (RPK)**

October 31, 2024.

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Judge Kovner,

Thank you for the opportunity to submit this letter on behalf of David Gentile.

My name is Kehinde Adenle, and I recently graduated from Babson College. I have known Mr. Gentile for more than three years. I attended college and played rugby with James Gentile, Mr. Gentile's oldest child. The Gentiles have welcomed me into their family with open arms, and Mr. Gentile has treated me and everyone he interacts with respect, generosity, honesty, and integrity.

To provide some background about myself and my relationship with Mr. Gentile, I am an immigrant from Nigeria. Moving to the United States and achieving what I have today would not have been possible without the support of those around me. Mr. Gentile has become part of my family. To me, family goes beyond blood relatives; it includes those who care about you and make sacrifices for you without expecting anything in return.

In my junior year at Babson, when most students had left campus for Thanksgiving, James Gentile, who is my roommate and teammate, asked what I was doing for the holiday. I had no plans, as the school dining halls and most facilities were closed, and I didn't have the funds to order food or fly home to Chicago. James invited me to spend the week with his family without hesitation, and we celebrated Thanksgiving together. Since then, it has become a tradition for me to celebrate Thanksgiving with the Gentiles each year. This year will be my fourth Thanksgiving with the Gentile's and I look forward to that. Although this letter is focused on Mr. Gentile, there's a saying, "The apple doesn't fall far from the tree." Mr. Gentile is an exemplary father, mentor, and husband who has instilled humility and integrity in his children. He welcomed me without ever having met my family and treated me as if I were his own.

I also witnessed firsthand many examples where Mr. Gentile showed genuine care for others in a professional setting. I concentrated in finance at Babson, and my dream has always been to work in the financial services industry. Initially, I struggled to secure internship experience, and without hesitation, Mr. Gentile connected me with four different companies, personally vouching

for me. I quickly received interviews with these companies and have since been able to showcase and develop my finance skills, thanks to Mr. Gentile's help. His willingness to support someone who isn't his own child is a testament to his character. Mr. Gentile treats everyone like family, with equal respect, honesty, and integrity.

When I graduated and was recruiting for investment banking roles in New York this summer, Mr. Gentile flew me to New York and supported me through my interviews. I stayed with him for weeks and saw firsthand the respect and kindness he showed everyone around him. From cooking alongside Mahd, a close family friend, to sharing dinner with the family each night, Mr. Gentile's integrity and generosity were clear in every interaction.

Learning about Mr. Gentile's legal challenges was a shock, as he never showed any sign of distress. Instead, he continued to help others with kindness and generosity, positively impacting my life and the lives of many others. My American dream would not have been possible without his guidance and support. I am grateful to know him; his unwavering support and generosity towards me are the reasons I call him family.

In light of Mr Gentile's character and goodness and all the individuals whose lives he has significantly impacted. I respectfully ask for your leniency in his sentencing.

Thank you for your time and consideration.

Sincerely,
Kehinde Adenle

# EXHIBIT A-48

October 31, 2024

Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: United States vs. Gentile, et al. 21-CRO-54 (RPK)

Dear Your Honor,

My name is Maad AlKadhim and I am obtaining a journalism Master's Degree at New York University. I am Saudi Arabian national who has been studying in the United States for the past 10 years. I have known David Gentile and his family for almost a decade. Since I was fourteen years of age, I have been a friend of the Gentile family.  Having heard the outcome of the trial, I feel obliged and honored to have the chance to write about the David that I have grown to know over the past decade and especially over the last several years.

When I was fourteen, my parents registered me at a boarding school in Oregon. In that same school, the two eldest Gentile children were enrolled: James Gentile and Chiara Gentile. During our time living all together at that school, I became best friends with them.  Although it was not until my third year in boarding school that I had the chance to meet David, I ended up having a very warm friendship with David and he became a man I admire and look up to.

I can write an entire book on David Gentile and how kind and generous he has been with me over the years. There are countless moments and times I can recall where David treated me as one of his own children.  He has consistently welcomed me into his home with generosity, hospitality and care.  What is significant about David Gentile during those times, aside from the part where he welcomed me in and treated me as one of his own, is the way he treated me when I was not there.  Let me clarify what I mean by that. Since last August when I moved to NY,   I have spent a majority of my weekends with David's kids and David as well. There have been periods of time where I am not able to get together with his kids or I have travelled outside of the country. Upon my return from those times that I was absent, David has asked about me and how I was doing. He would mention how he noticed my absence and that he missed me. I was always welcomed with a hug, a warm smile, and a friendly greeting. I always feel that David celebrated my achievements every step of the way.

As long as I have known David, he has taken on this role of mentor and has always guided me and given me good "life" advice. During the summer of 2022, I specifically remember a conversation we had that changed my life and motivated me to become a better person in all areas of life. It was his advice that helped me get accepted into New York University's master's

program. David told me to embody the person, the friend, the student, and the employee that I aspire to be. When I went back to school, I applied his advice to my life and now I am in New York, studying journalism, a career I am passionate about. Had I not had him in my life, to guide me, I would not be where I am today and would not be driven to have the purpose I have.

The advice that David gave me, perfectly resembles who David is. David is someone who embodies ethics, values, and hard work. He is someone who will tell you to treat people with kindness and respect and he will be the one who actually applies what he says. That is him, a man of his word. A humble man who does not care what you have to offer, but cares about your values and your person. He is a true role model that I am beyond fortunate to have a friendship with.

My first real interaction with David did not come until December 2018. During that time, I was amid my senior year in High School. Since my family did not live in the States, during school breaks, my family usually met me in the States and we vacationed together. During this one particular break, my Dad was not able to be with me until a few days past Christmas. It was during this time of uncertainty when James asked his father if I can stay with them in NY for a week or so until my Dad is able to be with me. Without hesitation, David welcomed me into his home during the holidays.

During my time with David on that school break, he embraced me as a part of his family and not as a stranger. He was very interested in my life, my family's life and my home country of Saudi Arabia. He joked around with me and even nicknamed me "Mod Squad" after the 70s television show. A nickname I have grown to love. One distinct memory I have from that break is the night before Christmas. Christmas Eve was supposed to be my last night with David's family for that was the arrangement I had with James. Late during that night, while we were returning from New Jersey, one of the kids mentioned something about me leaving that night and David from the driver's seat happily chimed in, "Mod Squad you're staying with us tonight." And so, that Christmas day I was there with David and his family celebrating the holiday. During that break David never asked for anything from me. He said that I will take care of him later on in life.  That generosity and inclusion by David is not a one off or specific to me, but it is the norm and the way he treats all those who become a part of his or his children's circle.

