

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/NMA/KM
F. #2018R01064

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 6, 2025

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. David Gentile, et al.
                 Criminal Docket No. 21-54 (RPK)

Dear Judge Kovner:

        The government writes in accordance with the Court's March 20, 2025 order directing the government to provide a list of victims that it anticipates will speak at sentencing in the above-captioned matter. See Mar. 20, 2025 Min. Entry. To date, the government has received notice that the following victims would like to be heard at sentencing on May 9, 2025:[1]

- ▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮

---

[1] For the reasons set in its March 20, 2025 letter, the government respectfully requests permission to redact the names of victims and any identifying information contained in this letter. See ECF Dkt. No. 554.

       These victims have indicated that they wish to speak remotely using the dial-in information previously set by the Court. The government will promptly notify the Court of any changes to this list.

                                              Respectfully submitted,

                                              JOSEPH NOCELLA, JR.
                                              United States Attorney

By:        /s/
                                              Jessica K. Weigel
                                              Nicholas M. Axelrod
                                              Kate Mathews
                                              Assistant U.S. Attorneys
                                              (718) 254-7000