# EXHIBIT A

# Flow of Specified GPB Entity Funds to and From Jeffry Schneider
# December 2015 to December 2018




**Note:**
Banking Records (GX 3061, 3065 to 3068, 3086 to 3099, 3074-A, JPMC X3807, JPMC X5072, Wells Fargo X6386, Signature X8242, and JPMC X8838).
[1] Per the banking records (GX 3087 to 3099) sending entities include: GPB Automotive Portfolio LP, GPB Holdings LP, and GPB Holdings II LP.

# Flow of Specified GPB Entity Funds to and From David Gentile
# March 2015 to December 2018




**Total to Gentile:**
**$21,280,389/$15,581,317**

**Note:**
Banking Records (GX 3012, 3014, 3022, 3061, 3067, 3068, and 3087 to 3099).
[1] Per the banking records (GX 3087 to 3099) sending entities include: GPB Automotive Portfolio LP, GPB Holdings LP, and GPB Holdings II LP.
[2] AAS receives an additional $29,606,684 between 07/19/16 and 12/28/18. $21,028,192 from Phoenix American, $2,959,240 from Virtus-related entities, and $5,619,252 from other entities.
[3] Ascendant Alternative Strategies sends $194,254 to GPB Capital Holdings, $0 to GPB Holdings II, and $0 to GPB Automotive Portfolio.
[4] $1,900,000 payment to GPB Automotive Portfolio on 03/22/18 and $8,000 payment to GPB Holdings II on 04/25/17.