

U.S. Department of Justice

United States Attorney
Eastern District of New York

JKW/NMA
F. #2018R01064

271 Cadman Plaza East
Brooklyn, New York 11201

August 4, 2025

By ECF

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
Brooklyn, New York 11201

    Re: United States v. Gentile, et al.
       Criminal Docket No. 21-54 (RPK)

Dear Judge Kovner:

  The government respectfully submits this letter in response to the defendant David Gentile's August 3, 2025 letter advising the Court that he no longer intends to call Marti P. Murray as a witness at tomorrow's forfeiture hearing. See ECF Dkt. No. 636. Gentile further indicates in his letter that he believes the "government's pending motion to preclude Ms. Murray is moot." Id. After receiving Gentile's letter, the government asked defense counsel whether they intend to rely on Ms. Murray's conclusions or report. Defense counsel responded: "We do not intend to rely on Ms. Murray's conclusion, and we do not currently anticipate using the underlying evidence we submitted, though we reserve the right to do so and that may depend on the government's arguments." Because the defendant continues to "reserve the right" to present Ms. Murray's conclusion and report seemingly without cross-examination, the government does not believe its motion to preclude (ECF Dkt. No. 634) is moot.

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

       By: /s/
          Jessica K. Weigel
          Nick M. Axelrod
          Assistant U.S. Attorneys
          (718) 254-7000

Cc: Clerk of the Court (RPK) (by ECF)
   Defense Counsel (by ECF)