# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

October 31, 2025

**BY ECF**

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *United States v. Gentile, et al.*,
     21 Cr. 054 (RPK)(PK)

Dear Judge Kovner:

  Defendant David Gentile writes to respectfully request a modification of his surrender date to a date 28 days after the Court issues a ruling on Mr. Gentile's pending motion for bail pending appeal, Dkt. No. 625. Mindful of the timing of the instant request,[1] Mr. Gentile must seek relief in light of the circumstances set forth below, including the effects of the government shut-down, in order to allow sufficient time for the Parties to obtain rulings and (if necessary) seek to appeal therefrom *before* Mr. Gentile's self-surrender date, which at present is set to occur in two weeks, on November 14, 2025.

  Briefly, following the Defendants' convictions, this Court sentenced Mr. Gentile to 7 years' imprisonment, *see* Dkt. No. 596, and ordered Mr. Gentile to surrender to the Bureau of Prisons on a date certain. Mr. Gentile filed his Notice of Appeal on May 27, 2025. Dkt. No. 605. The Court later modified Mr. Gentile's self-surrender date to allow Mr. Gentile time to address certain medical issues. *See* July 31, 2025 Minute Order.

---

[1] On July 24, 2025, the Court ordered that Mr. Gentile must provide any new basis for seeking to move his surrender date no later than July 30, 2025. July 24, 2025 Minute Order. As set forth in this letter, however, the circumstances giving rise to the current request could not have been foreseen on or before July 30, 2025.

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Hon. Rachel P. Kovner, U.S.D.J.
October 31, 2025
Page 2

Against that backdrop, several issues were submitted to the Court, including (1) forfeiture, *see* Aug. 5, 2025 Hr'g; (2) restitution, *see* Dkt. No. 643; and (3) the Defendants' motion for bail pending appeal, *see* Dkt. No. 625. In light of the open questions regarding forfeiture and restitution, the Parties moved to stay the appeal in the Second Circuit, which the Appellate Court granted. *See* Order, *United States v. Gentile*, No. 25-1370 (2d Cir. June 10, 2025), Dkt. No. 19.1. This Court also set Mr. Gentile's current surrender date to November 14, 2025. *See* Aug. 5, 2025 Hr'g Tr. at 201.

On October 1, 2025, the United States government shut down. As of the filing of this letter, that shutdown remains ongoing. As a result, the U.S. District Court for the Eastern District of New York and many other federally funded institutions have had to prioritize mission-critical work while suffering serious staffing shortages and confronting a number of resource challenges. These restrictions on the Court's resources may impact the timing of the Court's ability to address the open issues identified above—including, in particular, Mr. Gentile's motion for bail pending appeal.

Thus, Mr. Gentile makes the instant motion for the sole purpose of ensuring that, before he surrenders to the custody of the Bureau of Prisons, the Court has sufficient time to consider and to rule on the motion for bail pending appeal, and—in the event of an adverse decision—Mr. Gentile has a meaningful opportunity to seek appellate review prior to his reporting date. An adjournment of the self-surrender date until 28 days after the Court's decision will allow the Court adequate time to fully consider the critical issues, allow Mr. Gentile to remain on bail pending that decision, and provide Mr. Gentile time to seek appropriate relief if the Court denies the motion for bail pending appeal.

The undersigned has conferred with the Government, who indicated the Government will oppose this request.

Accordingly, in light of Mr. Gentile's pending motion for bail pending appeal, he respectfully requests that the Court modify his surrender date to 28 days after the Court's decision on that motion.

Respectfully submitted,

*/s/ Adriana Riviere-Badell*
Adriana Riviere-Badell (admitted *pro hac vice*)

*Counsel for Defendant David Gentile*

cc: All counsel of record (by ECF)