# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

November 21, 2025

**BY ECF**

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Gentile, et al.*,
               21 Cr. 054 (RPK)(PK)

Dear Judge Kovner:

      Defendant David Gentile writes to respectfully request that the Court release the bond securing his pre- and post-trial release and order the release of his passport to his wife Joanne Gentile.

      Mr. Gentile surrendered to the Bureau of Prisons on November 14, 2025. Prior to Mr. Gentile's surrender, this Court granted pre- and post-trial release secured by a bond that the Court increased to $5 million following Mr. Gentile's sentencing. *See* Dkt. No. 13; Dkt. No. 601. Mr. Gentile also surrendered his passport to the Pretrial Services Agency as a condition of release.

      In light of Mr. Gentile's surrender, he respectfully moves for an order that releases the bond that secured his pre- and post-trial release and directs the Pretrial Services Agency to release and return his passport to Joanne Gentile. The Government and Probation take no position on the motion.

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Hon. Rachel P. Kovner, U.S.D.J.
November 21, 2025
Page 2

Respectfully submitted,

*/s/ Adriana Riviere-Badell*
Adriana Riviere-Badell (admitted *pro hac vice*)

*Counsel for Defendant David Gentile*

cc: All counsel of record (by ECF)