**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL:JKW/NMA
F. #2018R01064

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 16, 2025

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. David Gentile
Criminal Docket No. 21-54 (RPK)

Dear Judge Kovner:

The government writes in response to the Court's December 2, 2025 order directing the parties to submit letters stating "whether they believe the executive grant of clemency terminates the open forfeiture motion and the need for any further proceedings regarding Mr. Gentile." The government submits that the executive grant of clemency received by the defendant David Gentile terminates the open forfeiture motion as to him and the need for any further proceedings in the above-captioned matter as to Gentile.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Jessica K. Weigel
Nicholas M. Axelrod
Assistant U.S. Attorneys
(718) 254-7000

cc: Defense counsel (by ECF)