By the summer of 2022, my relationship with David had truly grown. During the pandemic, I fortunately was able to stay with his family in 2020 when school shutdown. As usual, David treated me as one of the family and constantly gave me advice. One instance that comes to mind occurred summer of 2022 when I had stayed with David and his family in Florida. At that time, I got into several upsets with his daughter, Chiara, to a point where she did not want to talk to me anymore. Rather than taking sides, David made jokes of all the reasons his daughter and I were upset with each other. He made it seem so silly that we all started laughing until we realized that there was no reason to be upset with each other. That may seem minor and insignificant but that is the David I know. A very genuine man with a big heart for everyone in his life. It does not matter if you were his blood or not, David was going to respect you and

treat you as a part of his family. He will take care of you and genuinely care about what direction you are heading in life. Always willing to help.

From spending plenty of time with David's family, I know what he means to every member of his family. He is a mentor, a friend, and a generous person to all the people that he surrounds himself with. There is not one occasion where we are all sitting, and David does not give life lessons that navigate and motivate myself and others to success in all aspects of life. David is a man with a lot of experience in this life, socially and professionally and he spends a great deal of time to sharing the wisdom that he acquired through his journey of life with all of those around him.

Your Honor, I pray that you take into consideration all that I have said about David's good character.  I respectfully ask that you consider leniency in his sentencing as David is a respectable man that has helped so many of us and we are all much better for having him in our lives.

Thank you for taking the time to read this letter.


Best regards,

Maad AlKadhim

# EXHIBIT A-49

Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Re: United States v. Gentile, et al. 21-CRO-54 (RPK)

Judge Kovner:

My name is Peter A. Nolfo. I am David Gentile's uncle through marriage. I have known David since he was 5 years old. I have watched him grow from a rambunctious little boy to a loving father and husband and successful entrepreneur.

I am 78 years old and a retired business man. I went to St Francis of Assisi grammar school in Astoria, Queens and Xavier High School in Manhattan. I earned a BBA and MBA from Baruch College. I served in the Army and in Vietnam as a Special Forces Lieutenant from Feb. 1967 until Dec 1969

I worked for the City of New York in the Mayor's Office and Health and Hospitals Corp. for several years after college. I then worked for Brooklyn Union Gas until I moved to New Jersey in 1982. I worked for General Public Utilities until 1995 and after that started a business with my wife Johanna.

For over 50 years I have found David to be an honorable and caring person. Words like integrity and humility fit David to a tee. Each year we celebrate Christmas Eve with the extended family of over 50 people. David is an integral part of the event. He will go out of his way to spend quality time with all family members. Whenever David has the time in the summer, he will invite me to go fishing with him and his sons. He will always go out of his way to make sure that it is a special time to be remembered.

David's children are great kids (not so young anymore) that have adopted values that reflect those of their parents. David and his wife Joanne have done a remarkable job.

It is difficult to imagine the person that I have known for all these years intentionally doing harm to anyone. It is out of character for him and not a reflection of how he lived his life and how he has contributed to the lives of those around him.

Peter A. Nolfo

# EXHIBIT A-50

The Honorable Rachel P. Kovner

United States District Court

225 Cadman Plaza East

Brooklyn, NY 11201

Re: United States v. Gentile, et al. 21-CRO-54 (RPK)

Dear Judge Kovner,

I would like to introduce myself. I am Johanna Gentile Nolfo, David Gentile's Aunt. I was a homemaker for 20 years raising 3 children. My husband and I then opened a business which is now being run by 2 of our children.

David has always been a kind, gentle, outgoing soul who puts the wellbeing of others before himself.

He is generous to a fault. I remember turning 50 years old and having a surprise party planned by my husband. David could not attend but made sure he had the restaurant serve champagne to everyone in my honor and wrote a heartfelt note commemorating my birthday.

I think part of the reason he is this way is because of the environment in which he grew up. My brother Santo and my sister-in-law Josephine raised David in a home with lots of love and family contact. David passed this on to his children. He is always calling his parents (both octogenarians) to find out how they are doing and makes a point of visiting them when he is in town. His parents don't like to drive at night, so if there is a function that will run late, David will often drive them to and from the event. That is the David I know: a caring, honest and hardworking father, husband and son.

This is the David Gentile that has been appearing in your court and who will stand before you again for sentencing.

Please consider what I have told you about David before making your decision.

Thank you for taking the time to read my letter. I hope I have shed a little light on who David Gentile really is.

Thank you,

*Johanna Gentile Nolfo*

Johanna Gentile Nolfo

# EXHIBIT A-51

October 28, 2024

The Honorable Rachel P. Konner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

United States v. Gentile, et al. 21-CRO-54(RPK)

Dear Judge Kovner,

My name is Maria Albino. I met David in 1968 when I was dating his Uncle Sal, who is his mother's brother. He was such a sweet boy and we decided to have him as a ring bearer at our wedding. I have such beautiful memories of Sunday dinners at his grandparent's house when David was there, and he was such a joy and so respectful. When I became a mom, he took on the role of big cousin and always looked after our two girls. Even though his uncle and I got a divorce seven years later, he still remained an important part in their lives. He was very upset by our divorce. Family was/is always very important to David and he felt bad that me and his uncle had split up. Though I did not see him very often during our first few years of our divorce, he was always a recurring and positive presence in my daughters' lives, even more so after the divorce and when they became young adults. He always checked up on them, invited them out for dinner and or out with his friends, always spoke to them about their life's goals and dreams and encouraged them to always be the best version of themselves. He always wanted to make sure that they were good. That was one of his major questions and concerns… He would ask, Are you good? Do you need anything?" When my oldest daughter, Sabrina was first starting out on her own, he offered her jobs at one of his businesses. Again, years later as well while she was transitioning from jobs. He was always there to lend a helping hand in any way possible. He was always keeping in touch with both of my daughter's making sure they had guidance, support and loved. While I can not speak to any of the events at issue, I can tell you, Your Honor, that David is a model husband, father, son, grandson, nephew, cousin and friend. When he became a husband, he was so proud to call Joanne his wife. They have a beautiful, loving and respectful relationship. They passed these qualities on to their loving four children: James, Chiara, Richard and Joseph. David always looked after the entire family- always: grandparents, aunts, uncles, cousins and everyone's friends too. Me and his mother remained very close throughout the years and she would invited me and my new husband to holiday dinners. When the family grew bigger, it became too much for his parents to continue, so David and Joanne took over hosting the family traditional holiday dinner, and, David continues to always included me, and my new husband. David is a caring and loving son to his aging parents and to anyone who knows him. A few years ago, he even invited my husband's brother for a holiday gathering after losing his beloved wife. We were invited as we usually are, but when my sister in law had passed away, we did not want to leave my brother in law alone. So, that year we had to respectfully decline David's invitation. I remember being with my daughter Sabrina when David called her to see why we weren't coming. He was so disappointed. I got on the phone with David to explained to him that we didn't want to leave my brother in law alone on his first Christmas without his wife. David immediately said, "Uncle Eugene is welcome to come too! Please, please bring him! We need everyone to be together! It wouldn't be the same without you two!" I said to myself, "Wow, this is so kind and so generous of him"! His door was always open. He did not want to see anyone alone during the holiday season. This grand gesture of kindness, compassion, care, empathy, sympathy and love is the epitome of who David is!

Please, Judge Kovner, I hope and pray that you can find it in your heart to give David the lowest sentence permitted under the law. He has many family members who rely on him: his aging parents, his beloved wife and his four children, who are just starting their lives. Also, he is the one who keeps the family's holiday traditions going. I just know that my (ex) in laws and his children, would be absolutely devastated if David is removed from their lives especially now.

Respectfully,



# EXHIBIT A-52

October 30, 2024

The Honorable Judge Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

David Gentile is my nephew whom I have known since birth; I am his 90 year old Aunt and cannot fathom anything like this ever happening. He never broke the law or got in any kind of trouble. I am so shocked and surprised he would ever be involved in any wrongdoing at all.

I don't know how many more years God has in store for me on this Earth but the thought of him never being able to visit me again, is terribly heartbreaking. ███████████████████ ████████████████, people have to come visit me.

Moreover, my greatest hope right now is to be able to see my nephew again😢.   With all my heart, I will continue to pray in hopes of leniency for him.

Judge Kovner, God bless and thank you for allowing me to express myself.

Graciously,

Lena Castorino

███████████████

███████████████

███████████

# EXHIBIT A-53

October 27, 2024

The Honorable Rachel P.
Kovner United States District
Court Eastern District of New
York
225 Cadman Plaza East
Brooklyn, NY 11201
United States v. Gentile, et al. 21-CR0-54 (RPK)

Honorable Judge Rachel Kovner,

David Gentile is my first cousin, was the best man at my wedding and has had
the single greatest positive impact on my life, even more of a positive impact than my
own father and mother. David is more than just some distant cousin; he has been an
older brother to me throughout my life, a consistent and reliable advisor. His
commitment to my life and my children's lives has been unwavering.

I grew up in the Midwood section of Brooklyn and was fortunate enough to be
sent to private school by my parents. I graduated high school in 1988 and proceeded to
start working as an electrician, directly upon my graduation. I obtained my electrical
license at the age of 27 and founded the largest non-union residential and repair
electrical company in NYC, Christopher Jon Electrical.

David has been a stable force throughout my life during major adversity. As a
young adult in my 20's, David spent countless hours helping me to navigate past a
difficult relationship with a woman, which in hindsight, would have been a very dark
period of my life had I married her. During the 2008 financial crisis, I found myself
reeling and subsequently numb mentally due to the rapid and tremendous financial
losses. He gave me many hours of advice to formulate a game plan and navigate
through these times and avoid financial bankruptcy.

My experience of David is of generosity, kindness, quick to forgive and an
excellent listener. ███████████████████████████████████████████
███████████████████████████████████ During my divorce, he provided hours of advice while my own
parents had provided zero assistance during this tumultuous time in my life. He is a
deeply spiritual, a committed father to his four children and a loyal friend. He is a
substantial contributor to society, which has great value in my opinion, and is loved and
respected by his friends and family.

Regardless of the sentence imposed, he will continue as a significant contributing
member of society, as this is his nature as a human being. Even a shorter prison
sentence would be a disservice to society, because the world is a better place with
David as an active participating member in it.

In conclusion, Honorable Judge Kovner, I have complete faith your final decision will contain the highest level of compassion and understanding. I hope my testimonial letter has shed light on David as a member of our society and will influence you positively resulting in the minimal sentence for him. Thank you.

Christopher Paccione

# EXHIBIT A-54

*Miltiadis Leptourgos, PE*

---

*Licensed,   Professional   Engineer,   NY   NJ  & Connecticut*

October 23, 2024

**The Honorable Rachel P. Kovner**
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*United States v. Gentile, et al. 21-CR0-54 (RPK)*

Honorable Judge Kovner :

My name is Miltiadis Leptourgos, and I am a licensed Professional Engineer in the states of
New York, New Jersey, and Connecticut. I have been practicing engineering for the last 55 years.
I have a Masters in Structural Engineering and have been employed by various companies in the
design of Military Aircraft, Space vehicles, Commercial and Residential buildings domestically and
abroad.

Additionally, I was a professor of engineering at City College, NYIT and NJIT. Currently, and for
the last 45 years, I have my own engineering company.

I came to know David Gentile sometime in 2012 as he was the accountant for a project that a friend
of mine and I had undertaken to build. I met David Gentile through this common friend of ours.

Currently, and for the past 12 or so years, David Gentile has become a very close friend.

I also met David Gentile's family, his parents, Mr. and Mrs. Gentile, his wife, Joanne and his four
children.

Throughout all these years, I have realized and have come to appreciate David's honesty, sincerity,
and humanity.

David is a very gentle, a very thoughtful and a very kind person. Being and knowing David is a
blessing. He exhumes love, generosity, and kindness. The David, who I know, would never, ever, do
anything knowingly to harm anyone.

Having met David through our mutual friend is one of the most significant times of my life.

I have worked with David as a consultant for him in various matters of construction and
engineering.

I can vouch that David is an honest and honorable person, having respect for others and would never do anything to better himself by harming others.

On several occasions, David and I had lengthy and in-depth philosophical discussions about the meaning of life, about the importance of always helping others, both verbally and monetarily.

We both share the same ideals of respecting all people and being compassionate and supportive.

Having met David through a common friend, all three of us, have collectively donated to missions in Greece, India, Italy and Africa. These missions are for helping poor children and improving their daily lives. We, the three of us, are blessed to have the same ideals and aspirations and being able to help others with no restrictions whatsoever. It all comes from the heart. And David Gentile has a big Beautiful Heart !

I do not know anything about any of the accusations that I have read in the papers or from what I heard about secondhand. It is difficult for me to reconcile that, with the David that I have known these last q12 years.

Hence, Honorable Judge Kovner, whatever your decision may be regarding this matter, I would kindly ask you to be as lenient as possible and administer the lightest penalty that could be possible under the law.

In conclusion, I also want to stress that knowing his family, I have realized the love that exists between himself, his parents, his wife, and his children.

He is an exemplary father, husband, and son.

I, Miltiadis Leptourgos and my three sons that also have known David, regard him as a dear friend and have learned a lot from him by his life's examples.

Thank you for the time that you have spent reading my short letter and I trust that you will be as lenient as the law permits.

Thank you.

Respectfully,

Miltiadis Leptourgos, PE

# EXHIBIT A-55

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Your Honor,

I am Father Mauro Gagliardi, a Catholic priest and professor of theology at two pontifical universities in Rome, Italy. I am writing to you regarding the case United States v. Gentile, et al. 2 l-CR0-54 (RPK), involving Mr. David Gentile. In fact, being in New York last summer, I had the opportunity myself to attend three days of his trial in Brooklyn.

I met David through his parents, Santo and Josephine Gentile. I have been visiting New York State every summer since 2001, and over the years I have befriended several people and families, including Santo and Josephine Gentile. They are the ones who, more than a decade ago, introduced me to their sons David and Ronald. When I come to New York every summer, I visit Santo and Josephine often during my stay, and so I have been able to spend time with David and his family as well.

I would like to share with you my impressions of David's personality. Having had the opportunity to spend time with him, his wife Joanne and their children, and having visited their home, I can say that I have a good knowledge of David and his family, enough to form a well-founded opinion.

I think David is a very kind and friendly person, a caring husband and a father devoted to his children. I have witnessed the love with which he treats his wife Joanne and the deep affection he has for his children. I have also noticed that both Joanne and the children clearly repay this love to the same degree. David and Joanne's family manifests a deep union.

I have also experienced David's generosity on several occasions. For example, many years ago, when I had known David only for a short time, he made a major donation for a project I was working on. Part of my teaching activity is to publish books, and some of them are translated into other languages. At that time, I was doing fundraising to collect what was needed to pay for the German translation of my book *Truth is a Synthesis*. That translation was very expensive, at least by Italian standards. I remember that Santo and his son David gave me the entire sum of 16,000 US dollars, splitting it in half between them. The gesture was really very generous, and I was very grateful to both of them. However, I must say that at that time I had been friends with Santo and Josephine for several years already, while I had only known David for a short time. I was therefore even more amazed at David's generosity in making this large donation (8,000 US dollars) to someone like me, who was (and is) beloved by his parents, but whom he had only known for a short time. In the following years, the book was translated and is currently being prepared for printing in Germany. In the list of acknowledgments that will be printed at the beginning of the book, I have included the names of Santo, Josephine, David and Joanne Gentile for their generosity.

Another occasion when I witnessed David's generosity was very recently, last August 2024, while he was going through the trial in court. While I was in New York, a group of colleagues from Italy planned to come to the city, and I was requested to guide them on a tour of the main attractions. When David heard about it, he offered to invite the whole group to a restaurant at his own expense. I was impressed, not only because of the generosity of offering dinner to a group of people he did not know, but also and especially because in those days David was very much into the trial. I was very surprised that the tension and worries that are normal when facing a trial did not prevent him from making such a generous gesture. Other people, in his place, would have thought only about what was happening to them. David, on the other hand, was also concerned about doing something nice for me, since these people were coming to New York and would be spending time with me. David wanted to contribute to their trip being a good experience.

*Fr. Mauro Gagliardi* ████████████████

I then noticed David's hospitality. When I visited him at his home, he was always very kind to me, and once, he took me for a nice ride in a small boat, together with his wife Joanne, giving me time and attention.

I also remember that, during the summer of 2022, David told me that he had read some books written by a famous rabbi, who commented on the books of the Torah, and he had been so enthused by this reading that he wanted to buy other copies of them as a gift for me. In fact, a few months later, David sent those books to my address in Italy. However, something went wrong with the mail service and the package containing the books returned back to David's house. I remember that he kept them and then delivered them to me in person the following summer 2023, during my usual summer trip to the United States. Here again I was impressed that a businessman who has so many things to do had the care to keep those books and also that he remembered to give them to me in person a year later. All these things reveal, in my opinion, delicacy of spirit and great care for people.

Your Honor, given these qualities of David Gentile, as well as the fact that his family certainly needs his constant and loving presence, I would like to beg you that in your sentence you apply the lowest sentence permitted under the law.

Thank You for your consideration.

Rome, November 21, 2024.

Fr. Mauro Gagliardi

*Fr. Mauro Gagliardi*

# EXHIBIT A-56



# The *Church of Saint Mary*

1300 Northern Boulevard, Manhasset, New York 11030
(516) 627-0385

October 28, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States v. Gentile, et al. 21-cro-54 (RPK)

Dear Your Honor,

My name is Father Rafal Wiktor Borowiejski and I am a Catholic priest, currently assigned to the St. Mary's Parish in Manhasset, NY. I am writing to you on behalf of David Gentile. I have known David since 2017. At that time, I was a seminarian, studying to become a priest at St. Joseph's Seminary in Yonkers, NY. I had the great pleasure of meeting Santo and Josephine Gentile, David's parents, while I was at the seminary. From our initial meeting, I saw that the Gentile family was a loving and caring family. We became good friends almost immediately. In 2020, I was ordained and assigned as a priest at the Church of Our Lady of Victory in Floral Park. I continued to reside at that parish from 2020 through 2023.

I know David in a spiritual way. By that, I mean I know his heart and soul. He is a good, caring human being to his core. David loves all people - I have never heard a negative word from him about anyone or that he dislikes another individual.

As a priest, I recognize him as a loving father to his children, a loving husband to his wife,

a loving son to his parents and a loving brother to Ronald. I have observed him engaged with his parents. David is a devoted son who daily speaks with and cares for his parents. A beautiful and unique relationship that I have the good fortune to be a part of. David is a true man with no evil inside him and

who doesn't want or seek revenge. He is always ready to help people whether he knows them or not as he has helped me several times from the first day I came to the USA as a seminarian and up until now.

During my time in the USA, I have experienced David's generosity and support on multiple occasions. One specific good deed of David for me was while I was assigned to Our Lady of Victory Parish. While there, David helped me with purchasing my first car, in the USA. David was patient with me and assumed full responsibility for the entire process. He always made me feel well taken care of. David embraced me like a dear family member. This act of kindness enabled me to travel to different parishes and homes of various members of my community, as well as visiting with the Gentile family.

Since the inception of my relationship with the Gentile family, I have always been welcomed into their homes. I have spent many family dinners with David, Joanne and their family. I have also had the pleasure of sharing multiple celebrations with them including Thanksgiving , Christmas and Easter where they have hosted over 30 people , including extended family and friends. Consistently, in all my interactions with David, he is always caring and interested in my well being and the work that I do. His commitment to family is exceptional.

In conclusion, it is with utmost respect that I pray  you consider leniency for David when sentencing him. He is a good man and his parents, his wife and his children need him. David's abscence from all of us will be devasting and a great loss. I thank you for your thoughtful consideration.

Sincerely,

Fr. Rafal Wiktor Borowiejski

# EXHIBIT A-57

October 30, 2024

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States vs Gentile, et al. 21-CR0-54 (RPK).

**Dear Judge Kovner,**

My name is Nicholas Gaviria, and I work as a data analyst and broker at an insurance firm. I have had the pleasure of knowing David for a little over a year, having met him shortly after I began dating his daughter, Chiara.

Meeting a partner's parents can be intimidating, but from our very first interaction, David welcomed me wholeheartedly, treating me as though I were part of his family. With each visit to their home, I found myself more and more drawn to his character, inspired by his openness and genuine kindness. David's home is a vibrant, inclusive space, where people from all walks of life gather—an environment that reflects his respect and acceptance of everyone he meets.

One of the things I admire most about David is his work ethic. No matter how much he has on his plate, he always gives his best, fully committed to whatever he undertakes. I've often found him in his office, fully immersed in his work, but he never fails to take a moment to greet me warmly and show genuine interest in my life.

David has become not only a mentor but also a trusted confidant. His willingness to share his insights and support me through life's challenges has been invaluable. One of the most meaningful moments occurred last Thanksgiving. I was grappling with uncertainty in my professional life, and while we were preparing the turkey, I opened up to him about my concerns.

David listened attentively and offered thoughtful advice, mentioning we could dive deeper into the issue soon. True to his word, the very next day, he had arranged dinner for us, where he patiently guided me through a step-by-step plan to navigate my career. His guidance not only broadened my perspective but gave me a newfound confidence to pursue opportunities that once felt out of reach, fundamentally altering the course of my career. Without his generosity and unselfishness, I wouldn't have the clarity or self-assurance I carry with me today.

In this short time, David has become an indispensable part of my life. His selflessness, attention to detail, and unwavering support have not only enriched my relationship with Chiara but have also positively influenced my own journey. He is a man who puts others first, consistently going above and beyond to ensure the well-being of those he cares about.

Thank you for considering this perspective on David's character. I hope it conveys just how much he means to all of us who know him. I respectfully ask that Your Honor consider the most lenient sentence permitted under the law. I believe that this approach would best allow David to continue being a positive force for his family, friends, and community—roles in which he is deeply valued and irreplaceable.

**Respectfully,**

Nicholas Gaviria

# EXHIBIT A-58

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Gentile, et al. 21-CR0-54 (RPK)

October 29, 2024

Dear Judge Kovner,

My name is Ethan Suplee. I think of myself as a father and husband first, but for 30
years my occupation has been that of an actor. I began my career on a television show
called Boy Meets World in 1994, went on to do movies and television, some titles
include: Remember the Titans, American History X, Cold Mountain, Babylon, My Name
Is Earl... I currently have a show on Amazon Prime called The Pradeeps of Pittsburgh.
Over the course of my career, I lost 250+ pounds, and have become an advocate for
those who struggle with their weight. I have been doing a podcast since 2020 called
American Glutton, with over 300 episodes of conversations with people on subjects like
body positivity, health, mindset, and the wellness industry. My intent is to help those
struggling in this area.

I came to know David Gentile in 2017 because our children attended the same school. I
knew I liked David the very first moment I met him. His openness and caring was
immediately evident, but beyond that I came to understand how deeply he wanted to
help people. I learned and saw that he kept his car stocked with books on ranging
subjects and whenever he encountered someone in need of help, he had the right book
on that subject to offer them. Whether its personal goals, work, or relationships, he
personally wanted to see people succeed and help them actually do so.

For my entire life as an actor, I have outsourced the business positions involved in my career. I have an agent, manager, lawyer, and accountant to deal with the tedium of business. I exist joyfully in the creative side of it. Having begun my career as a teenager with little education, no high school diploma (I did get a GED), I was lost in regards to the business side of starting a venture on my own in podcasting. David was generous with is time to discuss and answer business questions I had. Also, having had no real formal education of my own, the education of my children has been one of my biggest goals. David's involvement with and dedication to our children's school was not only an example that inspired me to do better, it has been nothing short of incredible.

We have spent a lot of time with David and his family, watching him interact with his wife and kids, with my family, with all those around him. I think of him as one of the kindest people I know. My daughter has stayed with his family in New York and Florida, and his daughter came and stayed with us when we lived in Los Angeles.

While I cannot speak to any of the events at issue in David's case, having known David for 7 years, I can tell Your Honor, that David is a model husband and father, a loyal friend, and someone whom I trust without hesitation, regardless of the present circumstances.

I feel certain that time away from his family, and society at large would be our loss, so I am writing to you to voice my humble request and support of you imposing the most lenient sentence the Court deems appropriate.

Sincerely,

Ethan Suplee

# EXHIBIT A-59

Docusign Envelope ID: 3E289AD6-DB9B-4D68-99FA-81B49A38AF0C

October 25th, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States v. Gentile, et al. 21-CR0-54 (RPK)

Dear Judge Kovner,

My name is Gary Yip, I am a close friend of David Gentile.  I have known David for the last 15+ years.  I was introduced to David by a mutual friend.  I have been in the hospitality business for many years and David has also been an investor in a number of different hospitality establishments.  Our mutual connection thought it would be prudent to introduce us.

My introduction to David was under no specific circumstances of any business deal or financial gain for either of us.  David, being further along in his career, immediately took an interest in who I was as a person and offered any guiding advice I needed along my journey.  We connected some time after that via phone.  David spent about 3 hours asking me questions with the purpose of getting to know me.  He was interested in my character, who I was, my background, my family heritage, and the values in which I live by.  On this call, David shared with me some of his life and business experiences that he draws from that show his own character.  He showed me that he is very kind and generous with his time.  He did this without any expectation of receiving anything in return.

After some time, David and I began to talk more frequently and we looked at a number of business ventures together in the hospitality space.  I often think back to our original conversation and at first I wondered why someone would be so kind to me without any expectation of something in return.  I later realized that David is a man of principles with a strong moral compass.  He cared about the kind of person I was, and he cared that he could have a positive impact on my life.  He showed me that giving to the world, in this case me, the kindness and respect that everyone deserves, was, in fact, what he expected in return.  And his approach of "treat others as you want to be treated" rang true in David's words and actions.

Some time later, I was faced with some challenges in business where I found myself exiting a long standing partnership.  It got ugly very quickly.  Again, when I needed him, David was right there to give me advice on how to handle the situation and remind me that I was supported by him.  It is this kind of unwavering kindness and support of each other that the world needs.

While I cannot speak to any of the events at issue in David's case, having known David for the last 15 years, I can tell you that David is an amazing person both inside and out.  He is a loving

father, husband, and a loyal friend to anyone that needs it.  He is someone I whole-heartedly trust without hesitation, regardless of the present circumstances.

Please consider my thoughts and comments on David, and I ask that the court impose the lowest sentence permitted under law.

Regards,

DocuSigned by:

*Gary Yip*

87AEC23C77ED477...

Gary Yip

# EXHIBIT A-60

November 1, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Gentile, et al.**
**21-CR-54 (RPK)**

Dear Judge, Kovner,

My name is Kosmas Aronis, and I am writing on behalf of David Gentile, a defendant in a trial over which you recently presided. I have had the privilege of knowing David Gentile in various capacities over the past 20 years—as his client, then as a friend, and later as his employee. Each stage of our relationship has revealed David's strong moral character, commitment to others, and dedication to integrity.

When I first met David as a client, I was dealing with a particularly complex issue that required a skilled and knowledgeable professional. David not only provided a clear, well-reasoned solution but also took the time to ensure I fully understood each step of the process. I distinctly remember his patience and thoroughness during our meetings, as well as his willingness to go beyond what was expected to help me achieve the best outcome. His professionalism and respect for everyone he worked with left an impression on me. This initial experience laid the foundation for a long-term friendship built on mutual trust and respect.

As our professional relationship transitioned into a personal friendship, I came to know David as a caring and compassionate individual. I recall one instance when I was navigating a particularly challenging time in my personal life. David offered not just kind words but practical support—connecting me with resources and regularly checking in to see how I was doing. He consistently showed empathy toward those around him and was the type of friend who could always be relied upon for honest advice and unwavering support.

Later, I had the opportunity to work for David and this experience allowed me to witness his qualities as a leader and mentor firsthand. David created a work environment that was both positive and empowering. He often encouraged employees to voice their ideas and provided opportunities for personal and professional growth.

I am aware of the seriousness of the situation before the court and the tough decisions that must be made. While I cannot speak to the events at issue in David's case, I can say with certainty that over the past 20 years, David has been a model husband and father, a loyal friend, and someone I trust without hesitation. His actions have positively influenced my life and the lives of others.

Thank you for considering my words as you evaluate David's case. I hope my account of his character and our relationship conveys the depth of his positive contributions, and I respectfully ask that you impose the lowest appropriate sentence.

Respectfully,

Kosmas Aronis

# EXHIBIT A-61

October 31, 2024

Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Kovner,

My name is Maria Scaccia, and I am writing on behalf of David C Gentile.

I have known David and his family since 1995, when I was hired as a staff accountant for the accounting firm Gentile & Pismeny, LLP. While at the accounting firm, I was able to see firsthand the level of professionalism and integrity that David had for both his clients and employees. He always displayed a real concern and was always available regardless of the odd hours. He invested in people and treated them like family. David would take the time to get to know you and showed interest in learning about their families and outside interests.

Throughout my time working with him, I have seen him support those in need. One specific example was when an employee was going through a very difficult financial time, David was able to assist by providing his professional experience as an accountant. His desire to truly help prevented that person from losing their home. He also understood that good people could fall on hard times and may need a hand.                                                     •

I believe that David is a person of integrity who deeply values honesty and responsibility. He's a strong family man and cares for others. I hope that my perspective provides insight into his character. While I understand the severity of his actions, I also hope my words reveal that David is more than his mistake and is provided a chance to rebuild his life.

Thank you for your consideration in reading this letter and taking the time to learn a little bit more about David.

Sincerely,

Maria Scaccia

# EXHIBIT A-62



The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Gentile, et al. 21-CR0-54 (RPK)**

November 24, 2024

Dear Judge Kovner,

My name is Jarred Gentile, and I am the nephew of David Gentile, through his brother. Considering recent events, I feel compelled to share my thoughts regarding the profound role my uncle has played in my life and within our family.

My Uncle David is deeply loved and respected by all who know him. His willingness to engage in thoughtful conversation with family members—whether it be with his own children, their friends, or myself—has always been one of his most valued qualities to me. As his nephew, I am saddened by the possibility of no longer having him present at family gatherings or holiday celebrations. The question, "Where is David?" is one that inevitably will arise in his absence.

The connection we share as family members is something I feel strongly about, and I believe it is important to acknowledge that the absence of my uncle would leave a significant void in our lives. He brings a unique and well-rounded perspective to our family discussions, one that is invaluable. While, like any family, we may have different opinions on certain matters, Uncle David's wisdom and experience have consistently been a guiding force. He has always been there to help us navigate complex issues, ensuring that dialogue remains open and constructive.

One instance stands out in my memory. During the Christmas of 2023, I was facing ▮▮▮▮ ▮▮▮▮▮▮▮▮ and a sense of confusion about my career path. During this turmoil, Uncle David was there to offer his support and guidance. We spent several hours conversing, exchanging thoughts about his own experiences and mine, to find common ground and a way forward. While the specifics of our conversation remain private, I can say with certainty that it was a deeply emotional and meaningful exchange, one in which both of us shed tears.

This moment is not an isolated incident. My uncle has consistently been a pillar of support for me and many others in our family. His influence extends beyond mere advice; it is the steady, reassuring presence that many of us rely on in times of difficulty.

I urge you to consider the true character of David Gentile and the immeasurable value he brings to his family and friends when deciding his sentence. His absence would undoubtedly create a gap that would be deeply felt by all of us. We are fortunate to have such a strong, supportive figure in our lives, and I sincerely hope that his role in our family is fully appreciated.

I hope I have helped shed some light on who David is from his nephew's perspective and his importance to me and everyone he has positively touched, especially the younger generation. His absence from the family would be devastating to me, my brother Justin (26 yo), and my cousins Joseph (18), Richard (21), Chiara (23), and James (24).

Thank you very much for your time and attention in reading this letter and in your consideration of leniency for my uncle.

Sincerely,
Jarred Gentile (23 y.o.)

# EXHIBIT A-63

January 10, 2025

The Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

RE: United States v. Gentile, et al. 21-CR0-54 (RPK) Request for Leniency

Dear Judge Kovner:

I am writing this letter in support of David Gentile, and to kindly request the utmost leniency in his case. I have known Dave for over a decade, and I can say that he is an incredible human being that has helped hundreds, and perhaps thousands of people, through his leadership, straightforwardness, compassion and vigorous pursuit of excellence.

Dave has been a friend and colleague in the complex world of finance, and I have always known him to be a hard worker, generous in all respects and completely fair with those he socializes and works with. He is a terrific father and husband, a sportsman, and he is very much the type of person that you want to be around because of his engaging personality.

When Dave and I would have lunch at his local diner, you could see the manager and server's eyes light up as he called them by name and asked about their families. In a social setting, Dave would participate thoroughly, although he always listened to others' opinions and was never the center of attention. This humility combined with his love of life endeared Dave to me and many, many people in the New York financial community.

Dave is a true leader and visionary and I would very much appreciate any chance you could give him. I believe he has much to offer the world. It will certainly be a better place with the many contributions that Dave Gentile can make if you will see it in your heart to consider leniency.

Thank you so much.

Sincerely,

Lex Heslin

CEO, ENSO Infrastructure

# EXHIBIT A-64

**Helga Gentile, DDS**

███████

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Gentile, et al. 21-CR0-54 (RPK)**

December 5, 2024

Dear Judge Kovner,

My name is Helga Gentile, and I am David Gentile's sister-in-law. I am a 56-year-old pediatric dentist, married to Ronald Gentile, MD (David's only sibling), for over 30 years. Together, we have two sons-Justin, who is 26 years old, and Jarred, who is 23 years old.
I have known David for more than three decades. When I first met him, we were all in our early 20s, and I was dating his brother, Ronald. Our families often came together for large gatherings, including many birthday parties and holiday celebrations. Even then, David stood out as a warm, friendly, kind, and welcoming person-always quick with a joke and ready to make others feel at ease.

One particularly memorable experience occurred in 1998 when David came to Michigan to help Ron and me move back to New York. At the time, I was eight months pregnant, and Ron was busy working as a retina fellow at the Detroit Medical Center. We had rented a U-Haul truck, but our packing was moving much slower than expected. David, without hesitation, took charge and worked tirelessly to help us get on the road. Not only did he help us with the move, but we also had a lot of fun during the process-cooking homemade meals together, laughing, and sharing stories along the way.
As the years passed, David and his wife, Joanne, and Ron and I all started our families in the late '90s. Our children were born very close in age, and Justin and Jarred (our sons) grew up alongside David and Joanne's children-James (25 yo), Chiara (24), Richard (21), and Joseph (19). The cousins have always been very close, and the bond between them remains strong today.

In the summertime, we often spent time together and David's fishing trips became a cherished tradition. Afterward, we would gather for barbecues, swimming,

and more laughter. David is an expert fisherman and an excellent cook, known for his ability to grill the perfect meal. He has always been a gracious host, making sure everyone feels comfortable and included.

David is not only a wonderful friend but also a devoted father, son, husband, brother, brother-in-law, and uncle. He has always been there for his four beautiful children, providing them with love, guidance, and support. His relationship with his parents, Josephine and Santo Gentile-who are now in their 80s-is particularly special. They live in the same town as David and look forward to his frequent visits, cherishing the time they spend with him. David is the type of person who would help anyone in need without being asked, and he would do so with a smile on his face. He is a genuinely kind and compassionate individual, someone who makes the world around him better simply by being in it.

Thank you for your time and attention to this letter. It is with great respect that I offer my support for David during this difficult time. He is a man of good character and integrity and hope you can have some consideration of leniency for my brother-in-law, David.

Sincerely,

Helga Gentile

# EXHIBIT A-65

United States v. Gentile, et al. 21-CR0-54 (RPK)

October 31, 2024

 The Honorable Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Kovner,

My name is Joella Paccione, and I am a cousin of the defendant, David Gentile. I currently study at St. John's University and have recently obtained an internship to work in New York City this summer at a consulting firm. I am writing to you to humbly ask you for leniency regarding David's sentencing and to grant him the lowest appropriate sentence.

Growing up, David has been like a second father to me. When I was younger, we would see each other often as he and my own dad were practically brothers. Filled with wisdom, he always passed on his sage advice to me, and to my young ears it felt like he had all the knowledge in the world. In our conversations, he has taught me everything from moral conduct to professional advice. Although I did not grow up under his parentage, I can certainly speak to the disposition of my cousins, David's children. Under his tutelage, my cousins are intelligent, well-spoken, charming, charismatic and generous. Their character demonstrates mindful and thoughtful parenting, conveying the strong influence of their father in their lives in bringing them up to be strong, considerate and impactful human beings.

David Gentile's approach to parenting greatly influenced my own father. Since David had children before my father, and given their close personal relationship, my dad drew inspiration from his dear cousin. He has gracefully walked the fine line of fatherhood as evident in his wonderful children and wise words.

Thank you for your consideration, Your Honor.

Sincerely,

Joella Paccione

# EXHIBIT A-66

October 31, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Gentile, et al
21-CRO-54 (RPK)

Dear Judge Kovner,

I am David Gentile's aunt. I've seen David
grow up from the time he was born.

David has always been outgoing and valued
and continues to value his friendships and family.
Every year he invites his whole extended family
to his house for the Christmas holidays and
enjoys doing some of the cooking as well.
When I was going through a difficult divorce
almost 15 years ago, David invited me to come
work for him at the CPA firm he was with
which really helped me at such a difficult
time in my life. I felt very accepted at work.
It helped boost my confidence to learn new
skills and tasks.

David is a very loving, caring and generous person
who would not hesitate to help anyone if he
saw they needed help or asked for help.
Please consider imposing the most lenient
sentence the Court considers to be appropriate.
Sincerely, Lucy Pacione

# EXHIBIT A-67

October 30, 2024

Re: United States v. Gentile, et al. 21-CR0-54 (RPK)

Dear Your Honor,

 I am fortunate enough to be a first cousin of David Gentile.  Over the past 40 years of our large Italian Family get togethers, I've had the pleasure of spending quality time with David multiple times a year.

Specifically, our annual Sicilian Christmas Eve – Feast of the Seven Fishes – is the main event where we catch up. Each year, our 50+ family members gather for a special few hours together. Filled with tradition, love, and frankly, a lot of loud talkers, my time spent with David is calm and special. He is so "present" and engaged during our interactions. His love of family and our traditions are so apparent.  Each year I only look forward to spending time with a handful of family members. David is one of them.  Passionate, optimistic, and loyal are the main descriptors that come to mind.

When I heard of David's charges, trial, and verdict, I was simply sad. David is someone who brings so much brightness to the world and it is disappointing to think that this quality may not be shared with us all moving forward. He is truly a force – such a positive force – that I feel so grateful to have as a part of my life.  While I cannot speak to any of the events at issue in David's case, having known David for my entire life, I can tell Your Honor that David is someone I will continue to trust regardless of the present circumstances.

I hope the most lenient sentence the Court considers to be appropriate is considered.

Thank you for your time,

Christina N. Barile

# EXHIBIT A-68



October 28, 2024

The Honorable R.P. Korner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

United States vs Gentile et al
21-CRD-54 (RPK)

Dear Judge Korner,
I have known David Gentile for close to 30 years, as he
is my husband's nephew. In those years I have known David's
commitment to his family and friends, any one of whom he would
rush to help in any way possible. I have witnessed his generosity
of time and energy to people and causes he has committed to. I
believe David takes pride in helping other people. Helping
others before self is a key feature of his ethos, and anyone
who knows David Gentile has seen this quality in him time
and time again.
David is a devoted and loving husband, father, and son, and
regularly stays in touch with aunts, uncles, and cousins. David and his
wife and children host the entire family of 40 or more people at holiday
celebrations with generous hospitality. One Christmas my husband and I
had friends in from out of state, and David told us to include our
friends in the holiday family party. When our friends arrived at David's
house, they were met at the door by David's offspring who immediately
introduced themselves in turn as they opened the door, wishing our friends
a Merry Christmas! my name is _____, hugging our friends. The children
reflect their parents' generous and welcoming nature. Our friends were
so impressed with David and his wife's parenting that they still speak
warmly of that holiday visit.
My husband likes to tell the story of moving when unexpectedly
David showed up with two other friends to help him move. This is
so typical of David's nature, always reaching out to help others.
I beseech you to hand down the most lenient sentence
possible to David, the son we never had.

Yours truly, and with great respect,
Nancy Rogran, D.P.M.

# EXHIBIT A-69

October 31, 2024

The Honorable Judge Rachel P. Kovner

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Kovner,

My name is Karen Cono and with the highest respect and honor, I kindly plead leniency consideration for my first cousin, David Gentile.

My Mom and David's Dad are siblings and throughout our childhood, we gathered at family functions, parties & holidays.

All my life, I have known David to be a very smart, adventurous, hardworking and generous individual.  He always tried so hard to please everyone with his constant kindness and helping hand.

I do believe from the bottom of my heart that these accusations simply do not match David's personality and work ethic.  The David I know never did anything wrong in his entire life yet only tried to help everyone and anyone he knew.

Your Honor, please accept my sincerest gratitude in advance for taking the time to read this and for your kind consideration.

Truly,

Karen Cono

████████████

████████████████

██████████

# EXHIBIT A-70

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Kovner,

The purpose of my letter is in regard to the upcoming sentencing hearing for David Gentile. I am
Julien Debusschere, and I have been friends with the Gentile family for about 3 years now. I
became friends with one of David's sons and as we became better friends, I was around their
family very often. Hearing this drove me to write this letter about the man David is and how he
has been a great role model to me.

David has always been welcoming and makes it a point to go spend time with the whole family
every time I am in town. This is something I have always admired. I grew up with no father
figure in my life and I never knew what a good father and husband looked like. Being around
David showed me that. Since the minute I met David and started to spend time with him and his
family, I have looked up to him as a man and admired the man he is. I will never forget the first
family dinner I went to with them. It was in New York for his wife's birthday dinner. There were
around 12 of us and it was all family. He got everyone to stand and talk about Joanne and what
their experience was like with her. I have never done something like that before, it was new.
Hearing the amount of care and love he had for his wife just showed me how good of a person
David is. Being a part of this was amazing and this is something that I will do with my family
one day. I truly do admire David for the man and human being he is.

While I have only known David for 3 years, he has shown me something nobody else could.
That is how to be a good man, father, and husband. Whether it was talking briefly while making
coffee, having a meal together, or even just stepping into his office and talking for a second,
David has always shown me something new and made me a better human being.

While I cannot speak for the events at issue in David's case, I can assure you that he has been
nothing short of a model man. I ask that you consider the lowest appropriate sentence.

Sincerely,

Julien Debusschere

# EXHIBIT A-71

30 Oct, 2024

Dear Your Honor,

My name is ███████ ████████ I am 10 years old and David Gentile is my friend.

We call each other „Big David" and „Little David." He is an amazing person. and I consider him as one of my biggest friends.

He inspired me to be hard working, study math, and always gives me great advice about life. He is honest, generous and loves to help people He is also very funny and is a great Daddy to his kids, that I love so much! I very much look up to him and he is my true friend that I can trust.

With Respect,



# EXHIBIT A-72

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States v. Gentile, et al. 21-CR0-54 (RPK)

Your honor,

Thank you for the time you're taking to review my letter about David.  A brief background on myself; my name is Jim Warrick, I'm 41 years old, employed in the energy industry for the past 20 years, have been married for 16 years and have 3 children.  I was introduced to David about two and a half years ago through a mutual close friend.

I know Joanne, David's wife, well as well as his children and have spent time with him and his family at their home in Manhasset.  At the time David and I met, I had no knowledge whatsoever of his legal issues and it wasn't until approximately six months after getting to know and becoming closer to him that he one day explained the complex legal situation he was facing.  When David explained to me the legal challenges he was faced with, the only word I can find to describe my reaction to this was disbelief. The David I know is a loving and caring father, husband, son and an individual that I consider to be highly respected in his community and someone that people go for advice and assistance when in need, and continue to do so today.  And I can see why, because I myself view him as a mentor and someone who would do anything to help to the best of his ability with any situation.

I'm not fully acclimated with all of the details of David's case as I was not present for the trial. However, one thing I can assure you of is that there are many people that rely on and depend on David and the idea of him potentially being removed from so many peoples lives for any period of time would not feel just. So I would urge you to please look closely at the character of the man before you and  humbly request that the utmost leniency be applied within the guides of the law. Thank you for your consideration in this matter.

Sincerely,

James Warrick

Date: 12/04/2024

# EXHIBIT A-73

*Carol Clarizio*



November 15, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: DAVID GENTILE

Dear Your Honor,

Thank you for taking the time to read my letter. My name is Carol Clarizio. I was born in Brooklyn and raised in Queens, married the boy next door and have four children and three grandchildren. I have no formal education but can say I've been educated by the school of hard knocks. It was there that I learned about the character of people. If you observe people, life can be quite interesting and you can learn a lot. I am sure you have observed much and I respect the responsibility that you carry.

I first met David about twelve years ago when a friend recommended him to be our accountant. From the first time we met, he spoke about wanting to help people. He was telling my husband and I about how he would do this and contribute to social betterment campaigns for education, drug education and other passions for making a better world. He even said in that conversation that he was going to start a new business venture so that he can make more money and help more people. Through the years, our families became close and I learned to know and understand David better. David is very generous, loves to help, he loves his family and he loves his friends. David would not hesitate to help a friend (or even a stranger) in need. In return, he is very loved by his family and friends.

I do not know the circumstances of David's conviction nor do I have a degree in law or would I argue your decision. However, I plea that his character, and his worth to society weighs in when you make your decision.

Sincerely,

Carol Clarizio

# EXHIBIT A-74

November 1, 2024

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Your Honor,

My name is Vasilis Myrianthopoulos, I am 23 years old, and I have known David Gentile since I was a baby. I came to know David as my father was always a close friend and coworker with David. My memories with David and his family go as far back as I can remember. I am close with all his kids and I consider them family. He has always been a positive figure in my life, always offering me support and being kind to me and my family. I have countless memories with them and I think it would be close to impossible to recall any bad experiences with them. From many fishing and ski trips with them to mountain biking on the weekends or just getting together for dinner. I consider my own father to be exemplary at his role as a parent and it's also something I know to be true in David's case. I have seen first hand how kindhearted and supportive he is to his family and it's evidence as to why our families have been so close over the years.

It pains my family and I to know that he and his family are going through a rough time and I hope this letter can help in any way to impose the most lenient sentence the Court considers to be appropriate.

Sincerely,

Vasilis Myrianthopoulos

# EXHIBIT A-75

November 30, 2024

Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States vs. Gentile, et al. 21-CRO-54 (RPK)

Dear Judge Kovner,

My name is Kirill Maslov, and I am 20 years old. I've known the Gentile family for several years and have developed a close friendship with their oldest son, James. I initially met James while participating in a church activity together. Spending time with the Gentiles has left a lasting impression on me. Their family values, sense of responsibility, and ethical principles stand out in a way I haven't often encountered. They are people I trust deeply, and they have always been there to offer support when I've needed it most.

I've had the privilege of spending time with David on several occasions. He is deeply dedicated to his family, and I've been impressed by his efforts to instill responsibility and strong values in his children. He takes time to educate them thoughtfully and lead by example. From my interactions with David, I know him to be a caring, responsible person who genuinely wants the best for those around him.

David has always struck me as someone who approaches challenges with integrity and determination. Based on my experiences with him, I believe he would take every opportunity to address and make amends for any situation where he feels something has gone wrong. His commitment to doing what is right has always been evident to me, and I have no doubt in his sincerity and dedication to his principles.

I respectfully ask the Court to consider imposing the most lenient sentence it deems appropriate. I believe that David's character, his positive influence on those around him, and his willingness to take responsibility speak volumes about the person he is.

Sincerely,

Kirill Maslov